UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGENERA, INC.,<br><br>    Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.<br><br>    Defendant, | Civ. A. No. 1:16-CV-11613-RGS |

**CERTIFICATE OF JOHN M. DESMARAIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.3.1**

I, John M. Desmarais, on oath depose and state as follows:

1.  I am over 18 years of age, am competent to testify, and I have personal knowledge of the facts herein.

2.  I am the founding partner of Desmarais LLP, located at 230 Park Avenue, New York, NY, 10169.

3.  I am an attorney in good standing of the bar of the State of New York and of the bar of the District of Columbia, and am registered to practice before the United States Patent and Trademark Office. I am admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4.  I am eligible to practice in each of the courts to which I have been admitted.

5. I am not currently, nor have I ever been, disbarred or suspended in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Date:  August 26, 2016                             */s/ John M. Desmarais*
                                                                John M. Desmarais