# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EGENERA, INC.,** | |
| **Plaintiff,** | **Civil Action No.  1:16-cv-11613-RGS** |
| **v.** | |
| **CISCO SYSTEMS, INC.,** | **JURY TRIAL** |
| **Defendant.** | **LEAVE TO FILE GRANTED ON 03/02/2018** |

## PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Egenera, Inc. ("Egenera" or "Plaintiff") hereby brings this First Amended Complaint for Patent Infringement against Cisco Systems, Inc. ("Cisco" or "Defendant") for infringement of U.S. Patent Nos. 7,231,430 (the "'430") and 7,178,059 (the "'059") (collectively, the "Asserted Patents"). Plaintiff, on personal knowledge as to its own acts, and on information and belief as to all others based on investigation, alleges as follows:

## SUMMARY OF THE ACTION

1. Cisco sells information technology infrastructure and services. One of Cisco's product lines is its Unified Computing System ("Cisco UCS"). Cisco's website currently describes Cisco UCS in the following manner:

> Cisco Unified Computing System (Cisco UCS) is a groundbreaking approach to computing. It is designed for IT innovation and business acceleration. The product portfolio includes blade and rack servers, edge scale computing, converged infrastructure, composable infrastructure, and hyperconverged infrastructure solutions.

The origin of Cisco UCS is tied to pioneering work done and patented by Egenera.

2.      Vern Brownell led the founding of Egenera in March of 2000. Based on his experience running and managing complex data centers, Mr. Brownell came up with technology coined "Processing Area Network" ("PAN" for short). Egenera designed, developed, and brought to market PAN technology including its BladeFrame and PAN Manager products. Egenera received industry recognition and acclaim including "Best In Show" and "World Top 10 Startups to Watch" awards from industry publications and trade groups. In early 2004, Cisco expressed an interest in Egenera and its PAN technology and product. After a number of meetings in which Egenera disclosed the details of its PAN technology and the benefits flowing from it, Cisco informed Egenera that Cisco was "going in a different direction."

3.      Shortly after parting ways, Cisco began hiring Egenera employees. A few years later, Cisco released Cisco UCS. Cisco UCS uses Egenera's PAN technology and infringes Egenera's patents covering its technology. Cisco's entrance into the market with the unauthorized use of Egenera's PAN technology caused market and other damage to Egenera. Cisco continues to use Egenera's patented technology in an unauthorized manner. By its actions as described above, and as described in more detail below, Cisco has caused and continues to cause damage to Egenera's business and reputation.

## I.      PARTIES

4.      Egenera is a Delaware corporation with its primary place of business at 80 Central St., Boxborough, MA 01719. Egenera is a privately held company. Egenera was founded in Massachusetts in March of 2000 and today employs approximately 75 people. Egenera's website can be found at www.egenera.com and includes details about Egenera's business and management.

5.      Cisco is a California corporation with its primary place of business at 170 West Tasman Dr., San Jose, CA 95134. Cisco is a publicly traded company. Cisco makes,

manufactures, sells, and offers to sell the Cisco UCS and related hardware, software, and components. Cisco may be served with process through its registered agent, Prentice-Hall Corporation System, Inc., 84 State St., Boston, MA 02109.

## II.    JURISDICTION AND VENUE

6.    This action arises under the patent laws of the United States, Title 35, United States Code §§ 1 *et seq*. This Court has exclusive subject matter jurisdiction over this case under 28 U.S.C. §§ 1331 and 1338(a).

7.    This action for patent infringement involves Cisco's manufacture, use, sale, offer for sale, and/or importation into the United States of infringing systems such as Cisco UCS, alone or in conjunction with other Cisco products and services. This action for patent infringement also involves Cisco's indirect acts of infringement including active inducement and contributory infringement.

8.    Personal jurisdiction exists generally over the Defendant because it has sufficient minimum contacts with the forum as a result of business conducted within the Commonwealth of Massachusetts. Cisco, for example, has offices and employees located in the Commonwealth of Massachusetts. Personal jurisdiction also exists specifically over the Defendant because it, directly or through subsidiaries or intermediaries, makes, uses, offers for sale, sells, imports, advertises, makes available and/or markets products and services (including Cisco UCS) within the Commonwealth of Massachusetts that infringe the Asserted Patents, as described more particularly below.

9.    Venue is appropriate in the District of Massachusetts under 28 U.S.C. §§ 1391(b) and 1400(b). Egenera has been located in the Commonwealth of Massachusetts since its formation in 2000. Egenera's employees, business, and documents and potential third party witnesses (including inventors of the Asserted Patents) are found primarily within the District.

### III.     FACTUAL BACKGROUND

**A.     Egenera started with a groundbreaking idea and grew rapidly**

10.     Installing, configuring, and maintaining enterprise-class server systems can be tedious and time-consuming. This was particularly the case when servers had to be independently wired and configured; and the configurations, once complete, were static. Adding server capacity or changing the network topology often meant a wholesale replacement of existing infrastructure, or at the very least, an expensive re-wiring project. Similarly, if a server or any part of the network failed, there was no way to quickly and efficiently provision a replacement system or component. Vern Brownell encountered all of these problems during his term as a Chief Technology Officer. After eleven years in that position, with significant experience in the hurdles and obstacles of running datacenters, Mr. Brownell had some ideas for solving these problems.

11.     Mr. Brownell left Goldman Sachs, found a number of like-minded persons, and founded Egenera in March of 2000. Egenera began developing a fabric-based, converged server architecture that could be wired once, and then configured, provisioned, and reconfigured and reprovisioned by software commands rather than physical rewiring. Egenera called this new architecture a "Processing Area Network," or "PAN." Egenera's PAN technology has been adopted by the industry. Today, it may be referred to as a "converged infrastructure" and generally refers to a group of computing resources, including processors, memory, storage, and switching connections that can be configured to create virtual networks.

12.     Egenera's first products to embody its PAN inventions were the BladeFrame and PAN Manager. The BladeFrame was a complete physical system containing a converged architecture of control nodes, blade servers, a fabric backplane, and firmware. The PAN

Manager was software that enabled the BladeFrame to be configured and managed through software commands.

13.     The industry immediately recognized the value of Egenera's invention, awarding Egenera "Best of Show" at the 2001 Networld+Interop tradeshow, one of the world's premiere technology conferences. Between 2001 and 2003, Egenera filed applications with the United States Patent and Trademark Office (the "PTO") that would ultimately result in the PTO issuing the Asserted Patents. The PTO also issued Egenera a number of other related patents not currently being asserted in this case.

14.     Egenera grew quickly in the early 2000s, and received wide recognition for its successful innovations. In 2002, Egenera opened its first office in the United Kingdom and won its first major client, CSFB (Credit Suisse First Boston). Egenera became one of Networld's 2002 "World Top 10 Startups to Watch." Continuing its successes in 2003, Egenera was YankeeTek's "Innovator of the Year," opened an office in Japan and released the BladeFrame ES, a variant of the original BladeFrame product. Also in 2003, Egenera started a four-year run in the AlwaysOn "Top 100 Private Companies" list. In 2004, Egenera opened an office in Germany and won the "Best Blade Solution" award from Waters Magazine. It was also in 2004 that Cisco became interested in Egenera and/or Egenera's technology.

**B.     Cisco received detailed disclosures from Egenera about the PAN technology**

15.     Cisco sells information technology infrastructure and services globally and in the United States. In early 2004, Cisco became interested in Egenera and/or Egenera's PAN and related technologies. Egenera and Cisco entered a Mutual Non-Disclosure Agreement (the "NDA"). At that time, Cisco purchased an Egenera BladeFrame system with the PAN Manager. After Cisco signed the NDA and purchased the Egenera BladeFrame system, Cisco and Egenera

met multiple times. During the meetings, Egenera provided Cisco with detailed information about its products and technology.

16.     After receiving all of Egenera's technical and product information, Cisco informed Egenera that it was "going in a different direction" and would not be purchasing or investing in the company. The direction that Cisco chose was to hire Egenera's employees and develop a competing product line based on Egenera's PAN technology that infringed on Egenera's patents.

### C.     Cisco launched UCS based on Egenera's PAN technology

17.     Although frustrated by and disappointed in Cisco's actions, Egenera continued to grow. In 2005, Egenera released a new version of PAN Manager, and reached an OEM agreement with Fujitsu Siemens Computers. In 2006, Egenera continued to invest in its PAN technology by introducing a next generation product called BladeFrame EX and an accompanying new version of PAN Manager—earning a place in the Red Herring "Top 100 North America" list for playing a leading role for innovating in the technology business. In 2007, the PTO granted the Asserted Patents, acknowledging Egenera's new and useful innovations. Also in 2007, Egenera reached a strategic alliance with Citrix Systems, Inc., and launched PAN vmBuilder, which integrates with Citrix virtual machine management technology allowing administrators to manage both virtual and physical servers without resorting to independent management tools.

18.     In 2008, Egenera intensified its focus on developing a software based converged infrastructure, striking an OEM deal with Dell and launching the Dell PAN System 1.0, which integrated server, network, and storage resources and provided the management capabilities to rapidly deploy applications. In 2008, Egenera won the "Best Virtualization Solution" award at the Blade Systems Insight industry conference.

19.     During this time, Cisco developed its own unauthorized version of the BladeFrame and PAN Manager. In 2009, Cisco launched its infringing Cisco UCS product line and leveraged its existing customer relationships to compete with Egenera. Cisco did so, at least in part, by using Egenera's patented technology, hiring Egenera employees, and ultimately taking Egenera customers.

20.     Egenera continues to offer its PAN and network virtualization solutions. In addition, Egenera sells cloud hosting systems on a managed public or private basis and operates a worldwide network of tier-three datacenters to support its customers. Egenera's services include infrastructure as a service, migration, backup and disaster recovery.

**D.     Cisco UCS Infringes the Asserted Patents**

21.     Cisco's use, manufacture, sale, importation, and/or offering for sale of Cisco UCS within the United States infringes the Asserted Patents. Likewise, Cisco's actions with regard to the Asserted Patents and Cisco UCS give rise to infringement for inducement and contributory infringement.

22.     One of the cores of Egenera's innovative PAN technology is a new unified platform for deploying and configuring enterprise server environments. Egenera's U.S. Patent No. 7,231,430, titled "Reconfigurable, Virtual Processing System, Cluster, Network and Method" (the "'430 patent"), teaches a platform and method for "automatically deploying at least one virtual processing area network, in response to software commands. . . ." The '430 patent was duly and legally issued by the PTO on June 12, 2007 after full and fair examination on an application filed January 4, 2002. The '430 patent claims priority to U.S. Provisional Application No. 60/285,296, filed on April 20, 2001, and incorporates that application by reference. On June 7, 2016, the PTO issued a Certificate of Correction for the '430 patent, amending some references to the included diagrams, but not altering the claims.

7

23.     Egenera also invented a disaster recovery system and method using its PAN technology in enterprise computing environments. Some of Egenera's disaster recovery-related inventions are embodied in U.S. Patent No. 7,178,059 (the "'059 patent"), titled "Disaster Recovery for Processing Resources Using Configurable Deployment Platform." The '059 patent was duly and legally issued by the PTO on February 13, 2007 on an application filed on May 7, 2003.

### 1.     Cisco UCS infringes Egenera's '430 patent

24.     Cisco's use, manufacture, sale, importation, and/or offering for sale of Cisco UCS in the United States infringes the '430 patent. Cisco also induces and/or contributes to the infringement of the '430 patent by its partners, resellers, and customers.

25.     A copy of the '430 patent is attached as Exhibit A.

26.     Cisco UCS infringes at least Claim 1 of the '430 patent in that Cisco UCS is a platform for automatically deploying at least one virtual processing area network, in response to software commands, said platform comprising: a plurality of computer processors connected to an internal communication network; at least one control node in communication with an external communication network and in communication with an external storage network having an external storage address space, wherein the at least one control node is connected to the internal communication network and thereby in communication with the plurality of computer processors, said at least one control node including logic to receive messages from the plurality of computer processors, wherein said received messages are addressed to the external communication network and to the external storage network and said at least one control node including logic to modify said received messages to transmit said modified messages to the external communication network and to the external storage network; configuration logic for receiving and responding to said software commands, said software commands specifying (i) a

number of processors for a virtual processing area network (ii) a virtual local area network topology defining interconnectivity and switching functionality among the specified processors of the virtual processing area network, and (iii) a virtual storage space for the virtual processing area network, said configuration logic including logic to select, under programmatic control, a corresponding set of computer processors from the plurality of computer processors, to program said corresponding set of computer processors and the internal communication network to establish the specified virtual local area network topology, and to program the at least one control node to define a virtual storage space for the virtual processing area network, said virtual storage space having a defined correspondence to a subset of the external storage address space of the external storage network; and wherein the plurality of computer processors and the at least one control node include network emulation logic to emulate Ethernet functionality over the internal communication network.

27.     In particular, Cisco UCS comprises a platform for deploying at least one virtual processing network in response to software commands. Cisco claims that its UCS Manager will "deploy[] a virtualized environment for data centers" and manage VLAN network settings. Cisco marketing materials also claim that the UCS B-Series Blade Servers "adapt to application demands, intelligently scale energy use, and offer best in class virtualization."

28.     Cisco advertises the UCS platform as comprised of a plurality of computer processors connected to an internal communication network. For example, Cisco marketing materials claim that "[t]he Cisco UCS U5108 Blade Server Enclosure physically houses blade servers and up to two fabric extenders." Cisco further claims that "each Cisco UCS B-Series Blade Server utilizes converged network adapters for consolidated access to the unified fabric with various levels of transparency to the operating system." The blade servers are connected to

each other and a Fabric Interconnect by Fabric Extenders forming an internal communication network.

29.    Cisco UCS explains that its control node (e.g., the Fabric Interconnect of Cisco UCS) is connected to the internal communication network described above and that it may also communicate with an external storage area network ("SAN") and external communication network as described in the '430 patent and shown in the graphic below.



30.    The Cisco UCS control node provides the logic to receive messages from the internal computer processors and modify those messages for transmission to external networks. According to Cisco, "Each [UCS] blade server chassis contains one or typically two fabric extenders, the fabric extenders connect to the I/O adapters and to the management processors on each server blade (the connection are point-to-point, but are shown in Figure 100 as busses for graphic simplicity)". The Fabric Interconnect, virtual adapters running on the computer processors, and related technology, for example, are able to operate in customized modes emulating Ethernet switching modes. Emulated Ethernet functionality in a UCS system flows over the Fabric Interconnect and includes the logic to receive and modify messages as claimed.

31.     Cisco UCS, including UCS Manager, further provides configuration logic for receiving, modifying, and responding to software commands to specify the number of processors, network topology and virtual storage space of each virtual PAN as described in the '430 patent. According to Cisco, the UCS Manager software will "deploy[] a virtualized environment for data centers." Cisco also claims that its UCS Manager software "treats infrastructure as code to improve agility." Cisco states that Cisco UCS "offers world-record-setting virtualization performance. It features a single unified system that integrates a unified fabric, embedded management, and powerful servers." The UCS Manager provides a graphical user interface where network administrators can select which server blades and processors should form virtual servers and determine the connections and interconnections to each Fabric Interconnect in the Cisco UCS. Finally, Cisco claims that "[t]he unified fabric enables a 'wire once' deployment model in which chassis are cabled to the fabric interconnects just one time, and I/O configuration changes are made through the management system, unlike solutions that require installation of host adapters and re-cabling of racks and switches."

## 2.     Cisco UCS infringes Egenera's '059 Patent

32.     Cisco's use, manufacture, sale, importation, and/or offering for sale of Cisco UCS in the United States infringes the '059 patent. Cisco also induces and/or contributes to the infringement of the '059 patent by its partners, resellers, and customers.

33.     A copy of the '059 patent is attached as Exhibit B.

34.     Cisco UCS infringes at least Claim 10 of the '059 patent in that Cisco UCS is a system of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources, comprising: a computer-readable specification that describes a configuration of processing resources of the primary site; a configurable processing platform capable of deploying processing area networks in response to

software commands; logic to generate software commands to the configurable platform to deploy processing resources corresponding to the specification; wherein the processing resources at the primary site include a plurality of independent processing area networks and wherein the specification describes all of the independent processing area networks.

35.     Cisco UCS has a number of applications in disaster recovery including the Cisco UCS backup and restore features. As already discussed, Cisco UCS is a system capable of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources. In fact, Cisco touts Cisco UCS' ability to act as a disaster recovery system for virtualized enterprise applications.



36.     The Cisco UCS system includes the capability of generating a specification that describes a configuration of processing resources of the primary site. For example, UCS Manager provides the ability to define service profiles and create network topologies made up of organizations and service profiles. As a specified collection of processors, virtual and physical

connections, and data storage resources, UCS organizations and service profiles describe configurations of processing resources. Cisco UCS further provides for the generation of XML files including the similar information.

37.     The Cisco UCS system includes the capability of providing the specification (e.g., the service profile) to a failover, i.e., secondary site having a configurable processing platform capable of deploying the specified network and system in response to a software request. There are many ways in which Cisco and its partners and customers may provide the relevant specification to the failover site UCS system including, without limitation, scripting, software, pre-event replication, or other like systems. Cisco advertises its Service Profile Templates as a way to configure virtual networks for disaster recovery scenarios.

# Hot Standby Compute Resources

In the provider networks, UCS Service Profile Templates can be leveraged to provide compute resources on an as-needed basis to avoid large CAPEX investments. The CSP can build an infrastructure with fewer than one-to-one compute resources for all the customer servers being protected. UCS compute resources can be easily and quickly deployed using UCS Director when a disaster event is declared. Once the compute resources boot up, they can be used to host recovery virtual or physical machines.

## Partner Solution for Providing Disaster Recovery

Data replication and recovery of the production servers will be provided by InMage ScoutCloud or Zerto Virtual Replication solutions. InMage is a host-based solution with agents installed on each of the servers that require protection, while Zerto is a hypervisor-based solution where virtual machines can be protected at the hypervisor layer. While their approach and supported features are different, both solutions provide a basic set of capabilities to the CSP:

- Software-based solution with low CAPEX costs

38.     The Cisco UCS system uses the specification to generate software commands to deploy or restore processing resources corresponding to the specification. Specifically, service profiles (specifications) are used to generate software commands to the failover platform to deploy processing resources corresponding to the service profile. When a service profile or profiles are deployed on the failover site, software commands are generated which deploy

processing resources corresponding to the service profile at the failover site. The primary operating site, a UCS platform, can but need not include a plurality of the claimed independent PANs.

39.     Cisco UCS can generate commands based on service profiles for delivery to remote backup Cisco UCS systems for disaster recovery. Cisco specifically touts Cisco UCS' ability to automate recovery processes with service profiles deployed to a secondary Cisco UCS network. When service profile(s) are deployed on the Cisco UCS failover site, software commands are generated which deploy processing resources corresponding to the service profile.

40.     The specification (e.g., service profile or XML file) generated by the Cisco UCS system can describe all of the independent processing networks of the primary site or a subset thereof, and may include either a full configuration, or a minimum configuration of processing resources required.

## IV.     FIRST CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 7,231,430

41.     Plaintiff repeats and re-alleges the allegations in Paragraphs 1-40 as though fully set forth herein.

42.     The '430 patent is valid and enforceable under United States Patent Laws.

43.     Egenera owns, by assignment, all right, title, and interest in and to the '430 patent.

44.     Cisco has infringed and continues to infringe, individually and/or jointly, either literally or under the doctrine of equivalents, the '430 patent in violation of 35 U.S.C. § 271 *et seq.*, directly and/or indirectly, by making, using, selling, offering to sell in the United States and/or importing into the United States without authority software and hardware including without limitation Cisco UCS that infringes at least claim 1 of the '430 patent.

14

45.     Cisco has been, and currently is, an active inducer of infringement of the '430 patent under 35 U.S.C. § 271(b) and contributory infringer of the '430 patent under 35 U.S.C. § 271(c).

46.     Cisco knew of the '430 patent, or should of have known of the '430 patent but was willfully blind to its existence. Cisco knew or should have known of the '430 patent and its own infringing acts, or deliberately took steps to avoid learning of those facts. Based on the relationship between the parties as described above in ¶¶ 1-24 above, Cisco knew of the '430 patent or should have known prior to the filing of this lawsuit. Cisco had actual knowledge of the '430 patent and its infringement as of the filing of this Complaint.

47.     Cisco knowingly and intentionally encourages and aids at least (1) end-user customers and (2) Cisco partners and resellers to directly infringe the '430 patent. For example, Cisco provides the technical and business infrastructure, know-how, consulting services, and other support to instruct and enable Cisco UCS end-users to use Cisco UCS in an infringing manner as described above, for example, with regard to claim 1. Cisco publically provides significant amounts of documentation on implementation of Cisco UCS in an infringing manner.[1] Cisco also provides the technical and business infrastructure, know-how, consulting services, and other support to instruct and enable Cisco partners and resellers to use, sell, and offer to sell Cisco UCS in an infringing manner as described above, for example, with regard to claim 1.

---

[1] See, e.g., UCS Fabric Fundamentals (BRKCOM-1001); Cisco Unified Computing System (UCS): Changing the Economics of the Data; Project California: a Data Center Virtualization Server (2009); https://www.youtube.com/watch?v=2R9oWMBOAow (Disaster Recovery with Cisco UCS and VMware SRM, Part 1); https://www.youtube.com/watch?v=9pEtR8eNUYI (Disaster Recovery with Cisco UCS and VMware SRM, Part 2); UCS Networking – Deep Dive including VM-FEX (BRKCOM-2003); Cisco UCS Manager Storage Management Guide.

48.     Cisco specifically intends that both Cisco UCS end-users and Cisco's partners and resellers infringe the '430 patent, or, alternatively, has been willfully blind to the fact that its inducing acts would cause infringement. By way of example, Cisco induces such infringement by its instructions, available online, on how to deploy and configure a Cisco UCS system in such a manner as to infringe the '430 patent. Cisco also provides such encouragement and aid at Cisco-specific trade shows and meetings. Cisco's end-users and partners and resellers use Cisco UCS to deploy PANs as claimed in the '430 patent. Through its sales and support activities, Cisco specifically intends its customers to infringe the '430 patent. From the first sale of Cisco UCS, Cisco has been and remains aware that the normal and customary use of Cisco UCS is to infringe the '430 patent. Thus, the Cisco UCS end-users and partners and resellers, by using Cisco UCS (and in the case of the partners and resellers also selling and offering to sell Cisco UCS), directly infringe the claimed systems and methods of the '430 patent.

49.     Cisco contributorily infringes at least claim 1 of the '430 patent by providing Cisco UCS and/or components of Cisco UCS, that embody a material part of the claimed inventions of the '430 patent, that are known by Cisco to be specially made or adapted for use in an infringing manner, and are not staple articles with substantial non-infringing uses. Cisco UCS is specially designed to infringe at least claim 1 of the '430 patent, and its accused components have no substantial non-infringing uses as discussed herein.

50.     Cisco knows that Cisco UCS infringes the '430 patent. Cisco is or should be well aware of the '430 patent, and the technology it teaches, having received a full briefing on both the then-patent-pending technology and Egenera's confidential information as described above. Cisco's hiring of Egenera employees to develop Cisco UCS furthermore demonstrates Cisco's knowing and intentional infringement of the '430 patent. Furthermore, Egenera complied with 35

U.S.C. § 287 by marking patent-practicing products, *e.g.*, through its PAN Manager software, which contained reference to http://www.egenera.com/patents. Cisco's infringement of the '430 patent is willful and deliberate, entitling Egenera to enhanced damages and attorneys' fees.

51.     Cisco's infringement of the '430 patent is exceptional and entitles Egenera to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

52.     Egenera has been damaged by Cisco's infringement of the '430 patent and will continue to be damaged unless Cisco is enjoined by this Court. Egenera has suffered and continues to suffer irreparable injury for which there is no adequate remedy at law. The balance of hardships favors Egenera, and public interest is not disserved by an injunction.

53.     Egenera is entitled to recover from Cisco all damages that Egenera has sustained as a result of Cisco's infringement of the '430 patent including not less than a reasonable royalty.

## V.       SECOND CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 7,178,059

54.     Plaintiff repeats and re-alleges the allegations in Paragraphs 1-40 as though fully set forth herein.

55.     The '059 patent is valid and enforceable under United States Patent Laws.

56.     Egenera owns, by assignment, all right, title, and interest in and to the '059 patent.

57.     Cisco has infringed and continues to infringe, individually and/or jointly, either literally or under the doctrine of equivalents, the '059 patent in violation of 35 U.S.C. § 271 *et seq.*, directly and/or indirectly, by making, using, selling, offering to sell in the United States and/or importing into the United States without authority software and hardware including without limitation Cisco UCS that infringes at least claim 10 of the '059 patent.

58.     Cisco has been, and currently is, an active inducer of infringement of the '059 patent under 35 U.S.C. § 271(b) and contributory infringer of the '059 patent under 35 U.S.C. § 271(c).

59.     Cisco knew of the '059 patent, or should of have known of the '059 patent but was willfully blind to its existence. Cisco knew or should have known of the '059 patent and its own infringing acts, or deliberately took steps to avoid learning of those facts. Based on the relationship between the parties as described above in paragraphs ¶¶ 1-24, Cisco knew or should have known of the '059 patent prior to the filing of this lawsuit. Cisco had actual knowledge of the '059 patent as of the filing of this Complaint.

60.     Cisco knowingly and intentionally encourages and aids at least: (1) end-user customers and (2) Cisco partners and resellers to directly infringe the '059 patent. For example, Cisco provides the technical and business infrastructure, know-how, scripts, consulting services, and other support to instruct and enable Cisco UCS end-users to use Cisco UCS in an infringing manner as described above, for example, with regard to claim 10. Cisco publically provides significant amounts of documentation on implementation of Cisco UCS in an infringing manner.[2] Cisco also provides the technical and business infrastructure, know-how, consulting services, and other support to instruct and enable Cisco partners and resellers to use, sell, and offer to sell Cisco UCS in an infringing manner as described above, for example, with regard to claim 10.

---

[2] *See, e.g.*, UCS Fabric Fundamentals (BRKCOM-1001); Cisco Unified Computing System (UCS): Changing the Economics of the Data; Project California: a Data Center Virtualization Server (2009); https://www.youtube.com/watch?v=2R9oWMBOAow (Disaster Recovery with Cisco UCS and VMware SRM, Part 1); https://www.youtube.com/watch?v=9pEtR8eNUYI (Disaster Recovery with Cisco UCS and VMware SRM, Part 2); UCS Networking – Deep Dive including VM-FEX (BRKCOM-2003); Cisco UCS Manager Storage Management Guide.

61.     Cisco specifically intends that both Cisco UCS end-users and Cisco's partners and resellers infringe the '059 patent, or, alternatively, has been willfully blind to the fact that its inducing acts would cause infringement. By way of example, Cisco induces such infringement by its instructions, available online, on how to deploy and configure a Cisco UCS system(s) in such a manner as to infringe the '059 patent. Cisco also provides such encouragement and aid at Cisco-specific trade shows and meetings. Cisco's end-users and partners and resellers use Cisco UCS for disaster-recovery as claimed in the '059 patent. Through its sales and support activities, Cisco specifically intends its customers to infringe the '059 patent. The normal and customary use of Cisco UCS as described herein is to infringe the '059 patent. Thus, the Cisco UCS end-users and partners and resellers, by using Cisco UCS (and in the case of the partners and resellers also selling and offering to sell Cisco UCS), directly infringe the claimed systems and methods of the '059 patent.

62.     Cisco contributorily infringes at least claim 10 of the '059 patent by providing Cisco UCS and/or components of Cisco UCS, that embody a material part of the claimed inventions of the '059 patent, that are known by Cisco to be specially made or adapted for use in an infringing manner, and are not staple articles with substantial non-infringing uses. Cisco UCS is specially designed to infringe at least claim 10 of the '059 patent, and its accused components have no substantial non-infringing uses.

63.     Cisco knows that Cisco UCS infringes the '059 patent. Cisco is or should be well aware of the '059 patent, and the technology it teaches, having received a full briefing on both the then-patent-pending technology and Egenera's confidential information as described above. Cisco's hiring of Egenera employees to develop Cisco UCS furthermore demonstrates Cisco's knowing and intentional infringement of the '059 patent. Furthermore, Egenera complied with 35

U.S.C. § 287 by marking patent-practicing products, *e.g.*, through its PAN Manager software, which contained reference to http://www.egenera.com/patents. Cisco's infringement of the '059 patent is willful and deliberate, entitling Egenera to enhanced damages and attorneys' fees.

64.    Cisco's infringement of the '059 patent is exceptional and entitles Egenera to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

65.    Egenera has been damaged by Cisco's infringement of the '059 patent and will continue to be damaged unless Cisco is enjoined by this Court. Egenera has suffered and continues to suffer irreparable injury for which there is no adequate remedy at law. The balance of hardships favors Egenera, and public interest is not disserved by an injunction.

66.    Egenera is entitled to recover from Cisco all damages that Egenera has sustained as a result of Cisco's infringement of the '059 patent including not less than a reasonable royalty.

## VI.    NOTICE OF REQUIREMENT OF LITIGATION HOLD

67.    Defendant is hereby notified it is legally obligated to locate, preserve, and maintain all records, notes, drawings, documents, data, communications, materials, electronic recordings, audio/video/photographic recordings, and digital files, including edited and unedited or "raw" source material, and other information and tangible things that Defendant knows, or reasonably should know, may be relevant to actual or potential claims, counterclaims, defenses, and/or damages by any party or potential party in this lawsuit, whether created or residing in hard copy form or in the form of electronically stored information (hereafter collectively referred to as "Potential Evidence").

68.    As used above, the phrase "electronically stored information" includes without limitation: computer files (and file fragments), e-mails (both sent and received, whether internally or externally), information concerning e-mails (including but not limited to logs of e-mail history and usage, header information, and deleted but recoverable e-mails), text files

(including drafts, revisions, and active or deleted word processing documents), instant messages, audio recordings and files, video footage and files, audio files, photographic footage and files, spreadsheets, databases, calendars, telephone logs, contact manager information, internet usage files, and all other information created, received, or maintained on any and all electronic and/or digital forms, sources and media, including, without limitation, any and all hard disks, removable media, peripheral computer or electronic storage devices, laptop computers, mobile phones, personal data assistant devices, Blackberry devices, iPhones, video cameras and still cameras, and any and all other locations where electronic data is stored. These sources may also include any personal electronic, digital, and storage devices of any and all of Defendant's agents, resellers, or employees if Defendant's electronically stored information resides there.

69.     Defendant is hereby further notified and forewarned that any alteration, destruction, negligent loss, or unavailability, by act or omission, of any Potential Evidence may result in damages or a legal presumption by the Court and/or jury that the Potential Evidence is not favorable to Defendant's claims and/or defenses. To avoid such a result, Defendant's preservation duties include, but are not limited to, the requirement that Defendant immediately notify its agents and employees to halt and/or supervise the auto-delete functions of Defendant's electronic systems and refrain from deleting Potential Evidence, either manually or through a policy of periodic deletion.

## VII.    DEMAND FOR JURY TRIAL

70.     In accordance with Rule 38 of the Federal Rules of Civil Procedure and relevant Local Rules, Egenera respectfully demands a jury trial of all issues triable to a jury.

## VIII.   PRAYER FOR RELIEF

Plaintiff prays for the following relief:

A.      A judgment that Cisco has infringed one or more claims of each of the Asserted Patents in this litigation pursuant to 35 U.S.C. §§ 271(a), 271(b), and/or 271(c);

B.      A judgment and order enjoining Cisco, its employees and agents, and any other person(s) in active concert or participation with it from directly infringing, contributorily infringing, and/or inducing the infringement of the Asserted Patents;

C.      A judgment and order requiring Cisco to pay Plaintiff's damages under 35 U.S.C. § 284 (but in no event less than a reasonable royalty), and supplemental damages for any continuing post-verdict infringement up until entry of the final judgment with an accounting as needed;

D.      A judgment and order requiring Cisco to pay Plaintiff pre-judgment and postjudgment interest on the damages awarded, including an award of pre-judgment interest, pursuant to 35 U.S.C. § 284, from the date of each act of infringement of the Asserted Patents by Cisco to the day a damages judgment is entered, and an award of post-judgment interest, pursuant to 28 U.S.C. § 1961, continuing until such judgment is paid, at the maximum rate allowed by law;

E.      A judgment and order finding this to be an exceptional case and requiring Cisco to pay the costs of this action (including all disbursements) and attorneys' fees, pursuant to 35 U.S.C. § 285;

F.      A judgment and order finding that Cisco's infringement is willful and deliberate, entitling Plaintiff to enhanced damages pursuant to 35 U.S.C. § 284;

G.      In the alternative, in the event injunctive relief is not granted as requested by Plaintiff, an award of a compulsory future royalty; and

H.      Such other and further relief as the Court deems just and equitable.

Dated: March 2, 2018                    **MCKOOL SMITH, P.C.**

By: _/s/John B. Campbell_____
Mike McKool *(admitted pro hac vice)*
TX Bar No. 13732100
mmckool@mckoolsmith.com
Christopher T.  Bovenkamp  *(admitted pro hac vice)*
TX Bar No. 24006877
cbovenkamp@mckoolsmith.com
Avery R. Williams *(admitted pro hac vice)*
TX Bar No. 24075282
awilliams@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

John B. Campbell *(admitted pro hac vice)*
TX Bar No. 24036314
jcampbell@mckoolsmith.com
James. E. Quigley *(admitted pro hac vice)*
TX Bar No. 24075810
jquigley@mckoolsmith.com
Jordan Z. Carson
Texas State Bar No. 24101599
jcarson@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

David L. Evans (BBO #156695)
devans@murphyking.com
Steven M. Veenema (BBO #672097)
sveenema@murphyking.com
**MURPHY & KING, P.C.**
One Beacon Street, 21st Fl.
Boston, Massachusetts 02108-3107
Telephone: (617) 423-0400
Fax: (617) 423-0498

COUNSEL FOR PLAINTIFF
EGENERA, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this document filed through the Electronic Case Filing ("ECF") system on March 2, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ John B. Campbell*
John B. Campbell

# EXHIBIT A

US007231430B2

(12) **United States Patent**
Brownell et al.

(10) Patent No.: **US 7,231,430 B2**
(45) Date of Patent: **Jun. 12, 2007**

(54) **RECONFIGURABLE, VIRTUAL PROCESSING SYSTEM, CLUSTER, NETWORK AND METHOD**

(75) Inventors: **Vern Brownell**, Chatham, MA (US); **Pete Manca**, Sterling, MA (US); **Ben Sprachman**, Hopkinton, MA (US); **Paul Curtis**, Sudbury, MA (US); **Ewan Milne**, Stow, MA (US); **Max Smith**, Natick, MA (US); **Alan Greenspan**, Northboro, MA (US); **Scott Geng**, Westboro, MA (US); **Dan Busby**, Sterling, MA (US); **Edward Duffy**, Arlington, MA (US); **Peter Schulter**, Hampstead, NH (US)

(73) Assignee: **Egenera, Inc.**, Marlboro, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 876 days.

(21) Appl. No.: **10/038,353**

(22) Filed: **Jan. 4, 2002**

(65) **Prior Publication Data**

US 2003/0130833 A1     Jul. 10, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/285,296, filed on Apr. 20, 2001.

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
*G06F 15/173* (2006.01)
*G06F 15/167* (2006.01)
*H04L 12/56* (2006.01)

(52) **U.S. Cl.** ...................... **709/218**; 709/212; 709/205; 709/244; 370/395.53

(58) **Field of Classification Search** ................ 709/204, 709/205, 208, 212, 216, 223, 238, 244, 245; 700/99; 712/98; 370/254, 395.53
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,208,811 A | 5/1993 | Kashio et al. | |
| 5,473,599 A | 12/1995 | Li et al. | |
| 5,535,338 A | 7/1996 | Krause et al. | |
| 5,546,535 A * | 8/1996 | Stallmo et al. | ................ 714/9 |
| 5,590,285 A | 12/1996 | Krause et al. | |
| 5,818,842 A | 10/1998 | Burwell et al. | |
| 5,825,772 A | 10/1998 | Dobbins et al. | |
| 5,835,725 A | 11/1998 | Chiang et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

WO     WO02086712 A1 * 10/2002

*Primary Examiner*—Bunjob Jaroenchonwanit
*Assistant Examiner*—Ramsey Refai
(74) *Attorney, Agent, or Firm*—Wilmer Cutler Pickering Hale and Dorr LLP

(57) **ABSTRACT**

A platform and method of deploying virtual processing areas networks are described. A plurality of computer processors are connected to an internal communication network. At least one control node is in communication with an external communication network and an external storage network has an external storage address space. The at least one control node is connected to the internal network and thereby is in communication with the plurality of computer processors. Configuration logic defines and establishes a virtual processing area network having a corresponding set of computer processors from the plurality of processors, a virtual local area communication network providing communication among the set of computer processors, and a virtual storage space with a defined correspondence to the address space of the storage network.

**8 Claims, 14 Drawing Sheets**



**US 7,231,430 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,970,066 | A | 10/1999 | Lowry et al. | |
| 6,003,137 | A | 12/1999 | Kawasaki | |
| 6,091,732 | A | 7/2000 | Alexander, Jr. et al. | |
| 6,148,414 | A * | 11/2000 | Brown et al. | 714/9 |
| 6,178,171 | B1 | 1/2001 | Alexander, Jr. et al. | |
| 6,195,705 | B1 | 2/2001 | Leung | |
| 6,411,625 | B1 * | 6/2002 | Furuhashi et al. | 370/395.53 |
| 6,480,901 | B1 * | 11/2002 | Weber et al. | 709/246 |
| 6,597,956 | B1 * | 7/2003 | Aziz et al. | 700/3 |
| 6,640,278 | B1 * | 10/2003 | Nolan et al. | 711/6 |
| 6,662,221 | B1 * | 12/2003 | Gonda et al. | 709/223 |
| 6,675,268 | B1 * | 1/2004 | DeKoning et al. | 711/151 |
| 6,701,358 | B1 * | 3/2004 | Poisson et al. | 709/223 |
| 6,714,980 | B1 * | 3/2004 | Markson et al. | 709/226 |
| 6,757,753 | B1 * | 6/2004 | DeKoning et al. | 710/38 |
| 6,779,016 | B1 * | 8/2004 | Aziz et al. | 709/201 |
| 6,789,090 | B1 * | 9/2004 | Miyake et al. | 707/104.1 |
| 6,820,171 | B1 * | 11/2004 | Weber et al. | 711/114 |
| 6,883,065 | B1 * | 4/2005 | Pittelkow et al. | 711/114 |
| 6,950,871 | B1 * | 9/2005 | Honma et al. | 709/226 |
| 6,971,044 | B2 * | 11/2005 | Geng et al. | 714/11 |
| 7,174,390 | B2 * | 2/2007 | Schulter et al. | 709/245 |
| 7,188,062 | B1 * | 3/2007 | Rieschl et al. | 703/23 |

* cited by examiner



FIG. 1



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 3A



FIG. 3B

Case 1:16-cv-11613-RGS   Document 98   Filed 03/02/18   Page 34 of 75



FIG. 4A



From
Fig. 4A

Driver Logic on
Receipt of ARP
request

Driver creates
ARP request
Packet
425

Receive
ARP Reply
445

Driver prepend
TLV and send to
control node for
broadcast
430

Filter ARP
Packet on Local
IP
450

Control Node
Server Logic
receives ARP
request, updates
source info in TLV
header
435

Create local MAC
from Packet TLV
460

Update ARp
table and Create
ARP reply
465

Control node
broadcasts ARP
request to
members
440

Unicast ARP
reply
470

FIG. 4B



Control node receives ARP Reply from internal node

Control node updates source node info in TLV of ARP reply
473

Control node unicasts packet to appropriate destination node
475

ARP replier (or load balancer) receives ARP Reply
480

Update ARP table
485

Dequeue datagram from ARP queue
487

Select RVI for Unicast
493

Prepend header TLV and Unicast datagram directly on RVI
495

FIG. 4C



FIG. 5



FIG. 6



FIG. 7



FIG. 8

Case 1:16-cv-11613-RGS   Document 98   Filed 03/02/18   Page 41 of 75



FIG. 9

US 7,231,430 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# RECONFIGURABLE, VIRTUAL PROCESSING SYSTEM, CLUSTER, NETWORK AND METHOD

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority to U.S. provisional application Ser. No. 60/285,296, filed on Apr. 20, 2001, which is hereby incorporated by reference.

## BACKGROUND

### 1. Field of the Invention

The present invention relates to computing systems for enterprises and application service providers and, more specifically, to processing systems having virtualized communication networks and storage for quick deployment and reconfiguration.

### 2. Discussion of Related Art

In current enterprise computing and application service provider environments, personnel from multiple information technology (IT) functions (electrical, networking, etc.) must participate to deploy processing and networking resources. Consequently, because of scheduling and other difficulties in coordinating activities from multiple departments, it can take weeks or months to deploy a new computer server. This lengthy, manual process increases both human and equipment costs, and delays the launch of applications.

Moreover, because it is difficult to anticipate how much processing power applications will require, managers typically over-provision the amount of computational power. As a result, data-center computing resources often go unutilized or under-utilized.

If more processing power is eventually needed than originally provisioned, the various IT functions will again need to coordinate activities to deploy more or improved servers, connect them to the communication and storage networks and so forth. This task gets increasingly difficult as the systems become larger.

Deployment is also problematic. For example, when deploying 24 conventional servers, more than 100 discrete connections may be required to configure the overall system. Managing these cables is an ongoing challenge, and each represents a failure point. Attempting to mitigate the risk of failure by adding redundancy can double the cabling, exacerbating the problem while increasing complexity and costs.

Provisioning for high availability with today's technology is a difficult and costly proposition. Generally, a failover server must be deployed for every primary server. In addition, complex management software and professional services are usually required.

Generally, it is not possible to adjust the processing power or upgrade the CPUs on a legacy server. Instead, scaling processor capacity and/or migrating to a vendor's next-generation architecture often requires a "forklift upgrade," meaning more hardware/software systems are added, needing new connections and the like.

Consequently, there is a need for a system and method of providing a platform for enterprise and ASP computing that addresses the above shortcomings.

## SUMMARY

The present invention features a platform and method for computer processing in which virtual processing area networks may be configured and deployed.

According to one aspect of the invention, a computer processing platform includes a plurality of computer processors connected to an internal communication network. At least one control node is in communication with an external communication network and an external storage network having an external storage address space. The at least one control node is connected to the internal network and thereby communicates with the plurality of computer processors. Configuration logic defines and establishes a virtual processing area network having a corresponding set of computer processors from the plurality of processors, a virtual local area communication network providing communication among the set of computer processors but excluding the processors from the plurality not in the defined set, and a virtual storage space with a defined correspondence to the address space of the storage network.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the Drawing,

FIG. **1** is a system diagram illustrating one embodiment of the invention;

FIGS. **2**A-C are diagrams illustrating the communication links established according to one embodiment of the invention;

FIGS. **3**A-B are diagrams illustrating the networking software architecture of certain embodiments of the invention;

FIGS. **4**A-C are flowcharts illustrating driver logic according to certain embodiments of the invention;

FIG. **5** illustrates service clusters according to certain embodiments of the invention;

FIG. **6** illustrates the storage software architecture of certain embodiments of the invention;

FIG. **7** illustrates the processor-side storage logic of certain embodiments of the invention;

FIG. **8** illustrates the storage address mapping logic of certain embodiments of the invention; and

FIG. **9** illustrates the cluster management logic of certain embodiments of the invention.

## DETAILED DESCRIPTION

Preferred embodiments of the invention provide a processing platform from which virtual systems may be deployed through configuration commands. The platform provides a large pool of processors from which a subset may be selected and configured through software commands to form a virtualized network of computers ("processing area network" or "processor clusters") that may be deployed to serve a given set of applications or customer. The virtualized processing area network (PAN) may then be used to execute customer specific applications, such as web-based server applications. The virtualization may include virtualization of local area networks (LANs) or the virtualization of I/O storage. By providing such a platform, processing resources may be deployed rapidly and easily through software via configuration commands, e.g., from an administrator, rather than through physically providing servers, cabling network and storage connections, providing power to each server and so forth.

Overview of the Platform and its Behavior

As shown in FIG. **1**, a preferred hardware platform **100** includes a set of processing nodes **105***a-n* connected to a switch fabrics **115***a,b* via high-speed, interconnect **110***a,b*.

US 7,231,430 B2

3

The switch fabric **115***a,b* is also connected to at least one control node **120***a,b* that is in communication with an external IP network **125** (or other data communication network), and with a storage area network (SAN) **130**. A management application **135**, for example, executing remotely, may access one or more of the control nodes via the IP network **125** to assist in configuring the platform **100** and deploying virtualized PANs.

Under certain embodiments, about 24 processing nodes **105***a-n*, two control nodes **120**, and two switch fabrics **115***a,b* are contained in a single chassis and interconnected with a fixed, pre-wired mesh of point-to-point (PtP) links. Each processing node **105** is a board that includes one or more (e.g., 4) processors **106***l-l*, one or more network interface cards (NICs) **107**, and local memory (e.g., greater than 4 Gbytes) that, among other things, includes some BIOS firmware for booting and initialization. There is no local disk for the processors **106**; instead all storage, including storage needed for paging, is handled by SAN storage devices **130**.

Each control node **120** is a single board that includes one or more (e.g., 4) processors, local memory, and local disk storage for holding independent copies of the boot image and initial file system that is used to boot operating system software for the processing nodes **105** and for the control nodes **106**. Each control node communicates with SAN **130** via 100 megabyte/second fibre channel adapter cards **128** connected to fibre channel links **122**, **124** and communicates with the Internet (or any other external network) **125** via an external network interface **129** having one or more Gigabit Ethernet NICs connected to Gigabit Ethernet links **121**,**123**. (Many other techniques and hardware may be used for SAN and external network connectivity.) Each control node includes a low speed Ethernet port (not shown) as a dedicated management port, which may be used instead of remote, web-based management via management application **135**.

The switch fabrics is composed of one or more 30-port Giganet switches **115**, such as the NIC-CLAN **1000** and clan **5300** switch, and the various processing and control nodes use corresponding NICs for communication with such a fabric module. Giganet switch fabrics have the semantics of a Non-Broadcast Multiple Access (NBMA) network. All inter-node communication is via a switch fabric. Each link is formed as a serial connection between a NIC **107** and a port in the switch fabric **115**. Each link operates at 112 megabytes/second.

In some embodiments, multiple cabinets or chassises may be connected together to form larger platforms. And in other embodiments the configuration may differ; for example, redundant connections, switches and control nodes may be eliminated.

Under software control, the platform supports multiple, simultaneous and independent processing areas networks (PANs). Each PAN, through software commands, is configured to have a corresponding subset of processors **106** that may communicate via a virtual local area network that is emulated over the PtP mesh. Each PAN is also configured to have a corresponding virtual I/O subsystem. No physical deployment or cabling is needed to establish a PAN. Under certain preferred embodiments, software logic executing on the processor nodes and/or the control nodes emulates switched Ethernet semantics; other software logic executing on the processor nodes and/or the control nodes provides virtual storage subsystem functionality that follows SCSI semantics and that provides independent I/O address spaces for each PAN.

4

**Network Architecture**

Certain preferred embodiments allow an administrator to build virtual, emulated LANs using virtual components, interfaces, and connections. Each of the virtual LANs can be internal and private to the platform **100**, or multiple processors may be formed into a processor cluster externally visible as a single IP address.

Under certain embodiments, the virtual networks so created emulate a switched Ethernet network, though the physical, underlying network is a PtP mesh. The virtual network utilizes IEEE MAC addresses, and the processing nodes support IETF ARP processing to identify and associate IP addresses with MAC addresses. Consequently, a given processor node replies to an ARP request consistently whether the ARP request came from a node internal or external to the platform.

FIG. **2A** shows an exemplary network arrangement that may be modeled or emulated. A first subnet **202** is formed by processing nodes $PN_1$, $PN_2$, and $PN_k$ that may communicate with one another via switch **206**. A second subnet **204** is formed by processing nodes $PN_k$ and $PN_m$ that may communicate with one another via switch **208**. Under switched Ethernet semantics, one node on a subnet may communicate directly with another node on the subnet; for example, $PN_1$ may send a message to $PN_2$. The semantics also allow one node to communicate with a set of the other nodes; for example $PN_1$ may send a broadcast message to other nodes. The processing nodes $PN_1$ and $PN_2$ cannot directly communicate with $PN_m$ because $PN_m$ is on a different subnet. For $PN_1$ and $PN_2$ to communicate with $PN_m$ higher layer networking software would need to be utilized, which software would have a fuller understanding of both subnets. Though not shown in the figure, a given switch may communicate via an "uplink" to another switch or the like. As will be appreciated given the description below, the need for such uplinks is different than their need when the switches are physical. Specifically, since the switches are virtual and modeled in software they may scale horizontally as wide as needed. (In contrast, physical switches have a fixed number of physical ports sometimes the uplinks are needed to provide horizontal scalability.)

FIG. **2B** shows exemplary software communication paths and logic used under certain embodiments to model the subnets **202** and **204** of FIG. **2A**. The communication paths **212** connect processing nodes $PN_1$, $PN_2$, $PN_k$, and $PN_m$, specifically their corresponding processorside network communication logic **210**, and they also connect processing nodes to control nodes. (Though drawn as a single instance of logic for the purpose of clarity, $PN_k$ may have multiple instances of the corresponding processor logic, one per subnet, for example.) Under preferred embodiments, management logic and the control node logic are responsible for establishing, managing and destroying the communication paths. The individual processing nodes are not permitted to establish such paths.

As will be explained in detail below, the processor logic and the control node logic together emulate switched Ethernet semantics over such communication paths. For example, the control nodes have control node-side virtual switch logic **214** to emulate some (but not necessarily all) of the semantics of an Ethernet switch, and the processor logic includes logic to emulate some (but not necessarily all) of the semantics of an Ethernet driver.

Within a subnet, one processor node may communicate directly with another via a corresponding virtual interface **212**. Likewise, a processor node may communicate with the control node logic via a separate virtual interface. Under

**5**

certain embodiments, the underlying switch fabric and associated logic (e.g., a switch fabric manager logic, not shown) provides the ability to establish and manage such virtual interfaces (VIs) over the point to point mesh. Moreover, these virtual interfaces may be established in a reliable, redundant fashion and are referred to herein in as RVIs. At points in this description, the terms virtual interface (VI) and reliable virtual interface (RVI) are used interchangeably, as the choice between a VI versus an RVI largely depends on the amount of reliability desired by the system at the expense of system resources.

Referring conjointly to FIGS. 2A-B, if node $PN_1$ is to communicate with node $PN_2$ it does so ordinarily by virtual interface $212_{1-2}$. However, preferred embodiments allow communication between $PN_1$ and $PN_2$ to occur via switch emulation logic, if for example VI $212_{1-2}$ is not operating satisfactorily. In this case a message may be sent via VI $212_{1-p-link206}$ and via VI $212_{switch206-2}$. If $PN_1$ is to broadcast or multicast a message to other nodes in the subnet $202$ it does so by sending the message to control node-side logic $214$ via virtual interface $212_{1-switch206}$. Control node-side logic $214$ then emulates the broadcast or multicast functionality by cloning and sending the message to the other relevant nodes using the relevant VIs. The same or analogous VIs may be used to convey other messages requiring control node-side logic. For example, as will be described below, control node-side logic includes logic to support the address resolution protocol (ARP), and VIs are used to communicate ARP replies and requests to the control node. Though the above description suggests just one VI between processor logic and control logic, many embodiments employ several such connections. Moreover, though the figures suggest symmetry in the software communication paths, the architecture actually allows asymmetric communication. For example, as will be discussed below, for communication clustered services the packets would be routed via the control node. However, return communication may be direct between nodes.

Notice that like the network of FIG. 2A, there is no mechanism for communication between node $PN_2$, and $PN_m$. Moreover, by having communication paths managed and created centrally (instead of via the processing nodes) such a path is not creatable by the processing nodes, and the defined subnet connectivity cannot be violated by a processor.

FIG. 2C shows the exemplary physical connections of certain embodiments to realize the subnets of FIGS. 2A and B. Specifically, each instance of processing network logic $210$ communicates with the switch fabric $115$ via a PtP links $216$ of interconnect $110$. Likewise, the control node has multiple instances of switch logic $214$ and each communicates over a PtP connection $216$ to the switch fabric. The virtual interfaces of FIG. 2B include the logic to convey information over these physical links, as will be described further below.

To create and configure such networks, an administrator defines the network topology of a PAN and specifies (e.g., via a utility within the management software $135$) MAC address assignments of the various nodes. The MAC address is virtual, identifying a virtual interface, and not tied to any specific physical node. Under certain embodiments, MAC addresses follow the IEEE 48 bit address format, but in which the contents include a "locally administered" bit (set to 1), the serial number of the control node $120$ on which the virtual interface was originally defined (more below), and a count value from a persistent sequence counter on the control node that is kept in NVRAM in the control node.

**6**

These MACs will be used to identify the nodes (as is conventional) at a layer $2$ level. For example, in replying to ARP requests (whether from a node internal to the PAN or on an external network) these MACs will be included in the ARP reply.

The control node-side networking logic maintains data structures that contain information reflecting the connectivity of the LAN (e.g., which nodes may communicate to which other nodes). The control node logic also allocates and assigns VI (or RVI) mappings to the defined MAC addresses and allocates and assigns VIs or (RVIs) between the control nodes and between the control nodes and the processing nodes. In the example of FIG. 2A, the logic would allocate and assign VIs $212$ of FIG. 2B. (The naming of the VIs and RVIs in some embodiments is a consequence of the switching fabric and the switch fabric manager logic employed.)

As each processor boots, BIOS-based boot logic initializes each processor $106$ of the node $105$ and, among other things, establishes a (or discovers the) VI $212$ to the control node logic. The processor node then obtains from the control node relevant data link information, such as the processor node's MAC address, and the MAC identities of other devices within the same data link configuration. Each processor then registers its IP address with the control node, which then binds the IP address to the node and an RVI (e.g., the RVI on which the registration arrived). In this fashion, the control node will be able to bind IP addresses for each virtual MAC for each node on a subnet. In addition to the above, the processor node also obtains the RVI or VI-related information for its connections to other nodes or to control node networking logic.

Thus, after boot and initialization, the various processor nodes should understand their layer $2$, data link connectivity. As will be explained below, layer $3$ (IP) connectivity and specifically layer $3$ to layer $2$ associations are determined during normal processing of the processors as a consequence of the address resolution protocol.

FIG. 3A details the processor-side networking logic $210$ and FIG. 3B details the control node-side networking $310$ logic of certain embodiments. The processor side logic $210$ includes IP stack $305$, virtual network driver $310$, ARP logic $350$, RCLAN layer $315$, and redundant Giganet drivers $320a,b$. The control node-side logic $310$ includes redundant Giganet drivers $325a,b$, RCLAN layer $330$, virtual Cluster proxy logic $360$, virtual LAN server $335$, ARP server logic $355$, virtual LAN proxy $340$, and physical LAN drivers $345$.

### IP Stack

The IP stack $305$ is the communication protocol stack provided with the operating system (e.g., Linux) used by the processing nodes $106$. The IP stack provides a layer $3$ interface for the applications and operating system executing on a processor $106$ to communicate with the simulated Ethernet network. The IP stack provides packets of information to the virtual Ethernet layer $310$ in conjunction with providing a layer $3$, IP address as a destination for that packet. The IP stack logic is conventional except that certain embodiment avoid check sum calculations and logic.

### Virtual Ethernet Driver

The virtual Ethernet driver $310$ will appear to the IP stack $305$ like a "real" Ethernet driver. In this regard, the virtual Ethernet driver $310$ receives IP packets or datagrams from the IP stack for subsequent transmission on the network, and

US 7,231,430 B2

7

it receives packet information from the network to be delivered to the stack as an IP packet.

The stack builds the MAC header. The "normal" Ethernet code in the stack may be used. The virtual Ethernet driver receives the packet with the MAC header already built and the correct MAC address already in the header.

In material part and with reference to FIGS. **4**A-C, the virtual Ethernet driver **310** dequeues **405** outgoing IP datagrams so that the packet may be sent on the network. The standard IP stack ARP logic is used. The driver, as will be explained below, intercepts all ARP packets entering and leaving the system to modify them so that the proper information ends up in each node's ARP tables. The normal ARP logic places the correct MAC address in the link layer header of the outgoing packet before the packet is queued to the Ethernet driver. The driver then just examines the link layer header and destination MAC to determine how to send the packet. The driver does not directly manipulate the ARP table (except for the occasional invalidation of ARP entries).

The driver **310** determines **415** whether ARP logic **350** has MAC address information (more below) associated with the IP address in the dequeued packet. If the ARP logic **350** has the information, the information is used to send **420** the packet accordingly. If the ARP logic **350** does not have the information, the driver needs to determine such information, and in certain preferred embodiments, this information is obtained as a result of an implementation of the ARP protocol as discussed in connection with FIGS. **4**B-C.

If the ARP logic **350** has the MAC address information, the driver analyzes the information returned from the ARP logic **350** to determine where and how to send the packet. Specifically, the driver looks at the address to determine whether the MAC address is in a valid format or in a particular invalid format. For example, in one embodiment, internal nodes (i.e., PAN nodes internal to the platform) are signaled through a combination of setting the locally administered bit, the multicast bit, and another predefined bit pattern in the first byte of the MAC address. The overarching pattern is one which is highly improbable of being a valid pattern.

If the MAC address returned from the ARP logic is in a valid format, the IP address associated with that MAC address is for a node external at least to the relevant subnet and in preferred embodiments is external to the platform. To deliver such a packet, the driver prepends the packet with a TLV (type-length-value) header. The logic then sends the packet to the control node over a pre-established VI. The control node then handles the rest of the transmission as appropriate.

If the MAC address information returned from the ARP logic **350** is in an particular invalid format, the invalid format signals that the IP-addressed node is to an internal node, and the information in the MAC address information is used to help identify the VI (or RVI) directly connecting the two processing nodes. For example, the ARP table entry may hold information identifying the RVI **212** to use to send the packet, e.g., **212**₁₋₂, to another processing node. The driver prepends the packet with a TLV header. It then places address information into the header as well as information identifying the Ethernet protocol type. The logic then selects the appropriate VI (or RVI) on which to send the encapsulated packet. If that VI (or RVI) is operating satisfactorily it is used to carry the packet; if it is operating unsatisfactorily the packet is sent to the control node switch logic (more below) so that the switch logic can send it to the appropriate node. Though the ARP table may contain information to actually specify the RVI to use, many other techniques may

8

be employed. For example, the information in the table may indirectly provide such information, e.g., by pointing to the information of interest or otherwise identifying the information of interest though not contain it.

For any multicast or broadcast type messages, the driver sends the message to the control node on a defined VI. The control node then clones the packet and sends it to all nodes (excluding the sending node) and the uplink accordingly.

If there is no ARP mapping then the upper layers would never have sent the packet to the driver. If there is no datalink layer mapping available, the packet is put aside until ARP resolution is completed. Once the ARP layer has finished ARPing, the packets held back pending ARP get their datalink headers build and the packets are then sent to the driver.

If the ARP logic has no mapping for an IP address of an IP packet from the IP stack and, consequently, the driver **310** is unable to determine the associated addressing information (i.e., MAC address or RVI-related information), the driver obtains such information by following the ARP protocol. Referring to FIGS. **4**B-C, the driver builds **425** an ARP request packet containing the relevant IP address for which there is no MAC mapping in the local ARP table. The node then prepends **430** the ARP packet with a TLV-type header. The ARP request is then sent via a dedicated RVI to the control node-side networking logic—specifically, the virtual LAN server **335**.

As will be discussed in more detail below, the ARP request packet is processed **435** by the control node and broadcast **440** to the relevant nodes. For example, the control node will flag whether the requesting node is part of an IP service cluster.

The Ethernet driver logic **310** at the relevant nodes receives **445** the ARP reply, and determines **450** if it is the target of the ARP request by comparing the target IP address with a list of locally configured IP addresses by making calls to the node's IP stack. If it is not the target, it passes up the packet without modification. If it is the target, the driver creates **460** a local MAC header from the TLV header and updates **465** the local ARP table and creates an ARP reply. The driver modifies the information in the ARP request (mainly the source MAC) and then passes the ARP request up normally for the upper layers to handle. It is the upper layers that form the ARP reply when necessary. The reply among other things contains the MAC address of the replying node and has a bit set in the TLV header indicating that the reply is from a local node. In this regard, the node responds according to IETF-type ARP semantics (in contrast to ATM ARP protocols in which ARP replies are handled centrally). The reply is then sent **470**.

As will be explained in more detail below, the control node logic **335** receives **473** the reply and modifies it. For example, the control node may substitute the MAC address of a replying, internal node with information identifying the source cabinet, processing node number, RVI connection number, channel, virtual interface number, and virtual LAN name. Once the ARP reply is modified the control node logic then sends **475** the ARP reply to an appropriate node, i.e., the node that sent the ARP request, or in specific instances to the load balancer in an IP service cluster, discussed below.

Eventually, an encapsulated ARP reply is received **480**. If the replying node is an external node, the ARP reply contains the MAC address of the replying node. If the replying node is an internal node, the ARP reply instead contains information identifying the relevant RVI to communicate with the node. In either case, the local table is updated **485**.

9

The pending datagram is dequeued **487**, and the appropriate RVI is selected **493**. As discussed above, the appropriate RVI is selected based on whether the target node is internal or external. A TLV header is prepended to the packet and sent **495**.

For communications within a virtual LAN the maximum transmission unit (MTU) is configured as 16896 bytes. Even though the configured MTU is 16896 bytes, the Ethernet driver **310** recognizes when a packet is being sent to an external network. Through the use of path MTU discovery, ICMP and IP stack changes, the path MTU is changed at the source node **105**. This mechanism is also used to trigger packet check summing.

Certain embodiments of the invention support promiscuous mode through a combination of logic at the virtual LAN server **335** and in the virtual LAN drivers **310**. When a virtual LAN driver **310** receives a promiscuous mode message from the virtual LAN server **335**, the message contains information about the identity of the receiver desiring to enter promiscuous mode. This information includes the receiver's location (cabinet, node, etc), the interface number of the promiscuous virtual interface **310** on the receiver (required for demultiplexing packets), and the name of the virtual LAN to which the receiver belongs. This information is then used by the driver **310** to determine how to send promiscuous packets to the receiver (which RVI or other mechanism to use to send the packets). The virtual interface **310** maintains a list of promiscuous listeners on the same virtual LAN. When a sending node receives a promiscuous mode message it will update its promiscuous list accordingly.

When a packet is transmitted over a virtual Ethernet driver **310**, this list will be examined. If the list is not empty, then the virtual Ethernet interface **310** will do the following:

If the outgoing packet is being broadcast or multicast, no promiscuous copy will be sent. The normal broadcast operation will transmit the packet to the promiscuous listener(s)

If the packet is a unicast packet with a destination other than the promiscuous listener, the packet will be cloned and sent to the promiscuous listeners.

The header TLV includes extra information the destination can use to demultiplex and validate the incoming packet. Part of this information is the destination virtual Ethernet interface number (destination device number on the receiving node). Since these can be different between the actual packet destination and the promiscuous destination, this header cannot simply be cloned. Thus, memory will have to be allocated for each header for each packet clone to each promiscuous listener. When the packet header for a promiscuous packet is built the packet type will be set to indicate that the packet was a promiscuous transmission rather than a unicast transmission.

The virtual Ethernet driver **310** is also responsible for handling the redundant control node connections. For example, the virtual Ethernet drivers will periodically test end-to-end connectivity by sending a heartbeat TLV to each connected RVI. This will allow virtual Ethernet drivers to determine if a node has stopped responding or whether a stopped node has started to respond again. When an RVI or control node **120** is determined to be down, the Ethernet driver will send traffic through the surviving control node. If both control nodes are functional the driver **310** will attempt to load balance traffic between the two nodes.

Certain embodiments of the invention provide performance improvements. For example, with modifications to the IP stack **305**, packets sent only within the platform **100**

10

are not check summed since all elements of the platform **100** provide error detection and guaranteed data delivery.

In addition, for communications within a PAN (or even within a platform **100**) the RVI may be configured so that the packets may be larger than the maximum size permitted by Ethernet. Thus, while the model emulates Ethernet behavior in certain embodiments maximum packet size may be violated to improve performance. The actual packet size will be negotiated as part of the data link layer.

Failure of a control node is detected either by a notification from the RCLAN layer, or by a failure of heartbeat TLVs. If a control node fails the Ethernet driver **310** will send traffic only to the remaining control node. The Ethernet driver **310** will recognize the recovery of a control node via notification from the RCLAN layer or the resumption of heartbeat TLVs. Once a control node has recovered, the Ethernet driver **310** will resume load balancing. If a node detects that it cannot communicate with another node via a direct RVI (as outlined above) the node attempts to communicate via the control node, acting as a switch. Such failure may be signaled by the lower RCLAN layer, for example from failure to receive a virtual interface acknowledgement or from failures detected through heartbeat mechanisms. In this instance, the driver marks bits in the TLV header accordingly to indicate that the message is to be unicast and sends the packet to the control node so that it can send the packet to the desired node (e.g., based on the IP address, if necessary).

RCLAN Layer

The RCLAN layer **315** is responsible for handling the redundancy, fail-over and load balancing logic of the redundant interconnect NICs **107**. This includes detecting failures, re-routing traffic over a redundant connection on failures, load balancing, and reporting inability to deliver traffic back to the virtual network drivers **310**. The virtual ethernet drivers **310** expect to be notified asynchronously when there is a fatal error on any RVI that makes the RVI unusable or if any RVI is taken down for any reason.

Under normal circumstances the virtual network driver **310** on each processor will attempt to load balance outgoing packets between available control nodes. This can be done via simple round-robin alternation between available control nodes, or by keeping track of how many bytes have been transmitted on each and always transmitting on the control nodes through which fewest bytes have been sent.

The RCLAN provides high bandwidth (224 MB/sec each way) low latency reliable asynchronous point-to-point communication between kernels. The sender of the data is notified if the data cannot be delivered and a best effort will be made to deliver it. The RCLAN uses two Giganet clan 1000 cards to provide redundant communication paths between kernels. It seamlessly recovers single failures in the clan 1000 cards or the Giganet switches. It detects lost data and data errors and resends the data if needed. Communication will not be disrupted as long as one of the connections is partially working, e.g., the error rate does not exceed 5%. Clients of the RCLAN include the RPC mechanism, the remote SCSI mechanism, and remote Ethernet. The RCLAN also provide a simple form of flow control. Low latency and high concurrency are achieved by allowing multiple simultaneous requests for each device to be sent by the processor node to the control node, so that they can be forwarded to the device as soon as possible or, alternatively so that they can be queued for completion as close to the device as possible as opposed to queuing all requests on the processor node.

US 7,231,430 B2

11

The RCLAN layer 330 on the control node-side operates analogously to the above.

### Giganet Driver

The Giganet driver logic 320 is the logic responsible for providing an interface to the Giganet NIC 107, whether on a processor 106 or control node 120. In short, the Giganet driver logic establishes VI connections, associated by VI id's, so that the higher layers, e.g., RCLAN 315 and Ethernet driver 310, need only understand the semantics of VI's.

Giganet driver logic 320 is responsible for allocating memory in each node for buffers and queues for the VI's, and for conditioning the NIC 107 to know about the connection and its memory allocation. Certain embodiments use VI connections provided by the Giganet driver. The Giganet NIC driver code establishes a Virtual Interface pair (i.e., VI) and assigns it to a corresponding virtual interface id.

Each VI is a bi-directional connection established between one Giganet port and another, or more precisely between memory buffers and memory queues on one node to buffers and queues on another. The allocation of ports and memory is handled by the NIC drivers as stated above. Data is transmitted by placing it into a buffer the NIC knows about and triggering action by writing to a specific memory-mapped register. On the receiving side, the data appears in a buffer and completion status appears in a queue. The data never need be copied if the sending and receiving programs are capable of producing and consuming messages in the connection's buffers. The transmission can even be direct from application program to application program if the operating system memory-maps the connection's buffers and control registers into application address space. Each Giganet port can support 1024 simultaneous VI connections over it and keep them separate from each other with hardware protection, so the operating system as well as disparate applications can safely share a single port. Under one embodiment of the invention, 14 VI connections may be established simultaneously from every port to every other port.

In preferred embodiments, the NIC drivers establish VI connections in redundant pairs, with one connection of the pair going through one of the two switch fabrics 115a,b and the other through the other switch. Moreover, in preferred embodiments, data is sent alternately on the two legs of the pair, equalizing load on the switches. Alternatively, the redundant pairs may be used in fail-over manner.

All the connection pairs established by the node persist as long as the operating system remains up. Establishment of a connection pair to simulate an Ethernet connection is intended to be analogous to, and as persistent as, physically plugging in a cable between network interface cards. If a node's defined configuration changes while its operating system is running, then applicable redundant Virtual Interface connection pairs will be established or discarded at the time of the change.

The Giganet driver logic 325 on the control node-side operates analogously to the above.

### Virtual LAN Server

The virtual LAN server logic 335 facilitates the emulation of an Ethernet network over the underlying NBMA network. The virtual LAN server logic

1. manages membership to a corresponding virtual LAN;
2. provides RVI mapping and management;
3. ARP processing and IP mapping to RVI;

12

4. provides broadcast and multicast services;
5. facilitates bridging and routing to other domains; and
6. manages service clusters.

#### 1. Virtual LAN Membership Management

Administrators configure the virtual LANs using management application 135. Assignment and configuration of IP addresses on virtual LANs may done in the same way as on an "ordinary" subnet. The choice of IP addresses to use is dependent on the external visibility of nodes on a virtual LAN. If the virtual LAN is not globally visible (either not visible outside the platform 100, or from the Internet), private IP addresses should be used. Otherwise, IP addresses must be configured from the range provided by the internet service provider (ISP) that provides the Internet connectivity. In general, virtual LAN IP address assignment must be treated the same as normal LAN IP address assignment. Configuration files stored on the local disks of the control node 120 define the IP addresses within a virtual LAN. For the purposes of a virtual network interface, an IP alias just creates another IP to RVI mapping on the virtual LAN server logic 335. Each processor may configure multiple virtual interfaces as needed. The primary restrictions on the creation and configuration of virtual network interfaces are IP address allocation and configuration.

Each virtual LAN has a corresponding instance of server logic 335 that executes on both of the control nodes 120 and a number of nodes executing on the processor nodes 105. The topology is defined by the administrator.

Each virtual LAN server 335 is configured to manage exactly one broadcast domain, and any number of layer 3 (IP) subnets may be present on the given layer 2 broadcast domain. The servers 335 are configured and created in response to administrator commands to create virtual LANs.

When a processor 106 boots and configures its virtual networks, it connects to the virtual LAN server 335 via a special management RVI. The processors then obtain their data link configuration information, such as the virtual MAC addresses assigned to it, virtual LAN membership information and the like. The virtual LAN server 335 will determine and confirm that the processor attempting to connect to it is properly a member of the virtual LAN that that server 335 is servicing. If the processor is not a virtual LAN member, the connection to the server is rejected. If it is a member, the virtual network driver 310 registers its IP address with the virtual LAN server. (The IP address is provided by the IP stack 305 when the driver 310 is configured.) The virtual LAN server then binds that IP address to an RVI on which the registration arrived. This enables the virtual LAN server to find the processor associated with a specific IP address. Additionally, the association of IP addresses with a processor can be performed via the virtual LAN management interface 135. The latter method is necessary to properly configure cluster IP addresses or IP addresses with special handling, discussed below.

#### 2. RVI Mapping and Management

As outlined above, certain embodiments use RVIs to connect nodes at the data link layer and to form control connections. Some of these connections are created and assigned as part of control nodes booting and initialization. The data link layer connections are used for the reasons described above. The control connections are used to exchange management, configuration, and health information.

US 7,231,430 B2

13

Some RVI connections are between nodes for unicast traffic, e.g., $212_{1-2}$. Other RVI connections are to the virtual LAN server logic 335 so that the server can handle the requests, e.g., ARP traffic, broadcasts, and so on. To create the RVI the virtual LAN server 335 creates and removes RVIs through calls to a Giganet switch manager 360 (provided with the switch fabric and Giganet NICs). The switch manager may execute on the control nodes 120 and cooperates with the Giganet drivers to create the RVIs.

With regard to processor connections, as nodes register with the virtual LAN server 335, the virtual LAN server creates and assigns virtual MAC addresses for the nodes, as described above. In conjunction with this, the virtual LAN server logic maintains data structures reflecting the topology and MAC assignments for the various nodes. The virtual LAN server logic then creates corresponding RVIs for the unicast paths between nodes. These RVIs are subsequently allocated and made known to the nodes during the nodes booting. Moreover, the RVIs are also associated with IP addresses during the virtual LAN server's handling of ARP traffic. The RVI connections are torn down if a node is removed from the topology.

If a node 106 at one end of an established RVI connection is rebooted, the two operating systems of the each end of the connection, and RVI management logic re-establish the connection. Software using the connection on the processing node that remained up will be unaware that anything happened to the connection itself. Whether or not the software notices or cares that the software at the other end was rebooted depends upon what it is using the connection for and the extent to which the rebooted end is able to re-establish its state from persistent storage. For example, any software communicating via Transmission Control Protocol (TCP) will notice that all TCP sessions are closed by a reboot. On the other hand, Network File System (NFS) access is stateless and not affected by a reboot if it occurs within an allowed timeout period.

Should a node be unable to send a packet on a direct RVI at any time, it can always attempt to send the packet to a destination via the virtual LAN server 335. Since the virtual LAN server 335 is connected to all virtual Ethernet driver 310 interfaces on the virtual LAN via the control connections, virtual LAN server 335 can also serve as the packet relay mechanism of last resort.

With regard to the connections to the virtual LAN server 335, certain embodiments use virtual Ethernet drivers 310 that algorithmically determine the RVI that it ought to use to connect to its associated virtual LAN server 335. The algorithm, depending on the embodiment, may need to consider identification information such as cabinet number to identify the RVI.

3. ARP Processing and IP Mapping to RVIs

As explained above, the virtual Ethernet drivers 310 of certain embodiments support ARP. In these embodiments, ARP processing is used to advantage to create mappings at the nodes between IP addresses and RVIs that may be used to carry unicast traffic, including IP packets, between nodes.

To do this, the virtual Ethernet drivers 310 send ARP packet requests and replies to the virtual LAN server 335 via a dedicated RVI. The virtual LAN server 335, and specifically ARP server logic 355, handles the packets by adding information to the packet header. As was explained above, this information facilitates identification of the source and target and identifies the RVI that may be used between the nodes.

14

The ARP server logic 355 receives the ARP requests, processes the TLV header, and broadcasts the request to all relevant nodes on the internal platform and the external network if appropriate. Among other things, the server logic 355 determines who should receive the ARP reply, resulting from the request. For example, if the source is a clustered IP address, the reply should be sent to the cluster load balancer, not necessarily the source of the ARP request. The server logic 355 indicates such by including information in the TLV header of the ARP request, so that the target of the ARP replies accordingly. The server 335 will process the ARP packet by including further information in the appended header and broadcast the packet to the nodes in the relevant domain. For example, the modified header may include information identifying the source cabinet, processing node number, RVI connection number, channel, virtual interface number, and virtual LAN name (some of which is only known by the server 335).

The ARP replies are received by the server logic 355, which then maps the MAC information in the reply to corresponding RVI related information. The RVI-related information is placed in the target MAC entry of the reply and sent to the appropriate source node (e.g., may be the sender of the request, but in some instances such as with clustered IP addresses may be a different node).

4. Broadcast and Multicast Services

As outlined above, broadcasts are handled by receiving the packet on a dedicated RVI. The packet is then cloned by the server 335 and unicast to all virtual interfaces 310 in the relevant broadcast domain.

The same approach may be used for multicast. All multicast packets will be reflected off the virtual LAN server. Under some alternative embodiments, the virtual LAN server will treat multicast the same as broadcast and rely on IP filtering on each node to filter out unwanted packets.

When an application wishes to send or receive multicast addresses it must first join a multicast group. When a process on a processor performs a multicast join, the processor virtual network driver 310 sends a join request to the virtual LAN server 335 via a dedicated RVI. The virtual LAN server then configures a specific multicast MAC address on the interface and informs the LAN Proxy 340, discussed below, as necessary. The Proxy 340 will have to keep track of use counts on specific multicast groups so a multicast address is only removed when no processor belongs to that multicast group.

5. Bridging and Routing to other Domains

From the perspective of system 100, the external network 125 may operate in one of two modes: filtered or unfiltered. In filtered mode a single MAC address for the entire system is used for all outgoing packets. This hides the virtual MAC addresses of a processing node 107 behind the Virtual LAN Proxy 340 and makes the system appear as a single node on the network 125 (or as multiple nodes behind a bridge or proxy). Because this doesn't expose unique link layer information for each internal node 107 some other unique identifier is required to properly deliver incoming packets. When running in filter mode, the destination IP address of each incoming packet is used to uniquely identify the intended recipient since the MAC address will only identify the system. In unfiltered mode the virtual MACs of a node 107 are visible outside the system so that they may be used to

US 7,231,430 B2

15

direct incoming traffic. That is, filtered mode mandates layer **3** switching while unfiltered mode allows layer **2** switching. Filtered mode requires that some component (in this case the Virtual LAN Proxy **340**) perform replacement of node virtual MAC addresses with the MAC address of the external network **125** on all outgoing packets.

Some embodiments support the ability for a virtual LAN to be connected to external networks. Consequently, the virtual LAN will have to handle IP addresses not configured locally. To address this, one embodiment imposes a limit that each virtual LAN so connected be restricted to one external broadcast domain. IP addresses and subnet assignments for the internal nodes of the virtual LAN will have to be in accordance with the external domain.

The virtual LAN server **335** services the external connection by effectively acting as a data link layer bridge in that it moves packets between the external Ethernet driver **345** and internal processors and performs no IP processing. However, unlike like a data link layer bridge, the server cannot always rely on distinctive layer two addresses from the external network to internal nodes and instead the connection may use layer **3** (IP) information to make the bridging decisions. To do this, the external connection software extracts IP address information from incoming packets and it uses this information to identify the correct node **106** so that it may move the packet to that node.

A virtual LAN server **335** having an attached external broadcast domain has to intercept and process packets from and to the external domain so that external nodes have a consistent view of the subnet(s) in the broadcast domain.

When virtual LAN server **335** having an attached external broadcast domain receives an ARP request from an external node it will relay the request to all internal nodes. The correct node will then compose the reply and send the reply back to the requester through the virtual LAN server **335**. The virtual LAN server cooperates with the virtual LAN Proxy **340** so that the Proxy may handle any necessary MAC address translation on outgoing requests. All ARP Replies and ARP advertisements from external sources will be relayed directly to the target nodes.

Virtual Ethernet interfaces **310** will send all unicast packets with an external destination to the virtual LAN server **335** over the control connection RVI. (External destinations may be recognized by the driver by the MAC address format.) The virtual LAN server will then move the packet to the external network **125** accordingly.

If the virtual LAN server **335** receives a broadcast or multicast packet from an internal node it relays the packet to the external network in addition to relaying the packet to all internal virtual LAN members. If the virtual LAN server **335** receives a broadcast or multicast packet from an external source it relays the packet to all attached internal nodes.

Under certain embodiments, interconnecting virtual LANs through the use of IP routers or firewalls is accomplished using analogous mechanisms to those used in interconnecting physical LANs. One processor is configured on both LANs, and the Linux kernel on that processor must have routing (and possibly IP masquerading) enabled. Normal IP subnetting and routing semantics will always be maintained, even for two nodes located in the same platform.

A processor could be configured as a router between two external subnets, between external and internal subnet, and between two internal subnets. When an internal node is sending a packet through a router there are no problems because of the point-to-point topology of the internal network. The sender will send directly to the router (i.e.,

16

processor so configured with routing logic) without the intervention of the virtual LAN server (i.e., typical processor to processor communication, discussed above).

When an external node sends a packet to an internal router, and the external network **125** is running in filtered mode, the destination MAC address of the incoming packet will be that of the platform **100**. Thus the MAC address can not be used to uniquely identify the packet destination node. For a packet whose destination is an internal node on the virtual LAN, the destination IP address in the IP header is used to direct the packet to the proper destination node. However, because routers are not final destinations, the destination IP address in the IP header is that of the final destination rather than that of the next hop (which is the internal router). Thus, there is nothing in the incoming packet that can be used to direct it to the correct internal node. To handle this situation, one embodiment imposes a limit of no more than one router exposed to an external network on a virtual LAN. This router is registered with the virtual LAN server **335** as a default destination so that incoming packets with no valid destination will be directed to this default node.

When an external node sends a packet to an internal router and the external network **125** is running in unfiltered mode, the destination MAC address of the incoming packet will be the virtual MAC address of the internal destination node. The LAN Server **335** will then use this virtual MAC to send the packet directly to the destination internal node. In this case any number of internal nodes may be functioning as routers as the incoming packet's MAC address will uniquely identify the destination node.

If a configuration requires multiple routers on a subnet, one router can be picked as the exposed router. This router in turn could route to the other routers as necessary.

Under certain embodiments, router redundancy is provided, by making a router a clustered service and load balancing or failing over on a stateless basis (i.e., every IP packet rather than per-TCP connection).

Certain embodiments of the invention support promiscuous mode functionality by providing switch semantics in which a given port may be designated as a promiscuous port so that all traffic passing through the switch is repeated on the promiscuous port. The nodes that are allowed to listen in promiscuous mode will be assigned administratively at the virtual LAN server.

When a virtual Ethernet interface **310** enters promiscuous receive mode it will send a message to the virtual LAN server **335** over the management RVI. This message will contain all the information about the virtual Ethernet interface **310** entering promiscuous mode. When the virtual LAN Server receives a promiscuous mode message from a node, it will check its configuration information to determine if the node is allowed to listen promiscuously. If not, the virtual LAN Server will drop the promiscuous mode message without further processing. If the node is allowed to enter promiscuous mode, the virtual LAN server will broadcast the promiscuous mode message to all other nodes on the virtual LAN. The virtual LAN server will also mark the node as being promiscuous so that it can forward copies of incoming external packets to it. When a promiscuous listener detects any change in its RVI configuration it will send a promiscuous mode message to the virtual LAN to update the state of all other nodes on the relevant broadcast domain. This will update any nodes entering or leaving a virtual LAN. When a virtual Ethernet interface **310** leaves promiscuous it will send the virtual LAN server a message informing it that the interface is leaving promiscuous mode. The

17

virtual LAN server will then send this message to all other nodes on the virtual LAN. Promiscuous settings will allow for placing an external connection in promiscuous mode when any internal virtual interface is a promiscuous listener. This will make the traffic external to the platform (but on the same virtual LAN) available to the promiscuous listener.

### 6. Managing Service Clusters

A service cluster is a set of services available at one or more IP address (or host names). Examples of these services are HTTP, FTP, telnet, NFS, etc. An IP address and port number pair represents a specific service type (though not a service instance) offered by the cluster to clients, including clients on the external network **125**.

FIG. **5** shows how certain embodiments present a virtual cluster **405** of services as a single virtual host to the Internet or other external network **125** via a cluster IP address. All the services of the cluster **505** are addressed through a single IP address, through different ports at that IP address. In the example of FIG. **5**, service B is a load balanced service.

With reference to FIG. **3**B, virtual clusters are supported by the inclusion of virtual cluster proxy (VCP) logic **360** which cooperates with the virtual LAN server **335**. In short, VCP **360** is responsible for handling distribution of incoming connections, port filters, and real server connections for each configured virtual IP address. There will be one VCP for each clustered IP address configured.

When a packet arrives on the virtual cluster IP address, the virtual LAN Proxy logic **340** will send the packet to the VCP **360** for processing. The VCP will then decide where to send the packet based on the packet contents, its internal connection state cache, any load balancing algorithms being applied to incoming traffic, and the availability of configured services. The VCP will relay incoming packets based on both the destination IP address as well as the TCP or UDP port number. Further, it will only distribute packets destined for port numbers known to the VCP (or for existing TCP connections). It is the configuration of these ports, and the mapping of the port number to one or more processors that creates the virtual cluster and makes specific service instances available in the cluster. If multiple instances of the same service from multiple application processors are configured then the VCP can load balance between the service instances.

The VCP **360** maintains a cache of all active connections that exist on the cluster's IP address. Any load balancing decisions that are made will only be made when a new connection is established between the client and a service. Once the connection has been set up, the VCP will use the source and destination information in the incoming packet header to make sure all packets in a TCP stream get routed to the same processor **106** configured to provide the service. In the absence of the ability to determine a client session (for example, HTTP sessions), the actual connection/load balancing mapping cache will route packets based on client address so that subsequent connections from the same client goes to the same processor (making a client session persistent or "sticky"). Session persistence should be selectable on a service port number basis since only certain types of services require session persistence.

Replies to ARP requests, and routing of ARP replies, is handled by the VCP. When a processor sends any ARP packet, it will send it out through the Virtual Ethernet driver **310**. The packet will then be sent to the virtual LAN Server **335** for normal ARP processing. The virtual LAN server will broadcast the packet as usual, but will make sure it doesn't

18

get broadcast to any member of the cluster (not just the sender). It will also place information in the packet header TLV that indicates to the ARP target that the ARP source can only be reached through the virtual LAN server and specifically through the load balancer. The ARP target, whether internal or external, will process the ARP request normally and send a reply back through the virtual LAN server. Because the source of the ARP was a cluster IP address, the virtual LAN server will be unable to determine which processor sent out the original request. Thus, the virtual LAN Server will send the reply to each cluster member so that they can handle it properly. When an ARP packet is sent by a source with a cluster IP address as the target, the virtual LAN server will send the request to every cluster member. Each cluster member will receive the ARP request and process it normally. They will then compose an ARP reply and send it back to the source via the virtual LAN server. When the virtual LAN server receives any ARP reply from a cluster member it will drop that reply, but the virtual LAN server will compose and send an ARP reply to the ARP source. Thus, the virtual LAN Server will respond to all ARPs of the cluster IP address. The ARP reply will contain the information necessary for the ARP source to send all packets for the cluster IP address to the VCP. For external ARP sources, this will simply be an ARP reply with the external MAC address as the source hardware address. For internal ARP sources this will be the information necessary to tell the source to send packets for the cluster IP address down the virtual LAN management RVI rather than through a directly connected RVI. Any gratuitous ARP packets that are received will be forwarded to all cluster members. Any gratuitous ARP packets sent by a cluster member will be sent normally.

### Virtual LAN Proxy

The virtual LAN Proxy **340** performs the basic coordination of the physical network resources among all the processors that have virtual interfaces to the external physical network **125**. It bridges virtual LAN server **335** to the external network **125**. When the external network **125** is running in filtered mode the Virtual LAN Proxy **340** will convert the internal virtual MAC addresses from each node to the single external MAC assigned to the system **100**. When the external network **125** is operating in unfiltered mode no such MAC translation is required. The Virtual LAN Proxy **340** also performs insertion and removal of IEEE 802.1Q Virtual LAN ID tagging information, and demultiplexing packets based on their VLAN Ids. It also serializes access to the physical Ethernet interface **129** and co-ordinates the allocation and removal of MAC addresses, such as multicast addresses, on the physical network.

When the external network **125** is running in filtered mode and the virtual LAN Proxy **340** receives outgoing packets (ARP or otherwise) from a virtual LAN server **335**, it replace the internal format MAC address with the MAC address of the physical Ethernet device **129** as the source MAC address. When the External Network **125** is running in unfiltered mode no such replacement is required.

When the virtual LAN Proxy **340** receives incoming ARP packets, it moves the packet to the virtual LAN server **335** which handles the packet and relays the packet on to the correct destination(s). If the ARP packet is a broadcast packet then the packet is relayed to all internal nodes on the Virtual LAN. If the packet is a unicast packet the packet is sent only to the destination node. The destination node is determined by the IP address in the ARP packet when the

19 20

External Network **125** is running in filtered mode, or by the MAC address in the Ethernet header of the ARP packet (not the MAC address is the ARP packet).

## Physical LAN Driver

Under certain embodiments, the connection to the external network **125** is via Gigabit or 100/10baseT Ethernet links connected to the control node. Physical LAN drivers **345** are responsible for interfacing with such links. Packets being sent on the interface will be queued to the device in the normal manner, including placing the packets in socket buffers. The queue used to queue the packets is the one used by the protocol stack to queue packets to the device's transmit routine. For incoming packets, the socket buffer containing the packets will be passed around and the packet data will never be copied (though it will be cloned if needed for multicast operations). Under these embodiments, generic Linux network device drivers may be used in the control node without modification. This facilitates the addition of new devices to the platform without requiring additional device driver work.

The physical network interface **345** is in communication only with the virtual LAN proxy **340**. This prevents the control node from using the external connection in any way that would interfere with the operation of the virtual LANs and improves security and isolation of user data, i.e., an administrator may not "sniff" any user's packets.

## Load Balancing and Failover

Under some embodiments, the redundant connections to the external network **125** will be used alternately to load balance packet transmission between two redundant interfaces to the external network **125**. Other embodiments load balance by configuring each virtual network interface on alternating control nodes so the virtual interfaces are evenly distributed between the two control nodes. Another embodiment transmits through one control node and receives through another.

When in filtered mode, there will be one externally visible MAC address to which external nodes transmit packets for a set of virtual network interfaces. If that adapter goes down, then not only do the virtual network interfaces have to fail over to the other control node, but the MAC address must fail over too so that external nodes can continue to send packets to the MAC address already in the ARP caches. Under one embodiment of the invention, when a failed control node recovers, a single MAC address is manipulated and the MAC address does not have to be remapped on recovery.

Under another embodiment of the invention, load balancing is performed by allowing transmission on both control nodes but only reception through one. The failover case is both send and receive through the same control node. The recovery case is transmission through the recovered control node since that doesn't require any MAC manipulation.

The control node doing reception has IP information for filtering and multicast address information for multicast MAC configuration. This information is needed to process incoming packets and should be failed over should the receiving control node fail. If the transmitting control node fails, virtual network drivers need only start sending outgoing packets only to the receiving control node. No special failover processing is required other than the recognition that the transmitting control node has failed. If the failed control node recovers the virtual network drivers can resume sending outgoing packets to the recovered control nodes without any additional special recovery processing. If the receiving control node fails then the transmitting control node must assume the receiving interface role. To do this, it must configure all MAC addresses on its physical interface to enable packet reception. Alternately, both control nodes could have the same MAC address configured on their interfaces, but receives could be physically disabled on the Ethernet device by the device driver until an control node is ready to receive packets. Then failover would simply enable receives on the device.

Because the interfaces must be configured with multicast MAC addresses when any processor has joined a multicast group, multicast information must be shared between control nodes so that failover will be transparent to the processor. Since the virtual network drivers have to keep track of multicast group membership anyway, this information will always be available to a LAN Proxy via the virtual LAN server when needed. Thus, a receive failover will result in multicast group membership being queried from virtual network drivers to rebuild the local multicast group membership tables. This operations is low overhead and requires no special processing except during failover and recovery, and doesn't require any special replication of data between control nodes. When receive has failed over and the failed control node recovers, only transmissions will be moved over to the recovered control node. Thus, the algorithm for recovery on virtual network interfaces is to always move transmissions to the recovered control node and leave receive processing where it is.

Virtual service clusters may also use load balancing and failover.

## Multicabinet Platforms

Some embodiments allow cabinets to be connected together to form larger platforms. Each cabinet will have at least one control node which will be used for inter-cabinet connections. Each control node will include a virtual LAN server **335** to handle local connections and traffic. One of the servers is configured to be a master, such as the one located on the control node with the external connection for the virtual LAN. The other virtual LAN server will act as proxy servers, or slaves, so that the local processors of those cabinets can participate. The master maintains all virtual LAN state and control while the proxies relay packets between the processors and masters.

Each virtual LAN server proxy maintains a RVI to each master virtual LAN Server. Each local processor will connect to the virtual LAN Server Proxy server just as if it were a master. When a processor connects and registers an IP and MAC address, the proxy will register that IP and MAC address with the master. This will cause the master to bind the addresses to the RVI from the proxy. Thus, the master will contain RVI bindings for all internal nodes, but proxies will contain bindings only for nodes in the same cabinet.

When an processor anywhere in a multicabinet virtual LAN sends any packet to its virtual LAN server, the packet will be relayed to the master for processing. The master will then do normal processing on the packet. The master will relay packets to the proxies as necessary for multicast and broadcast. The master will also relay unicast packets based on the destination IP address of the unicast packet and registered IP addresses on the proxies. Note that on the master, a proxy connection looks very much like a node with many configured IP addresses.

US 7,231,430 B2

21

Networking Management Logic

During times when there is no operating system running on a processing node, such as booting or kernel debugging, the node's serial console traffic and boot image requests are routed by switch driver code located in the processing node's kernel debugging software or BIOS to management software running on a control node (not shown). From there, the console traffic can again be accessed either from the high-speed external network 125 or through the control node's management ports. The boot image requests can be satisfied either from the control node's local disks or from partitions out on the external SAN 130. The control node 120 is preferably booted and running normally before anything can be done to an processing node. The control node is itself booted or debugged from its management ports.

Some customers may wish to restrict booting and debugging of controllers to local access only, by plugging their management ports into an on-site computer when needed. Others may choose to allow remote booting and debugging by establishing a secure network segment for management purposes, suitably isolated from the Internet, into which to plug their management ports. Once a controller is booted and running normally, all other management functions for it and for the rest of the platform can be accessed from the high-speed external network 125 as well as the management ports, if permitted by the administrator.

Serial console traffic to and from each processing node 105 is sent by an operating system kernel driver over the switch fabric 115 to management software running on a control node 120. From there, any node's console traffic can be accessed either from the normal, high-speed external network 125 or through either of the control node's management ports.

Storage Architecture

Certain embodiments follow a SCSI model of storage. Each virtual PAN has its own virtualized I/O space and issues SCSI commands and status within such space. Logic at the control node translates or transforms the addresses and commands as necessary from a PAN and transmits them accordingly to the SAN 130 which services the commands. From the perspective of the SAN, the client is the platform 100 and the actual PANs that issued the commands are hidden and anonymous. Because the SAN address space is virtualized, one PAN operating on the platform 100 may have device numbering starting with a device number 1, and a second PAN may also have a device number 1. Yet each of the device number is will correspond to a different, unique portion of SAN storage.

Under preferred embodiments, an administrator can build virtual storage. Each of the PANs will have its own independent perspective of mass storage. Thus, as will be explained below, a first PAN may have a given device/LUN address map to a first location in the SAN, and a second PAN may have the same given device/LUN map to a second, different location in the SAN. Each processor maps a device/LUN address into a major and minor device number, to identify a disk and a partition, for example. Though the major and minor device numbers are perceived as a physical address by the PAN and the processors within a PAN, in effect they are treated by the platform as a virtual address to the mass storage provided by the SAN. That is, the major and minor device numbers of each processor are mapped to corresponding SAN locations.

FIG. 6 illustrates the software components used to implement the storage architecture of certain embodiments. A

22

configuration component 605, typically executed on a control node 120, is in communication with external SAN 130. A management interface component 610 provides an interface to the configuration component 605 and is in communication with IP network 125 and thus with remote management logic 135 (see FIG. 1). Each processor 106 in the system 100 includes an instance of processor-side storage logic 620. Each such instance 620 communicates via 2 RVI connections 625 to a corresponding instance of control node-side storage logic 615.

In short, the configuration component 605 and interface 610 are responsible for discovering those portions of SAN storage that are allocated to the platform 100 and for allowing an administrator to suballocate portions to specific PANs or processors 106. Storage configuration logic 605 is also responsible for communicating the SAN storage allocations to control node-side logic 615. The processor-side storage logic 620 is responsible for communicating the processor's storage requests over the internal interconnect 110 and storage fabric 115 via dedicated RVIs 625 to the control node-side logic 615. The requests will contain, under certain embodiments, virtual storage addresses and SCSI commands. The control node-side logic is responsible for receiving and handling such commands by identifying the corresponding actual address for the SAN and converting the commands and protocol to the appropriate form for the SAN, for example, including but not limited to, fibre channel (Gigabit Ethernet with iSCSI is another exemplary connectivity).

Configuration Component

The configuration component 605 determines which elements in the SAN 130 are visible to each individual processor 106. It provides a mapping function that translates the device numbers (e.g., SCSI target and LUN) that the processor uses into the device numbers visible to the control nodes through their attached SCSI and Fibre Channel I/O interfaces 128. It also provides an access control function, which prevents processors from accessing external storage devices which are attached to the control nodes but not included in the processors' configuration. The model that is presented to the processor (and to the system administrator and applications/users on that processor) makes it appear as if each processor has its own mass storage devices attached to interfaces on the processor.

Among other things, this functionality allows the software on a processor 106 to be moved to another processor easily. For example, in certain embodiments, the control node via software (without any physical re-cabling) may change the PAN configurations to allow a new processor to access the required devices. Thus, a new processor may be made to inherit the storage personality of another.

Under certain embodiments, the control nodes appear as hosts on the SANs, though alternative embodiments allow the processors to act as such.

As outlined above, the configuration logic discovers the SAN storage allocated to the platform 100 (for example, during platform boot) and this pool is subsequently allocated by an administrator. If discovery is activated later, the control node that performs the discovery operation compares the new view with the prior view. Newly available storage is added to the pool of storage that may be allocated by an administrator. Partitions that disappear that were not assigned are removed from the available pool of storage that may be allocated to PANs. Partitions that disappear that were assigned trigger error messages.

23

### Management Interface Component

The configuration component **605** allows management software to access and update the information which describes the device mapping between the devices visible to the control nodes **120** and the virtual devices visible to the individual processors **106**. It also allows access to control information. The assignments may be identified by the processing node in conjunction with an identification of the simulated SCSI disks, e.g., by name of the simulated controller, cable, unit, or logical unit number (LUN).

Under certain embodiments the interface component **610** cooperates with the configuration component to gather and monitor information and statistics, such as:

Total number of I/O operations performed
Total number of bytes transferred
Total number of read operations performed
Total number of write operations performed
Total amount of time I/O was in progress

### Processor-side Storage Logic

The processor-side logic **620** of the protocol is implemented as a host adapter module that emulates a SCSI subsystem by providing a low-level virtual interface to the operating system on the processors **106**. The processors **106** use this virtual interface to send SCSI I/O commands to the control nodes **120** for processing.

Under embodiments employing redundant control nodes **120**, each processing node **105** will include one instance of logic **620** per control node **120**. Under certain embodiments, the processors refer to storage using physical device numbering, rather than logical. That is, the address is specified as a device name to identify the LUN, the SCSI target, channel, host adapter, and control node **120** (e.g., node **120a** or **120b**). As shown in FIG. **8**, one embodiment maps the target (T) and LUN (L) to a host adapter (H), channel (C), mapped target (mT), and mapped LUN (mL)

FIG. **7** shows an exemplary architecture for processor side logic **720**. Logic **720** includes a device-type-specific driver (e.g., a disk driver) **705**, a mid-level SCSI I/O driver **710**, and wrapper and interconnect logic **715**.

The device-type-specific driver **705** is a conventional driver provided with the operating system and associated with specific device types.

The mid-level SCSI I/O driver **710** is a conventional mid-level driver that is called by the device-type-specific driver **705** once the driver **705** determines that the device is a SCSI device.

The wrapper and interconnect logic **715** is called by the mid-level SCSI I/O driver **710**. This logic provides the SCSI subsystem interface and thus emulates the SCSI subsystem. In certain embodiments that use the Giganet fabric, logic **715** is responsible for wrapping the SCSI commands as necessary and for interacting with the Giganet and RCLAN interface to cause the NIC to send the packets to the control nodes via the dedicated RVIs to the control nodes, described above. The header information for the Giganet packet is modified to indicate that this is a storage packet and includes other information, described below in context. Though not shown in FIG. **7**, wrapper logic **715** may use the RCLAN layer to support and utilize redundant interconnects **110** and fabrics **115**.

For embodiments that use Giganet fabric **115**, the RVIs of connection **725** are assigned virtual interface (VI) numbers from the range of **1024** available VIs. For the two endpoints to communicate, the switch **115** is programmed with a

24

bi-directional path between the pair (control node switch port, control node VI number), (processor node **105** switch port, processor node VI number).

A separate RVI is used for each type of message sent in either direction. Thus, there is always a receive buffer pending on each RVI for a message that can be sent from the other side of the protocol. In addition, since only one type of message is sent in either direction on each RVI, the receive buffers posted to each of the RVI channels can be sized appropriately for the maximum message length that the protocol will use for that type of message. Under other embodiments, all of the possible message types are multiplexed onto a single RVI, rather than using 2 VIs. The protocol and the message format do not specifically require the use of 2 RVIs, and the messages themselves have message type information in their header so that they could be demultiplexed.

One of the two channels is used to exchange SCSI commands (CMD) and status (STAT) messages. The other channel is used to exchange buffer (BUF) and transmit (TRAN) messages. This channel is also used to handle data payloads of SCSI commands.

CMD messages contain control information, the SCSI command to be performed, and the virtual addresses and sizes of I/O buffers in the node **105**. STAT messages contain control information and a completion status code reflecting any errors that may have occurred while processing the SCSI command. BUF messages contain control information and the virtual addresses and sizes of I/O buffers in the control node **120**. TRAN messages contain control information and are used to confirm successful transmission of data from node **105** to the control node **120**.

The processor side wrapper logic **715** examines the SCSI command to be sent to determine if the command requires the transfer of data and, if so, in what direction. Depending on the analysis, the wrapper logic **715** sets appropriate flag information in the message header accordingly. The section describing the control node-side logic describes how the flag information is utilized.

Under certain embodiments of the invention, the link **725** between processor-side storage logic **720** and control node-side storage logic **715** may be used to convey control messages, not part of the SCSI protocol and not to be communicated to the SAN **130**. Instead, these control messages are to be handled by the control node-side logic **715**.

The protocol control messages are always generated by the processor-side of the protocol and sent to the control node-side of the protocol over one of two virtual interfaces (VIs) connecting the processor-side logic **720** to the control node-side storage logic **715**. The message header used for protocol control operations is the same as a command message header, except that different flag bits are used to distinguish the message as a protocol control message. The control node **120** performs the requested operation and responds over the RVI with a message header that is the same as is used by a status message. In this fashion, a separate RVI for the infrequently used protocol control operations is not needed.

Under certain embodiments using redundant control nodes, the processor-side logic **720** detects certain errors from issued commands and in response re-issues the command to the other control node. This retry may be implemented in a mid-level driver **710**.

US 7,231,430 B2

25

Control Node-side Storage Logic

Under certain embodiments, the control node-side storage logic **715** is implemented as a device driver module. The logic **715** provides a device-level interface to the operating system on the control nodes **120**. This device-level interface is also used to access the configuration component **705**. When this device driver module is initialized, it responds to protocol messages from all of the processors **106** in the platform **100**. All of the configuration activity is introduced through the device-level interface. All of the I/O activity is introduced through messages that are sent and received through the interconnect **110** and switch fabric **115**. On the control node **120**, there will be one instance of logic **715** per processor node **105** (though it is only shown as one box in FIG. **7**). Under certain embodiments, the control node-side logic **715** communicates with the SAN **130** via FCP or FCP-2 protocols, or iSCSI or other protocols that use the SCSI-2 or SCSI-3 command set over various media.

As described above, the processor-side logic sets flags in the RVI message headers indicating whether data flow is associated with the command and, if so, in which direction. The control node-side storage logic **715** receives messages from the processor-side logic and then analyzes the header information to determine how to act, e.g., to allocate buffers or the like. In addition, the logic translates the address information contained in the messages from the processor to the corresponding, mapped SAN address and issues the commands (e.g., via FCP or FCP-2) to the SAN **130**.

A SCSI command such as a TEST UNIT READY command, which does not require a SCSI data transfer phase, is handled by the processor-side logic **720** sending a single command on the RVI used for command messages, and by the control node-side logic sending a single status message back over the same RVI. More specifically, the processor-side of the protocol constructs the message with a standard message header, a new sequence number for this command, the desired SCSI target and LUN, the SCSI command to be executed, and a list size of zero. The control node-side of the logic receives the message, extracts the SCSI command information and conveys it to the SAN **130** via interface **128**. After the control node has received the command completion callback, it constructs a status message to the processor using a standard message header, the sequence number for this command, the status of the completed command, and optionally the request sense data if the command completed with a check condition status.

A SCSI command such as a READ command, which requires a SCSI data transfer phase to transfer data from the SCSI device into the host memory, is handled by the processor-side logic sending a command message to the control node-side logic **715**, and the control node responding with one or more RDMA WRITE operation into memory in the processor node **105**, and a single status message from the control node-side logic. More specifically, the processor-side logic **720** constructs a command message with a standard message header, a new sequence number for this command, the desired SCSI target and LUN, the SCSI command to be executed, and a list of regions of memory where the data from the command is to be stored. The control node-side logic **715** allocates temporary memory buffers to store the data from the SCSI operation while the SCSI command is executing on the control node. After the control node-side logic **715** has sent the SCSI command to the SAN **130** for processing and the command has completed it sends the data back to the processor **105** memory with a sequence of one or more RDMA WRITE operations.

26

It then constructs a status message with a standard message header, the sequence number for this command, the status of the completed command, and optionally the REQUEST SENSE data if the command completed with a SCSI CHECK CONDITION status.

A SCSI command such as a WRITE command, which requires a SCSI data transfer phase to transfer data from the host memory to the SCSI device, is handled by the processor-side logic **720** sending a single command message to the control node-side logic **715**, one or more BUF messages from the control node-side logic **715** to the processor-side logic, one or more RDMA WRITE operations from the processor-side storage logic into memory in the control node, one or more TRAN messages from the processor-side logic to the control node-side logic, and a single status message from the control node-side logic back to the processor-side logic. The use of the BUF messages to communicate the location of temporary buffer memory in the control node to the processor-side storage logic and the use of TRAN messages to indicate completion of the RDMA WRITE data transfer is due to the lack of RDMA READ capability in the underlying Giganet fabric. If the underlying fabric supports RDMA READ operations, a different sequence of corresponding actions may be employed. More specifically, the processor-side logic **720** constructs a CMD message with a standard message header, a new sequence number for this command, the desired SCSI target and LUN, and the SCSI command to be executed. The control node-side logic **715** allocates temporary memory buffers to store the data from the SCSI operation while the SCSI command is executing on the control node. The control node-side of the protocol then constructs a BUF message with a standard message header, the sequence number for this command, and a list of regions of virtual memory which are used for the temporary memory buffers on the control node. The processor-side logic **720** then sends the data over to the control node memory with a sequence of one or more RDMA WRITE operations. It then constructs a TRAN message with a standard message header, and the sequence number for this command After the control node-side logic has sent the SCSI command to the SAN **130** for processing and has received the command completion, it constructs a STAT message with a standard message header, the sequence number for this command, the status of the completed command, and optionally the REQUEST SENSE data if the command completed with a CHECK CONDITION status.

Under some embodiments, the CMD message contains a list of regions of virtual memory from where the data for the command is stored. The BUF and TRAN messages also contain an index field, which allows the control node-side of the protocol to send a separate BUF message for each entry in the region list in the CMD message. The processor-side of the protocol would respond to such a message by performing RDMA WRITE operations for the amount of data described in the BUF message, followed by a TRAN message to indicate the completion of a single segment of data transfer.

The protocol between the processor-side logic **720** and the control node-side logic **715** allows for scatter-gather I/O operations. This functionality allows the data involved in an I/O request to be read from or written to several distinct regions of virtual and/or physical memory. This allows mutliple, non-contiguous buffers to be used for the request on the control node.

As stated above, the configuration logic **705** is responsible for discovering the SAN storage allocated to the platform and for interacting with the interface logic **710** so that an administrator may suballocate the storage to specific PANs.

27

As part of this allocation, the configuration component **705** creates and maintains a storage data structure **915** that includes information identifying the correspondence between processor addresses and actual SAN addresses. FIG. **7** shows such a structure. The correspondence, as described above, may be between the processing node and the identification of the simulated SCSI disks, e.g., by name of the simulated controller, cable, unit, or logical unit number (LUN).

Management Logic

Management logic **135** is used to interface to control node software to provision the PANs. Among other things, the logic **135** allows an administrator to establish the virtual network topology of a PAN, its visibility to the external network (e.g., as a service cluster), and to establish the types of devices on the PAN, e.g., bridges and routing.

The logic **135** also interfaces with the storage management interface logic **710** so that an administrator may define the storage for a PAN during initial allocation or subsequently. The configuration definition includes the storage correspondence (SCSI to SAN) discussed above and access control permissions.

As described above, each of the PANs and each of the processors will have a personality defined by its virtual networking (including a virtual MAC address) and virtual storage. The structures that record such personality may be accessed by management logic, as described below, to implement processor clustering. In addition, they may be accessed by an administrator as described above or with an agent administrator. An agent for example may be used to re-configure a PAN in response to certain events, such as time of day or year, or in response to certain loads on the system.

The operating system software at a processor includes serial console driver code to route console I/O traffic for the node over the Giganet switch **115** to management software running on a control node. From there, the management software can make any node's console I/O stream accessible via the control node's management ports (its low-speed Ethernet port and its Emergency Management Port) or via the high-speed external network **125**, as permitted by an administrator. Console traffic can be logged for audit and history purposes.

Cluster Management Logic

FIG. **9** illustrates the cluster management logic of certain embodiments. The cluster management logic **905** accesses the data structures **910** that record the networking information described above, such as the network topologies of PANs, the MAC address assignments within a PAN and so on. In addition, the cluster management logic **905** accesses the data structures **915** that record the storage correspondence of the various processors **106**. Moreover, the cluster management logic **905** accesses a data structure **920** that records free resources such as unallocated processors within the platform **100**.

In response to processor error events or administrator commands, the cluster management logic **905** can change the data structures to cause the storage and networking personalities of a given processor to "migrate" to a new processor. In this fashion, the new processor "inherits" the personality of the former processor. The cluster management logic **905** may be caused to do this to swap a new processor in to a PAN to replace a failing one.

The new processor will inherit the MAC address of a former processor and act like the former. The control node will communicate the connectivity information when the

28

new processor boots, and will update the connectivity information for the non-failing processors as needed. For example, in certain embodiments, the RVI connections for the other processors are updated transparently; that is, the software on the other processors does not need to be involved in establishing connectivity to the newly swapped in processor. Moreover, the new processor will inherit the storage correspondence of the former and consequently inherit the persisted state of the former processor.

Among other advantages this allows a free pool of resources, including processors, to be shared across the entire platform rather than across given PANs. In this way, the free resources (which may be kept as such to improve reliability and fault tolerance of the system) may be used more efficiently.

When a new processor is "swapped in" it will need to re-ARP to learn IP address to MAC address associations.

Alternatives

As each Giganet port of the switch fabric **115** can support **1024** simultaneous Virtual Interface connections over it and keep them separate from each other with hardware protection, the operating system can safely share a node's Giganet ports with application programs. This would allow direct connection between application programs without the need to run through the full stack of driver code. To do this, an operating system call would establish a Virtual Interface channel and memory-map its buffers and queues into application address space. In addition, a library to encapsulate the low-level details of interfacing to the channel would facilitate use of such Virtual Interface connections. The library could also automatically establish redundant Virtual Interface channel pairs and manage sharing or failing over between them, without requiring any effort or awareness from the calling application.

The embodiments described above emulated Ethernet internally over an ATM-like fabric. The design may be changed to use an internal Ethernet fabric which would simplify much of the architecture, e.g., obviating the need for emulation features. If the external network communicates according to ATM, another variation would use ATM internally without emulation of Ethernet and the ATM could be communicated externally to the external network when so addressed. Another variation would allow ATM internally to the platform (i.e., without emulation of Ethernet) and only external communications are transformed to Ethernet. This would streamline internal communications but require emulation logic at the controller.

Certain embodiments deploy PANs based on software configuration commands. It will be appreciated that deployment may be based on programmatic control. For example, more processors may be deployed under software control during peak hours of operation for that PAN, or correspondingl more or less storage space for a PAN may be deployed under software algorithmic control.

It will be appreciated that the scope of the present invention is not limited to the above described embodiments, but rather is defined by the appended claims; and that these claims will encompass modifications of and improvements to what has been described.

What is claimed is:

1. A platform for automatically deploying at least one virtual processing area network, in response to software commands, said platform comprising:

a plurality of computer processors connected to an internal communication network;

US 7,231,430 B2

29

30

at least one control node in communication with an external communication network and in communication with an external storage network having an external storage address space, wherein the at least one control node is connected to the internal communication network and thereby in communication with the plurality of computer processors, said at least one control node including logic to receive messages from the plurality of computer processors, wherein said received messages are addressed to the external communication network and to the external storage network and said at least one control node including logic to modify said received messages to transmit said modified messages to the external communication network and to the external storage network;

configuration logic for receiving and responding to said software commands, said software commands specifying (i) a number of processors for a virtual processing area network (ii) a virtual local area network topology defining interconnectivity and switching functionality among the specified processors of the virtual processing area network, and (iii) a virtual storage space for the virtual processing area network, said configuration logic including logic to select, under programmatic control, a corresponding set of computer processors from the plurality of computer processors, to program said corresponding set of computer processors and the internal communication network to establish the specified virtual local area network topology, and to program the at least one control node to define a virtual storage space for the virtual processing area network, said virtual storage space having a defined correspondence to a subset of the external storage address space of the external storage network; and

wherein the plurality of computer processors and the at least one control node include network emulation logic to emulate Ethernet functionality over the internal communication network.

**2.** The platform of claim **1** wherein the internal communication network is a point-to-point switch fabric.

**3.** A platform for automatically deploying at least one virtual processing area network, in response to software commands, said platform comprising:

a plurality of computer processors connected to an internal communication network;

at least one control node in communication with an external communication network and in communication with an external storage network having an external storage address space. wherein the at least one control node is connected to the internal communication network and thereby in communication with the plurality of computer processors, said at least one control node including logic to receive messages from the plurality of computer processors, wherein said received messages are addressed to the external communication network and to the external storage network and said at least one control node including logic to modify said received messages to transmit said modified messages to the external communication network and to the external storage network;

configuration logic for receiving and responding to said software commands, said software commands specifying (i) a number of processors for a virtual processing area network (ii) a virtual local area network topology defining interconnectivity and switching functionality among the specified processors of the virtual processing area network, and (iii) a virtual storage space for the

virtual processing area network, said configuration logic including logic to select, under programmatic control, a corresponding set of computer processors from the plurality of computer processors, to program said corresponding set of computer processors and the internal communication network to establish the specified virtual local area network topology, and to program the at least one control node to define a virtual storage space for the virtual processing area network, said virtual storage space having a defined correspondence to a subset of the external storage address space of the external storage network;

wherein the at least one control node receives, via the internal communication network, storage messages from said corresponding set of computer processors, and wherein the at least one control node includes logic to extract an address from a received storage message, to identify the defined corresponding address in the external storage address space, and to provide messages on the external storage network corresponding to the received storage messages and having the corresponding address; and

wherein the at least one control node includes logic to buffer data corresponding to write messages received from a computer processor of said corresponding set of computer processors and to provide the buffered data in the corresponding message provided to the external storage network.

**4.** A platform for automatically deploying at least one virtual processing area network, in response to software commands, said platform comprising:

a plurality of computer processors connected to an internal communication network; at least one control node in communication with an external communication network and in communication with an external storage network having an external storage address space, wherein the at least one control node is connected to the internal communication network and thereby in communication with the plurality of computer processors, said at least one control node including logic to receive messages from the plurality of computer processors, wherein said received messages are addressed to the external communication network and to the external storage network and said at least one control node including logic to modify said received messages to transmit said modified messages to the external communication network and to the external storage network;

configuration logic for receiving and responding to said software commands, said software commands specifying (i) a number of processors for a virtual processing area network (ii) a virtual local area network topology defining interconnectivity and switching functionality among the specified processors of the virtual processing area network, and (iii) a virtual storage space for the virtual processing area network, said configuration logic including logic to select, under programmatic control, a corresponding set of computer processors from the plurality of computer processors, to program said corresponding set of computer processors and the internal communication network to establish the specified virtual local area network topology, and to program the at least one control node to define a virtual storage space for the virtual processing area network, said virtual storage space having a defined correspondence to a subset of the external storage address space of the external storage network;

US 7,231,430 B2

31

32

wherein the at least one control node receives, via the internal communication network, storage messages from said corresponding set of computer processors, and wherein the at least one control node includes logic to extract an address from a received storage message, to identify the defined corresponding address in the external storage address space, and to provide messages on the external storage network corresponding to the received storage messages and having the corresponding address; and

wherein the at least one control node receives storage messages from the external storage network, and wherein the at least one control node includes logic to identify a corresponding computer processor or control node that the received message is responsive to, and to provide a corresponding message to the identified computer processor or control node.

5. A method of automatically deploying at least one virtual processing area network, in response to software commands, said method comprising the acts of:

providing a platform having a plurality of computer processors and at least one control node connected to an internal communication network, wherein the at least one control node is in communication with an external communication network and an external storage network having an external storage address space;

receiving software commands specifying (i) a number of processors for a virtual processing area network, (ii) a virtual local area network topology defining interconnectivity and switching functionality among the specified processors of the virtual processing area network, and (iii) virtual storage space for the virtual processing area network;

under programmatic control and in response to the software commands, selecting a corresponding set of computer processors for the virtual processing area network;

under programmatic control and in response to the software commands, programming said corresponding set of computer processor; and the internal communication network to establish the specified virtual local area network topology providing communication among said corresponding set of computer processors but excluding the processors from the plurality not in said set;

under programmatic control and in response to the software commands, programming the at least one control node to define a virtual storage space of the virtual processing network, said virtual storage space having a defined correspondence to a subset of the external storage address space of the external storage network;

wherein messages from the plurality of computer processors to the external communication network and to the external storage network are received and modified by the least one control node which transmits the modified messages to the external communication network and to the external storage network; and

wherein the plurality of computer processors and the at least one control node emulate Ethernet functionality over the internal communication network.

6. The method of claim 5 wherein the internal communication network is a point-to-point switch fabric and wherein the emulation of Ethernet functionality is provided over the point-to-point switch fabric.

7. A method of automatically deploying at least one virtual processing area network, in response to software commands, said method comprising the acts of:

providing a platform having a plurality of computer processors and at least one control node connected to an internal communication network, wherein the at least one control node is in communication with an external communication network and an external storage network having an external storage address space;

receiving software commands specifying (i) a number of processors for a virtual processing area network, (ii) a virtual local area network topology defining interconnectivity and switching functionality among the specified processors of the virtual processing area network, and (iii) virtual storage space for the virtual processing area network;

under programmatic control and in response to the software commands, selecting a corresponding set of computer processors for the virtual processing area network;

under programmatic control and in response to the software commands, programming said corresponding set of computer processor; and the internal communication network to establish the specified virtual local area network topology providing communication among said corresponding set of computer processors but excluding the processors from the plurality not in said set;

under programmatic control and in response to the software commands, programming the at least one control node to define a virtual storage space of the virtual processing network, said virtual storage space having a defined correspondence to a subset of the external storage address space of the external storage network;

wherein messages from the plurality of computer processors to the external communication network and to the external storage network are received and modified by the least one control node, which transmits the modified messages to the external communication network and to the external storage network;

wherein the at least one control node receives, via the internal communication network, storage messages from said corresponding set of computer processors, axed wherein the at least one control node extracts am address from a received storage message, identifies the defined corresponding address in the external storage address space, and provides messages on the external storage network corresponding to the received storage messages and having the corresponding address; and

wherein the at least one control node buffers data corresponding to write messages received from a computer processor of said corresponding set of computer processors and provides the buffered data in the corresponding message provided to the external storage network.

8. A method of automatically deploying at least one virtual processing area network, in response to software commands, said method comprising the acts of:

providing a platform having a plurality of computer processors and at least one control node connected to an internal communication network, wherein the at least one control node is in communication with an external communication network and an external storage network having an external storage address space;

receiving software commands specifying (i) a number of processors for a virtual processing area network, (ii) a virtual local area network topology defining interconnectivity and switching functionality among the speci-

US 7,231,430 B2

33

fied processors of the virtual processing area network, and (iii) virtual storage space for the virtual processing area network;

under programmatic control and in response to the software commands, selecting a corresponding set of computer processors for the virtual processing area network;

under programmatic control and in response to the software commands, programming said corresponding set of computer processor; and the internal communication network to establish the specified virtual local area network topology providing communication among said corresponding set of computer processors but excluding the processors from the plurality not in said set;

under programmatic control and in response to the software commands, programming the at least one control node to define a virtual storage space of the virtual processing network, said virtual storage space having a defined correspondence to a subset of the external storage address space of the external storage network;

wherein messages from the plurality of computer processors to the external communication network and to the

34

external storage network are received and modified by the least one control node, which transmits the modified messages to the external communication network and to the external storage network;

wherein the at least one control node receives, via the internal communication network, storage messages from said corresponding set of computer processors, axed wherein the at least one control node extracts am address from a received storage message, identifies the defined corresponding address in the external storage address space, and provides messages on the external storage network corresponding to the received storage messages and having the corresponding address; and

wherein the at least one control node receives storage messages from the external storage network, and wherein the at least one control node identifies a corresponding computer processor or control node that the received message is responsive to, and provides a corresponding message to the identified computer processor or control node.

*   *   *   *   *

# EXHIBIT B

US007178059B2

(12) **United States Patent**
Greenspan et al.

(10) Patent No.: **US 7,178,059 B2**
(45) Date of Patent: **Feb. 13, 2007**

(54) **DISASTER RECOVERY FOR PROCESSING RESOURCES USING CONFIGURABLE DEPLOYMENT PLATFORM**

(75) Inventors: **Alan Greenspan**, Northborough, MA (US); **Borne Goodman-Mace**, Johnson, VT (US); **Michael Johnson**, Stow, MA (US); **Siping Liu**, Hopkinton, MA (US); **Claude Keswani**, South Boston, MA (US)

(73) Assignee: **Egenera, Inc.**, Marlborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 178 days.

(21) Appl. No.: **10/431,313**

(22) Filed: **May 7, 2003**

(65) **Prior Publication Data**

US 2004/0236987 A1    Nov. 25, 2004

(51) **Int. Cl.**
**G06F 11/00**        (2006.01)
(52) **U.S. Cl.** ............................... **714/13**; 714/10; 714/4
(58) **Field of Classification Search** ................... 714/3, 714/4, 10, 13; 709/221
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,907,232 A * 3/1990 Harper et al. ................. 714/3

| | | | |
|---|---|---|---|
| 5,996,086 A * | 11/1999 | Delaney et al. | 714/4 |
| 6,587,970 B1 * | 7/2003 | Wang et al. | 714/47 |
| 6,618,819 B1 * | 9/2003 | Adamovits et al. | 714/13 |
| 2003/0055919 A1 * | 3/2003 | Fong et al. | 709/220 |
| 2004/0054780 A1 * | 3/2004 | Romero | 709/226 |
| 2004/0153754 A1 * | 8/2004 | Chen et al. | 714/13 |
| 2004/0172574 A1 * | 9/2004 | Wing et al. | 714/4 |

* cited by examiner

*Primary Examiner*—Robert Beausoliel
*Assistant Examiner*—Marc Duncan
(74) *Attorney, Agent, or Firm*—Wilmer Culter Pickering Hale and Dorr LLP

(57)            **ABSTRACT**

A system and method for disaster recovery for processing resources using configurable deployment platform. A primary site has a configuration of processing resources. A specification of the configuration of processing resources of the primary site is generated. The specification is provided to a fail-over site that has a configurable processing platform capable of deploying processing area networks in response to software commands. Using the specification, software commands are generated to the configurable platform to deploy processing area network corresponding to the specifications.

**10 Claims, 8 Drawing Sheets**





Fig. 1



Fig. 2A



Fig. 2B



Fig. 2C



Figure 3
(Prior Art)

Case 1:16-cv-11613-RGS   Document 98   Filed 03/02/18   Page 66 of 75



Figure 4
(Prior Art)



Figure 5



Figure 6

US 7,178,059 B2

**1**

# DISASTER RECOVERY FOR PROCESSING RESOURCES USING CONFIGURABLE DEPLOYMENT PLATFORM

## BACKGROUND

### 1. Field of the Invention

The present invention relates to computing systems for enterprises and, more specifically, to disaster recovery systems and techniques for reconfigurable, virtualized processing systems.

### 2. Discussion of Related Art

FIG. 3 depicts a conventional disaster recovery system. Storage facility **302** is located at a first location, and storage facility **304** is located at a second location, typically remote from the first location. Facility **302** may be considered a primary system and facility **304** may be considered as a secondary or fail-over site. Each facility has an identical copy of the data of interest, e.g., on their respective storage. Any desired updates of data at the primary are also sent to the secondary, e.g., via communication path **306**. In this fashion, the primary and secondary facilities may maintain identical copies of data.

If a disaster were to happen at the primary site, e.g., a hurricane, computer operations may fail-over to the secondary site. The secondary site has a host computer **308** waiting to handle such failover requests and is pre-configured with the necessary applications (e.g., those that executed on the primary host **310**). The secondary site, including its host **308**, may then handle the enterprise's computer operations that used to be handled by the primary. When the primary site recovers, the operations may switch back to the primary site if desired.

FIG. **4** depicts an exemplary, multi-tiered application topology. A firewall **402** acts as an interface to the Internet, for example, to receive various requests therefrom. The firewall **402** communicates with a load balancer **404**, which attempts to distribute the processing load on the overall system among a multiplicity of processing nodes. For example, the load balancer may distribute requests among a multiplicity of web servers **406**$a$ . . . $n$. Each web server **406**, in turn, may perform some analysis of a task it receives and invoke an appropriate application server **408**$a$ . . . $n$ . . . . Each application server **408** may in turn interact with database or file server **410**$a$ . . . $n$. Each of the various entities may be executing on its own respective processing or server node.

As suggested by FIG. **4**, modern multi-tiered application topologies may become very complicated. Adding to the complication (though not shown in FIG. **4**) are the various hubs, switches, cabling, and the like necessary to create the depicted processing network. Moreover, various versions of software may be executing.

To date, a considerable body of expertise has been developed in addressing disaster recovery with specific emphasis on replicating the data. Processor-side issues have not received adequate attention.

To date, processor-side aspects of disaster recovery have largely been handled by requiring processing resources on the secondary site to be identical to those of the first site and to wait in standby mode. This is complicated and costly, as suggested by the complexity of the multi-tiered architecture. Moreover, modern processor networks are often changed for a variety of reasons. If such a network is a primary site

**2**

network, then the changes also need to be made to the secondary, or else the enterprise risks that its disaster recovery system will not work as expected.

Platforms have been created recently that facilitate the deployment of processor resources. For example, Egenera, Inc. has provided the Egenera Bladefram platform. This platform has an adaptable, internal architecture (more below) so that processing area networks may be rapidly deployed under the control of software configuration commands. An exemplary architecture of such a system is described in U.S. patent application Ser. No. 10/038,354, filed on Jan. 4, 2002, entitled Address Resolution Protocol System and Method in a Virtual Network, and published on Oct. 24, 2002, which is hereby incorporated by reference in its entirety.

## SUMMARY

The invention provides a system and method for disaster recovery for processing resources using configurable deployment platform.

Under one aspect of the invention, a primary site has a configuration of processing resources. Under this aspect of the invention, a specification of a configuration of processing resources of the primary site is generated. The specification is provided to a fail-over site that has a configurable processing platform capable of deploying processing area networks in response to software commands. Using the specification, software commands are generated to the configurable platform to deploy processing resources corresponding to the specifications.

Under another aspect of the invention, the processing resources at the primary site are deployed on a configurable processing platform that is compatible with the configurable processing platform at the fail-over site.

Under another aspect of the invention, a specification is generated to describe the configuration of processing resources at the primary site and it includes configuration state that is specific to the configurable processing platform of the primary site.

Under another aspect of the invention, at least one other site includes processing resources and a specification is generated to describe the configuration of processing resources at the at least one other site. The specification of the configuration of processing resources at the at least one other site is provided to the fail-over site, and at least one of the specifications is used to generate software commands to the configurable platform to deploy processing area network corresponding to the one specification.

Under another aspect of the invention, the processing resources at the primary site include a plurality of independent processing area networks and the specification describes only a subset of the plurality of independent processing area networks.

Under another aspect of the invention, the processing resources at the primary site include a plurality of independent processing area networks and the specification describes all of the independent processing area networks.

Under another aspect of the invention, using the specification to generate commands to deploy processing resources is done in response to the receipt of a fail-over condition.

Under another aspect of the invention, the specification describes a minimum configuration or processing resources at the primary site.

3

BRIEF DESCRIPTION OF THE DRAWINGS

In the Drawing,

FIG. **1** is a system diagram illustrating one embodiment of the invention;

FIGS. **2**A–C are diagrams illustrating the communication links established according to one embodiment of the invention;

FIG. **3** illustrates a conventional disaster recovery system;

FIG. **4** illustrates a conventional multi-tiered application topology;

FIG. **5** illustrates a disaster recovery system for processing resources according to certain embodiments of the invention; and

FIG. **6** illustrates a disaster recovery system for processing resources according to certain embodiments of the invention.

DETAILED DESCRIPTION

Preferred embodiments of the invention provide a system and method that enable the efficient failover of processing resources to a second, fail-over site. Processing resources and configuration at the primary site are characterized into a specification with a defined set of variables, and the specification is stored in a secure way. The set of information that characterizes the resources (i.e., the resource's "personality") includes information such as the number of processing area networks (PANs) at the primary site, for each such PAN the number of nodes that should be allocated, the network connectivity among processors, storage mappings and the like (more below). The failover site uses a software-configurable platform that allows one or more independent processing networks to be deployed (or instantiated) in response to software commands. For example, certain embodiments may use the platform described in the U.S. patent applications identified above and incorporated by reference. The configuration specification is accessed and used to issue a set of commands on the configurable platform to instantiate processing resources on the failover site consistent with the specification.

Using the above approach, failover processing resources may be rapidly deployed (or instantiated) in response to a disaster or other fail-over condition. In some embodiments, the deployment at the failover site may be made in advance of any failover conditions or disaster. In these situations, the failover resources are instantiated and effectively kept in a standby mode relative to the primary site. These embodiments benefit in that any changes to the primary site's processing resources may be rapidly, accurately and reliably migrated to the failover site. In this fashion, the failover site can more quickly mirror the primary site's processing resources and in a way less susceptible to human error. For example, the enterprise will not need various personnel to understand the configuration at the primary site and re-create such configuration at a remote site, including the various cabling etc. needed for physical deployment of resources.

Exemplary System Architecture and Methods

FIG. **5** depicts an exemplary system architecture according to certain embodiments of the invention. The system includes a processing resources **510** at a primary site, a configurable platform **520** at a secondary site, a storage area network or analogous storage system **530** (which preferably includes geographically distributed storage having disaster recovery capabilities), and a configuration specification **540**

4

that is to be stored on the SAN **530** in a secure way (consistent with the disaster recovery model of the enterprise).

The primary site may have one or more PANs such as those depicted in FIG. **4**. The networks may be conventionally deployed with physically cabled, interconnected, and powered servers of various types. However, preferred embodiments would realize such PANs on a configurable platform such as those described in the U.S. patent applications identified above and incorporated including ones such as Egenera's BladeFrame platform.

The personality of the resources **510** at the primary site are characterized and specified in a configuration specification **540** (more below). The specification **540** includes the necessary information to properly describe the processing resources **510** at the primary site. The specification is stored on the SAN **530** in a secure way. For example, it may be saved to the SAN periodically. Alternatively, it may be stored in a remotely mirrored arrangement on the SAN or the like. The actual mechanisms for storing such specification are largely irrelevant to preferred embodiments other than that the approach should preferably be consistent with the disaster recovery model of the enterprise.

The specification **540** may characterize the entire set of processing resources at the primary site. Alternatively, the specification may characterize only certain PANs, clusters, or partitions of the primary site.

Moreover, the specification may be used to precisely describe the actual processing resources at the primary site. Alternatively, the specification may be used to describe a different, but sufficient, set of resources that is expected to be satisfactory for fail-over operation (e.g., perhaps a minimum configuration necessary to support operations).

The actual information specified will depend on the capabilities of the configurable platform and on the platform for the primary resources (i.e., is it deployed conventionally or is it deployed on a configurable platform). Certain embodiments store a predefined set of variables in a predefined format (e.g., using XML to tag the data) to specify the configuration of the primary site.

The specification **530** is accessed and used to instance processing resources at the failover site. Specifically, the configurable platform **520** via appropriate software commands instantiates PANs consistent with the description in the specification **530**. In some embodiments, this instantiation may be automated for example parsing the specification and creating the necessary software configuration commands to deploy (or instantiate) the resources at the failover site. In other embodiments, tools (not shown) are used to validate the specification, but actual instantiation is performed with the assistance of an IT administrator. In some contexts, the deployment may be in response to a disaster or failover condition (which may be communicated in many forms). In other contexts, the deployment may be performed in advance of any disaster or failover conditions.

In certain preferred embodiments, the primary resources **510** are deployed on a configurable platform that is compatible (but not necessarily identical) to the platform **520**. In these arrangements the specification may include more specific information to facilitate deployment. For example, the specification may include certain information used at the primary to emulate various PANs and which is specific to the general type of configurable platform used. In this fashion, deployment at the failover may be more rapid, as this information will not need to be re-created or generated at the secondary. In contrast, for arrangements that use conventional arrangements at the primary (i.e., with physical net-

**5**

working, cabling and the like), the specification will be more general in nature and will not include emulation- or platform-specific information.

FIG. **6** depicts another arrangement according to certain embodiments of the invention. In this arrangement, there is still a failover site with a configurable platform **620** analogous to that described above. However, this failover site may be used in conjunction with multiple production sites of various types. In this fashion, the failover architecture effectively creates an N+1 arrangement of processing resources with N production sites and one failover site to be used to handle disasters or fail-over conditions.

Moreover, the failover site need not necessarily allocate sufficient resources in advance of a failover condition or disaster. Instead, in response to a failover condition or disaster, the failover site may instantiate the processing resources as specified. Preferred configurable platforms **520** include scheduling logic that may, for example, shut down lower priority PANs executing on the platform and instantiate a higher priority PANs to be instantiated to support the failover.

Alternatively, a minimum configuration may be instantiated in advance of any failover condition and upon failover scheduling logic may consult the specification **540** and determine whether more resources may be added and deployed to provide better server for the PAN.

Overview of an Exemplary Configurable Platform for Deploying PANs

As outlined above, preferred embodiments utilize configurable platforms **520** for deploying PANs at the disaster recovery site. Preferably these platforms are like those described in the incorporated U.S. patent applications and/or like Egenera's BladeFrame platform. Moreover, preferred embodiments also utilize configurable platforms at the primary site.

In short, the preferred platforms provide a pool of resources that may be allocated and configured to emulate independent PANs in response to software commands. The commands for example describe the number of processing nodes that should be allocated, their network connectivity, their storage personality and the like. The various networking, cabling, power and the like are effectively emulated and thus permit rapid instantiation of the processing network (as opposed to the complicated and slow physical deployment in conventional approaches).

FIG. **1** depicts an exemplary platform for preferred embodiments of the invention. As outlined below and described in more detail in the incorporated patent applications, preferred platforms provide a system, method and logic through which virtual systems may be deployed through configuration commands. The platform provides a large pool of processors from which a subset may be selected and configured through software commands to form a virtualized network of computers ("processing area network" or "processor clusters") that may be deployed to serve a given set of applications or customer. The virtualized processing area network (PAN) may then be used to execute customer specific applications, such as web-based server applications, e.g., like those depicted at a high level in FIG. **2**A–C. The virtualization may include virtualization of local area networks (LANs) or the virtualization of I/O storage. By providing such a platform, processing resources may be deployed rapidly and easily through software via configuration commands, e.g., from an administrator, rather than

**6**

through physically providing servers, cabling network and storage connections, providing power to each server and so forth.

As shown in FIG. **1**, a preferred hardware platform **100** includes a set of processing nodes **105**a–n connected to a switch fabrics **115**a,b via high-speed, interconnect **110**a,b. The switch fabric **115**a,b is also connected to at least one control node **120**a,b that is in communication with an external IP network **125** (or other data communication network), and with a storage area network (SAN) **130**. A management application **135**, for example, executing remotely, may access one or more of the control nodes via the IP network **125** to assist in configuring the platform **100** and deploying virtualized PANs.

Under certain embodiments, about 24 processing nodes **105**a–n, two control nodes **120**, and two switch fabrics **115**a,b are contained in a single chassis and interconnected with a fixed, pre-wired mesh of point-to-point (PtP) links. Each processing node **105** is a board that includes one or more (e.g., 4) processors **106**j–l, one or more network interface cards (NICs) **107**, and local memory (e.g., greater than 4 Gbytes) that, among other things, includes some BIOS firmware for booting and initialization. There is no local disk for the processors **106**; instead all storage, including storage needed for paging, is handled by SAN storage devices **130**.

Each control node **120** is a single board that includes one or more (e.g., 4) processors, local memory, and local disk storage for holding independent copies of the boot image and initial file system that is used to boot operating system software for the processing nodes **105** and for the control nodes **106**. Each control node communicates with SAN **130** via **100** megabyte/second fibre channel adapter cards **128** connected to fibre channel links **122**, **124** and communicates with the Internet (or any other external network) **125** via an external network interface **129** having one or more Gigabit Ethernet NICs connected to Gigabit Ethernet links **121**,**123**. (Many other techniques and hardware may be used for SAN and external network connectivity.) Each control node includes a low speed Ethernet port (not shown) as a dedicated management port, which may be used instead of remote, web-based management via management application **135**.

The switch fabric is composed of one or more 30-port Giganet switches **115**, such as the NIC-CLAN 1000 and clan 5300 switch, and the various processing and control nodes use corresponding NICs for communication with such a fabric module. Giganet switch fabrics have the semantics of a Non-Broadcast Multiple Access (NBMA) network. All inter-node communication is via a switch fabric. Each link is formed as a serial connection between a NIC **107** and a port in the switch fabric **115**. Each link operates at 112 megabytes/second.

In some embodiments, multiple cabinets or chassises may be connected together to form larger platforms. And in other embodiments the configuration may differ; for example, redundant connections, switches and control nodes may be eliminated.

Under software control, the platform supports multiple, simultaneous and independent processing areas networks (PANs). Each PAN, through software commands, is configured to have a corresponding subset of processors **106** that may communicate via a virtual local area network that is emulated over the PtP mesh. Each PAN is also configured to have a corresponding virtual I/O subsystem. No physical deployment or cabling is needed to establish a PAN. Under certain preferred embodiments, software logic executing on

7

the processor nodes and/or the control nodes emulates switched Ethernet semantics; other software logic executing on the processor nodes and/or the control nodes provides virtual storage subsystem functionality that follows SCSI semantics and that provides independent I/O address spaces for each PAN.

Certain preferred embodiments allow an administrator to build virtual, emulated LANs using virtual components, interfaces, and connections. Each of the virtual LANs can be internal and private to the platform 100, or multiple processors may be formed into a processor cluster externally visible as a single IP address.

Under certain embodiments, the virtual networks so created emulate a switched Ethernet network, though the physical, underlying network is a PtP mesh. The virtual network utilizes IEEE MAC addresses, and the processing nodes support IETF ARP processing to identify and associate IP addresses with MAC addresses. Consequently, a given processor node replies to an ARP request consistently whether the ARP request came from a node internal or external to the platform.

FIG. 2A shows an exemplary network arrangement that may be modeled or emulated. A first subnet 202 is formed by processing nodes $PN_1$, $PN_2$, and $PN_k$ that may communicate with one another via switch 206. A second subnet 204 is formed by processing nodes $PN_k$ and $PN_m$ that may communicate with one another via switch 208. Under switched Ethernet semantics, one node on a subnet may communicate directly with another node on the subnet; for example, $PN_1$ may send a message to $PN_2$. The semantics also allow one node to communicate with a set of the other nodes; for example $PN_1$, may send a broadcast message to other nodes. The processing nodes $PN_1$ and $PN_2$ cannot directly communicate with $PN_m$ because $PN_m$ is on a different subnet. For $PN_1$ and $PN_2$ to communicate with $PN_m$ higher layer networking software would need to be utilized, which software would have a fuller understanding of both subnets. Though not shown in the figure, a given switch may communicate via an "uplink" to another switch or the like. As will be appreciated given the description below, the need for such uplinks is different than their need when the switches are physical. Specifically, since the switches are virtual and modeled in software they may scale horizontally as wide as needed. (In contrast, physical switches have a fixed number of physical ports sometimes the uplinks are needed to provide horizontal scalability.)

FIG. 2B shows exemplary software communication paths and logic used under certain embodiments to model the subnets 202 and 204 of FIG. 2A. The communication paths 212 connect processing nodes $PN_1$, $PN_2$, $PN_k$, and $PN_m$, specifically their corresponding processor-side network communication logic 210, and they also connect processing nodes to control nodes. (Though drawn as a single instance of logic for the purpose of clarity, $PN_k$ may have multiple instances of the corresponding processor logic, one per subnet, for example.) Under preferred embodiments, management logic and the control node logic are responsible for establishing, managing and destroying the communication paths. The individual processing nodes are not permitted to establish such paths.

As will be explained in detail below, the processor logic and the control node logic together emulate switched Ethernet semantics over such communication paths. For example, the control nodes have control node-side virtual switch logic 214 to emulate some (but not necessarily all) of the semantics of an Ethernet switch, and the processor logic

8

includes logic to emulate some (but not necessarily all) of the semantics of an Ethernet driver.

Within a subnet, one processor node may communicate directly with another via a corresponding virtual interface 212. Likewise, a processor node may communicate with the control node logic via a separate virtual interface. Under certain embodiments, the underlying switch fabric and associated logic (e.g., switch fabric manager logic, not shown) provides the ability to establish and manage such virtual interfaces (VIs) over the point to point mesh. Moreover, these virtual interfaces may be established in a reliable, redundant fashion and are referred to herein in as RVIs. At points in this description, the terms virtual interface (VI) and reliable virtual interface (RVI) are used interchangeably, as the choice between a VI versus an RVI largely depends on the amount of reliability desired by the system at the expense of system resources.

Referring conjointly to FIGS. 2A–B, if node $PN_1$ is to communicate with node $PN_2$ it does so ordinarily by virtual interface $212_{1-2}$. However, preferred embodiments allow communication between $PN_1$ and $PN_2$ to occur via switch emulation logic, if for example VI $212_{1-2}$ is not operating satisfactorily. In this case a message may be sent via VI $212_{1-switch206}$ and via VI $212_{switch206-2}$. If $PN_1$ is to broadcast or multicast a message to other nodes in the subnet 202 it does so by sending the message to control node-side logic 214 via virtual interface $212_{1-switch206}$. Control node-side logic 214 then emulates the broadcast or multicast functionality by cloning and sending the message to the other relevant nodes using the relevant VIs. The same or analogous VIs may be used to convey other messages requiring control node-side logic. For example, as will be described below, control node-side logic includes logic to support the address resolution protocol (ARP), and VIs are used to communicate ARP replies and requests to the control node. Though the above description suggests just one VI between processor logic and control logic, many embodiments employ several such connections. Moreover, though the figures suggest symmetry in the software communication paths, the architecture actually allows asymmetric communication. For example, as will be discussed below, for communication clustered services the packets would be routed via the control node. However, return communication may be direct between nodes.

Notice that like the network of FIG. 2A, there is no mechanism for communication between node $PN_2$, and $PN_m$. Moreover, by having communication paths managed and created centrally (instead of via the processing nodes) such a path is not creatable by the processing nodes, and the defined subnet connectivity cannot be violated by a processor.

FIG. 2C shows the exemplary physical connections of certain embodiments to realize the subnets of FIGS. 2A and B. Specifically, each instance of processing network logic 210 communicates with the switch fabric 115 via a PtP links 216 of interconnect 110. Likewise, the control node has multiple instances of switch logic 214 and each communicates over a PtP conneciton 216 to the switch fabric. The virtual interfaces of FIG. 2B include the logic to convey information over these physical links, as will be described further below.

To create and configure such networks, an administrator defines the network topology of a PAN and specifies (e.g., via a utility within the management software 135) MAC address assignments of the various nodes. The MAC address is virtual, identifying a virtual interface, and not tied to any specific physical node. Under certain embodiments, MAC

9 | 10

addresses follow the IEEE 48 bit address format, but in which the contents include a "locally administered" bit (set to 1), the serial number of the control node **120** on which the virtual interface was originally defined (more below), and a count value from a persistent sequence counter on the control node that is kept in NVRAM in the control node. These MACs will be used to identify the nodes (as is conventional) at a layer **2** level. For example, in replying to ARP requests (whether from a node internal to the PAN or on an external network) these MACs will be included in the ARP reply.

The control node-side networking logic maintains data structures that contain information reflecting the connectivity of the LAN (e.g., which nodes may communicate to which other nodes). The control node logic also allocates and assigns VI (or RVI) mappings to the defined MAC addresses and allocates and assigns VIs or (RVIs) between the control nodes and between the control nodes and the processing nodes. In the example of FIG. **2A**, the logic would allocate and assign VIs **212** of FIG. **2B**. (The naming of the VIs and RVIs in some embodiments is a consequence of the switching fabric and the switch fabric manager logic employed.)

As each processor boots, BIOS-based boot logic initializes each processor **106** of the node **105** and, among other things, establishes a (or discovers the) VI **212** to the control node logic. The processor node then obtains from the control node relevant data link information, such as the processor node's MAC address, and the MAC identities of other devices within the same data link configuration. Each processor then registers its IP address with the control node, which then binds the IP address to the node and an RVI (e.g., the RVI on which the registration arrived). In this fashion, the control node will be able to bind IP addresses for each virtual MAC for each node on a subnet. In addition to the above, the processor node also obtains the RVI or VI-related information for its connections to other nodes or to control node networking logic.

Thus, after boot and initialization, the various processor nodes should understand their layer **2**, data link connectivity. As will be explained below, layer **3** (IP) connectivity and specifically layer **3** to layer **2** associations are determined during normal processing of the processors as a consequence of the address resolution protocol.

It should be appreciated that platforms other than that outlined above may be used. That is, other arrangements of configurable platforms may also be utilized though the internal architectures and capabilities may differ. For example, the preferred platform includes particular types of emulation logic in connection with its supported PAN network functionality. Though this logic is believed to offer certain advantages, it is not necessary for the present invention.

Configuration State

In connection with the above, the deployed PANs on the configurable platform are characterized by configuration state. The configuration state at a minimum describes the processing topology that is to be emulated. For example, the state would describe the topology of an exemplary arrangement such as FIG. **4** and could include specific information about the storage personality, applications, etc. As outlined above, under preferred embodiments, the primary site utilizes a compatible configurable platform to that at the fail-over site. In these contexts, the configuration state may include more information than the mere processing topology. The extra information may include information specific

to the emulation of the conventional arrangement and would facilitate instantiation at the failover site. For example, the configuration state may include platform specific information on how to emulate a specific network interconnection.

As outlined above, configuration state may specify all processing resources at the primary site, or it may specify only specific PANs, clusters or partitions. Under one certain embodiment, the configuration state includes the following types of information.

Configuration State mirrored as part of a PAN Archive (PAR file)
  Data specific to the device configuration at the primary site: E.g.,
    State of the 1Gb eth devices:
      Name, switch uplink information filter mode, MAC address
    State of the virtual redundant ethernet devices (Reths)
      Name, 1GB eth pairings, operating modes, primary eth, soft MAC address
    State of the virtual network switches
      Switch name, uplink information (eth or reth), DHCP proxy information, Router information
  Root and Boot images for creating Server root disks and booting Server kernels Data specific to the blade pooling information at the primary site
    List of Blades assigned to the global Blade pool
  Data related to the management of the primary site:
    SNMP settings for the primary BladeFrame and PAN
      SNMP Manager IP addresses
      Community Strings
      Trap IP ports
    User Security Setttings
      User names and roles
    Event/Alert settings
      Severities necessary to trigger alerts for various events
      Email addresses to which alerts should be sent
      SNMP trap enablements for specific alerts
    Monitor settings
      Default thresholds for various monitors in the system
    Email gateway
    Disaster recovery state save settings
      State save schedule, output location (device or file)
  Data related to the logical partitioning of the primary site (PAN and/or logical partitions or logical PANs)
    For each LPAN
      LPAN name, description
      Management settings
        SNMP settings specific to the LPAN
          SNMP Manager IP addresses
          Community Strings
          Trap IP ports
        Event/Alert settings
          Severities necessary to trigger alerts for various events
          Email addresses to which alerts should be sent
          SNMP trap enablements for specific alerts
        Activation order (order in which this LPAN is started relative to other LPANs—establishes priority for acquiring resources)
        Resource information
          Blades assigned to the LPAN, access to the global pool
          Blades assigned to a local pool within the LPAN
          SCSI disk Ids assigned to the LPAN
          Virtual Switches assigned to the LPAN
          Access settings for bladeframe CD-ROM usage

US 7,178,059 B2

11            12

Server configuration
  For each Server
    Server name, description
    Required/Optional settings (affects LPAN boot
      operations)
    Timeouts for boot, shutdown, reboot
    Primary and failover Blade configurations
    Attach settings of LPAN SCSI disk ids to Server
      disk ids
    Disk enable on boot settings, optional/required
      attributes
    Virtual eth settings (MAC address, data rate)
    Attach settings of LPAN virtual switches to Server
      virtual eths
    CD-ROM enablements
    Boot Information
    Boot image to use
    Kernel arguments to use when booting
    Boot order for the Server relative to other Servers
      in the LPAN
  HA Application Information
    HA Application resources
      IP resources
      File system resources
      Failover policies
    For each HA Application configured in the LPAN
      Application name, description, type
      Attributes: auto-start, start order (with respect to
        other applications), start/stop scripts

Under some embodiments, the configuration state is specified with predefined rules. For example the state may be stored as tagged data using XML. This facilitates parsing and validation of the specification and may facilitate automatic generation of software commands to deploy the specified configuration.

High available applications include fail-over applications, load balancing applications, and the like.

On the issue of XML format. The tags usually represent the names of an object (LPAN, pServer, SNMP Manager, etc) and XML attributes are usually used for specific values, i.e.

```
name="pServer1", so for example:
<pServer name="pServer1">
    <pBlades>
        <primary name="bladeframeX/p12/>
        <failover name="bladeframeX/p9/>
        ...
    </pBlades>
    <disk id="(1.0)" san-id="(5.0..0.1)"/>
    ...
</pServer>
```

In some cases, an administrator may use the specification as a description of the processing resources that should be instantiated on the failover site, but may find it necessary to alter the information to specify a different but still sufficient failover arrangement.

Preferred embodiments include tools to validate that the description of the processing resources is a valid description.

As mentioned above, certain preformed embodiments are used in conjunction with an architecture like that described in U.S. patent application Ser. No. 10/038,354. Consequently, the configuration state for such whether for PANs or logical PANs is saved and archived as described above.

Certain embodiments persist the PAN Archives to raw disks. This allows the system to write the data at the primary site and read it back at the failover site without requiring file system mounts (which may be hard to use on shared disks).

It will be appreciated that the scope of the present invention is not limited to the above described embodiments, but rather is defined by the appended claims; and that these claims will encompass modifications of and improvements to what has been described.

What is claimed is:

**1**. A method of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources, comprising:
  generating a specification that describes a configuration of
    processing resources of the primary site;
  providing the specification to a fail-over site having a
    configurable processing platform capable of deploying
    processing area networks in response to software com-
    mands;
  using the specification to generate software commands to
    the configurable platform to deploy processing
    resources corresponding to the specification;
  wherein the processing resources at the primary site
    include a plurality of independent processing area
    networks and wherein the specification describes only
    a subset of the plurality of independent processing area
    networks.

**2**. The method of claim **1**, wherein the act of using the specification to generate commands to deploy processing resources is in response to the receipt of a fail-over condition.

**3**. The method of claim **1**, wherein the act of generating includes specifying data specific to device configuration at the primary site.

**4**. The method of claim **1**, wherein the act of generating includes specifying management information relevant to the primary site.

**5**. A method of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources, comprising:
  generating a specification that describes a configuration of
    processing resources of the primary site;
  providing the specification to a fail-over site having a
    configurable processing platform capable of deploying
    processing area networks in response to software com-
    mands;
  using the specification to generate software commands to
    the configurable platform to deploy processing
    resources corresponding to the specification;
  wherein the processing resources at the primary site
    include a plurality of independent processing area
    networks and wherein the specification describes all of
    the independent processing area networks.

**6**. A method of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources, comprising:
  generating a specification that describes a configuration of
    processing resources of the primary site;
  providing the specification to a fail-over site having a
    configurable processing platform capable of deploying
    processing area networks in response to software com-
    mands;
  using the specification to generate software commands to
    the configurable platform to deploy processing
    resources corresponding to the specification;

US 7,178,059 B2

**13**

wherein the specification describes a minimum configuration of processing resources at the primary site.

**7**. A method of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources, comprising:

generating a specification that describes a configuration of processing resources of the primary site;

providing the specification to a fail-over site having a configurable processing platform capable of deploying processing area networks in response to software commands;

using the specification to generate software commands to the configurable platform to deploy processing resources corresponding to the specification;

wherein the primary site includes a configurable processing platform having a pool of processors and wherein the act of generating includes specifying information descriptive of how the processors are pooled at the primary site.

**8**. The method of claim **7** wherein the act of generating includes specifying data to describe logical partitioning of processors and interconnectivity into logical processing networks.

**9**. A system of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources, comprising;

a computer-readable specification that describes a configuration of processing resources of the primary site;

**14**

a configurable processing platform capable of deploying processing area networks in response to software commands;

logic to generate software commands to the configurable platform to deploy processing resources corresponding to the specification;

wherein the processing resources at the primary site include a plurality of independent processing area networks and wherein the specification describes only a subset of the plurality of independent processing area networks.

**10**. A system of providing processing resources to respond to a fail-over condition in which a primary site includes a configuration of processing resources, comprising:

a computer-readable specification that describes a configuration of processing resources of the primary site;

a configurable processing platform capable of deploying processing area networks in response to software commands;

logic to generate software commands to the configurable platform to deploy processing resources corresponding to the specification;

wherein the processing resources at the primary site include a plurality of independent processing area networks and wherein the specification describes all of the independent processing area networks.

*   *   *   *   *