# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EGENERA, INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CISCO SYSTEMS, INC.,**<br><br>　　　　Defendant. | Civil Action No. 1:16-cv-11613-RGS<br><br><br>JURY TRIAL |

## EGENERA'S MOTION FOR PARTIAL SUMMARY JUDGMENT

For the reasons set forth in the accompanying Memorandum in Support, Plaintiff Egenera, Inc. ("Egenera") respectfully moves for summary judgment as to the following Cisco defenses: (1) inequitable conduct (Dkt. 103 at 14-17, "Tenth Defense"); (2) improper inventorship (Dkt. 103 at 14, "Ninth Defense"); (3) equitable doctrines (Dkt. 103 at 13, "Fifth Defense"); and (4) anticipation (Dkt. 103 at 13, "First Defense").

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned counsel certifies that counsel for Egenera conferred with counsel for Cisco in a good faith effort to resolve or narrow the issues raised in this Motion. The parties were unable to narrow or resolve the issues.

Dated: August 8, 2018                                    Respectfully submitted,

By: */s/ Christopher T. Bovenkamp*
Mike McKool *(admitted pro hac vice)*
TX Bar No. 13732100
mmckool@mckoolsmith.com
Christopher T. Bovenkamp *(admitted pro hac vice)*
TX Bar No. 24006877
cbovenkamp@mckoolsmith.com
Avery R. Williams *(admitted pro hac vice)*
TX Bar No. 24075282
awilliams@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

John B. Campbell *(admitted pro hac vice)*
TX Bar No. 24036314
jcampbell@mckoolsmith.com
James. E. Quigley (*admitted pro hac vice*)
TX Bar No. 24075810
jquigley@mckoolsmith.com
Jordan Z. Carson (*admitted pro hac vice*)
Texas State Bar No. 24101599
jcarson@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

David L. Evans (BBO #156695)
devans@murphyking.com
Steven M. Veenema (BBO #672097)
sveenema@murphyking.com
**MURPHY & KING, P.C.**
One Beacon Street, 21st Fl.
Boston, Massachusetts 02108-3107
Telephone: (617) 423-0400
Fax: (617) 423-0498

COUNSEL FOR PLAINTIFF
EGENERA, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this document filed through the Electronic Case Filing ("ECF") system on August 8, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                      */s/ James E. Quigley*
                                      James E. Quigley