**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| EGENERA, INC., | |
| Plaintiff, | Civil Action No. 1:16-cv-11613-RGS |
| v. | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

## DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,231,430

Defendant Cisco Systems, Inc. ("Cisco") respectfully moves the Court for an order granting summary judgment of invalidity of U.S. Patent No. 7,231,430 (the "'430 Patent). The '430 Patent is invalid under 35. U.S.C. §102(f) because it omits inventor Peter Schulter.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Cisco requests oral argument on this motion.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that counsel for Cisco conferred with counsel for Egenera in a good faith effort to resolve or narrow the issues raised in this motion.

Dated: August 8, 2018                    By:    */s/ Michael R. Rhodes*
                                                John M. Desmarais (*admitted pro hac vice*)
                                                jdesmarais@desmaraisllp.com
                                                Paul A. Bondor (admitted *pro hac vice*)
                                                pbondor@desmaraisllp.com
                                                Jonas R. McDavit (*admitted pro hac vice*)
                                                jmcdavit@desmaraisllp.com
                                                Tamir Packin (*admitted pro hac vice*)
                                                tpackin@desmaraisllp.com
                                                Peter C. Magic (*admitted pro hac vice*)
                                                pmagic@desmaraisllp.com
                                                Brian Leary (*admitted pro hac vice*)
                                                bleary@desmaraisllp.com
                                                Lindsey Miller (*admitted pro hac vice*)
                                                lmiller@desmaraisllp.com
                                                Robert C. Harrits (*admitted pro hac vice*)
                                                rharrits@desmaraisllp.com
                                                Michael R. Rhodes (*admitted pro hac vice*)
                                                mrhodes@desmaraisllp.com
                                                Elizabeth Weyl (*admitted pro hac vice*)
                                                eweyl@desmaraisllp.com
                                                Carson Olsheski (*admitted pro hac vice*)
                                                colsheski@desmaraisllp.com
                                                DESMARAIS LLP
                                                230 Park Avenue
                                                New York, NY 10169
                                                Telephone: (212) 351-3400
                                                Facsimile: (212) 351-3401

                                                Kevin G. Kenneally (BBO # 550050)
                                                Kevin.Kenneally@leclairryan.com
                                                John W. Moran (BBO # 664914)
                                                John.Moran@leclairryan.com
                                                LECLAIRRYAN
                                                One International Place, Suite 1110
                                                Boston, Massachusetts 02110
                                                Telephone: (617) 502-8220
                                                Facsimile: (617) 502-8270

                                                *Counsel for Defendant Cisco Systems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 8, 2018, the foregoing **DEFENDANT CISCO SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,231,430** was served via the Court's ECF system, and any sealed copies were delivered to opposing counsel.


*/s/ John W. Moran*
John W. Moran