# EXHIBIT 41



# PAN Manager Configuration and Installation Guide

September 2012

PM7.3

CONFIDENTIAL – ATTORNEY'S EYES ONLY

EGENERA00339795

# Copyright

Copyright © 2011-12 Egenera, Inc. All rights reserved. This product is protected by U.S. and international copyright and intellectual property laws. Egenera products are covered by one or more patents listed at http://www.egenera.com/patents.

This document, and the product described in it, is furnished under license and may only be used in accordance with the terms of such license. The content of this document is furnished for information purposes only and is subject to change without notice.

Egenera, Egenera stylized logos, PAN, PAN Manager, PAN Domain, PAN Advanced, PAN Enterprise, pNode, and PAN OPServer (POPS), PAN Agent, PAN Tools are trademarks or registered trademarks of Egenera, Inc. in the United States and/or other countries.

AMD is a trademark of Advanced Micro Devices, Inc.

EMC, CLARiiON, and Symmetrix are registered trademarks of EMC Corporation.

IBM and BladeCenter are registered trademarks of International Business Machines Corporation.

Intel and Xeon are trademarks of the Intel Corporation in the United States and other countries.

Linux is a registered trademark of Linus Torvalds.

Microsoft and Windows are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. The virtual VGA console uses Microsoft Terminal Services Advanced Client (TSAC), which is a copyright of Microsoft Corporation.

MindTerm is copyright AppGate AB.

NEC and NEC Express5800 are either registered trademarks or trademarks of NEC Corporation.

Red Hat is a registered trademark of Red Hat, Inc. in the United States and other countries.

Sun, Sun Microsystems, the Sun Logo, Solaris, and the Java logo are trademarks or registered trademarks of Sun Microsystems, Inc. in the United States and other countries.

SUSE is a registered trademark of SUSE LINUX Products GmbH, a Novell business.

VMware, Virtual SMP, ESX, vSphere and VMotion are registered trademarks or trademarks of VMware, Inc.

Xen, XenSource, XenServer, and XenEnterprise are either registered trademarks or trademarks of Citrix Systems, Inc. in the United States and/or other countries.

All other company and product names are trademarks or registered trademarks of their respective holders.

Printed in the United States of America.[120920:143612]

Egenera, Inc., 80 Central Street, Boxborough, Massachusetts 01719.