# EXHIBIT 42
PUBLIC-REDACTED VERSION

**From:** Samantha Surprenant
**To:**
**Cc:**
**Subject:** RE: Egenera Patent Info?
**Date:** Monday, August 1, 2016 8:49:05 AM

I'll wait until Kevin gets back to discuss.  One suggestion is to create a redirect from http://www.egenera.com/patents that would take the person directly to our legal page http://www.egenera.com/legal.com.   The legal page talks about patent infringement.

/ses

**From:** Maryellen Edwards
**Sent:** Saturday, July 30, 2016 6:13 AM
**To:** Samantha Surprenant
**Cc:** Virginia Gehrig                              ; Bob Percy                              ; Kevin Kerrigan                              Marc Shelley
**Subject:** Re: Egenera Patent Info?

Hi Sam,
Can you check to see if we still have this page available somewhere from the old site? CC'ing Kevin too – Kevin, in the event that the page doesn't exist any more (and that's very likely), do we need to refer to a patent list in our collateral? It's not something I've done before but it could be unique to documentation.

Thanks,
Maryellen

**From:** Bob Percy
**Date:** Friday, July 29, 2016 at 1:30 PM
**To:** Maryellen Edwards
**Cc:** Virginia Gehrig
**Subject:** Egenera Patent Info?

Hi Maryellen,

In our end user documentation, we have this pointer to Egenera patent info:

> Egenera products are covered by one or more patents listed at http://www.egenera.com/patents.

I'm not able to find the Egenera patent info at this or any other location on the website. Is there any still there? If so, could you send me its location?

Thanks!

Bob

CONFIDENTIAL ATTORNEY'S EYES ONLY                              EGENERA02280905-1

CONFIDENTIAL ATTORNEY'S EYES ONLY

EGENERA02280905-2