## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EGENERA, INC.,** | |
| **Plaintiff,** | Civil Action No.  1:16-cv-11613-RGS |
| v. | |
| **CISCO SYSTEMS, INC.,** | **JURY TRIAL** |
| **Defendant.** | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Plaintiff Egenera, Inc. ('Egenera') respectfully requests that Jordan Z. Carson be permitted to withdraw as its counsel of record in this matter.  Attorneys with McKool Smith PC and Murphy King will remain counsel for Egenera.  The clerk is requested to terminate CM/ECF notices to Mr. Carson.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Motion to Withdraw Jordan Z. Carson as Counsel of Record be granted.

Dated: February 6, 2019.

**McKool Smith, P.C.**

*/s/  Chistopher Bovenkamp*
Mike McKool (admitted pro hac vice)
TX Bar No. 13732100
mmckool@mckoolsmith.com
Christopher T. Bovenkamp (admitted pro hac vice)
TX Bar No. 24006877
cbovenkamp@mckoolsmith.com
Avery R. Williams (admitted pro hac vice)
TX Bar No. 24075282
awilliams@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044

John B. Campbell (admitted pro hac vice)
TX Bar No. 24036314
jcampbell@mckoolsmith.com
Kathy H. Li (admitted pro hac vice)
TX Bar No. 24070142
kli@mckoolsmith.com
James. E. Quigley (admitted pro hac vice)
TX Bar No. 24075810
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Fax: (512) 692-8744

David L. Evans (BBO #156695)
devans@murphyking.com
Steven M. Veenema (BBO #672097)
sveenema@murphyking.com
MURPHY &KING, P.C.
One Beacon Street, 21st Fl.
Boston, Massachusetts 02108-3107
Telephone: (617) 423-0400
Fax: (617) 423-0498

COUNSEL FOR PLAINTIFF EGENERA,
INC.

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

I hereby state that counsel for Plaintiff complied with the requirements of Local Rule 7.1, by conferring with counsel for Defendants.  Defendants' counsel does not oppose this motion.

*/s/ Christopher Bovenkamp*
Christopher Bovenkamp


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 6, 2019.

*/s/ Christopher Bovenkamp*
Christopher Bovenkamp