IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EGENERA, INC.,

               Plaintiff,

               v.

CISCO SYSTEMS, INC.,

               Defendant.

Civil Action No. 1:16-cv-11613-RGS

Jury Trial Requested

## ORDER

This matter having come before the Court upon Plaintiff Egenera, Inc.'s Unopposed Motion to Correct Inventorship ("Motion"), and upon consideration of the Motion, and all related papers filed therewith, the Court is of the opinion that the Motion should be GRANTED.

WHEREFORE IT IS HEREBY ORDERED that the Motion is GRANTED and pursuant to Section 256(b) of Title 35 of the United States Code, the Director of the United States Patent and Trademark Office shall issue an appropriate certificate identifying Peter Schulter as a co-inventor of U.S. Patent No. 7,231,430.

Boston, Massachusetts, this _4th_ day of _December_, 2020.

_/s/ Richard G. Stearns_
The Honorable Richard G. Stearns
United States District Court Judge