**EXHIBIT**
JURY QUESTION
A

Requesting access to review transcripts for:
Dr. Mark Jones
Professor Kevin Jeffay

Signed,

*[signature]*
John Dermody, Foreperson

To Clarify,                                               are met
If all but one of the Claim elements ✓ under DOE, then there is no infringement since one Claim element does not meet DOE, is that accurate?

Thank you,

John Dermody
John Dermody, Foreperson

Jurors, your understanding is correct.

Judge Stearns

EXHIBIT
JURY QUESTION
C

                              unanimously
                                    ∨
If the jury finds that one claim element does not infringe under DOE, then the jury does not need to be unanimous on the other claim elements, correct?

*John Dem*
John Dermody, Foreperson

Again, your understanding correct.

            Judge Stearns