```
 1                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 2

 3

 4

 5
     * * * * * * * * * * * * * *
 6   EGENERA, INC.,              *
             Plaintiff          *
 7                              *    CIVIL ACTION
             vs.                *    No. 16-11613-RGS
 8                              *
     CISCO SYSTEMS, INC.,        *
 9           Defendant          *
     * * * * * * * * * * * * * *
10

11

12

13

14          BEFORE THE HONORABLE RICHARD G. STEARNS
               UNITED STATES DISTRICT COURT JUDGE
15                        AND A JURY
                    CIVIL JURY TRIAL DAY 5
16                     August 8, 2022

17

18

19                              Courtroom No. 21
                                1 Courthouse Way
20                              Boston, Massachusetts 02210

21

22           JAMES P. GIBBONS, CSR, RPR, RMR
              LISA McDONALD, RPR, RMR, CRR
23               Official Court Reporter
             1 Courthouse Way, Suite 7205
24           Boston, Massachusetts  02210
              jamesgibbonsrpr@gmail.com
25
```

```
 1   APPEARANCES:

 2   On behalf of the Plaintiff:

 3        ROPES & GRAY LLP (By Andrew N. Thomases, Esq., and
        James R. Batchelder, Esq.) 1900 University Avenue, East
 4      Palo Alto, California 94303
                            - and -
 5        ROPES & GRAY LLP (By Josef B. Schenker, Esq. and
        Rachael S. Bacha, Esq.) 1211 Avenue of the Americas, New
 6      York, New York 10036-8704
                            - and -
 7        ROPES & GRAY LLP (By Scott Taylor, Esq., Emma
        Notis-McConarty, Esq. and Nicholas Bortz, Esq.)
 8      Prudential Tower, 800 Boylston Street, Boston,
        Massachusetts 02199
 9
     On behalf of the Defendant:
10
          DESMARAIS LLP (By Tamir Packin, Esq., Carson
11      Olsheski, Esq. and John M. Desmarais, Esq.) 230 Park
        Avenue, New York, New York 10169, on behalf of the
12      Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2                       (8:40 a.m.)

 3            THE CLERK:  All rise.

 4       (Whereupon, the Court entered the courtroom.)

 5            THE CLERK:  Court is open.  You may be seated.

 6            THE COURT:  Let's deal with this expeditiously, as

 7       the jurors are arriving.

 8            The clock issue is the easiest to resolve.

 9            With respect to Cisco's calculation, it's almost right.

10       What I see I did -- I was having trouble with the Chen

11       deposition on the allocation, which is why I asked what the

12       time allocation was.  And then I adjusted manually, but I

13       adjusted -- for some reason I gave Cisco all of the double

14       credit for Egenera's contribution.

15            So if I subtract that, officially Cisco is 4 hours and

16       44 minutes, which is pretty close to, I think, what you

17       calculated at.

18            With respect to the Egenera's objection.  Again, I can

19       see what I did.  I left the clock running during the break.

20       I'm not sure exactly how long the break was, but that's a

21       23-minute discrepancy, which sounds about right for breaks.

22       So I will just accept the 7-hour and 19-minute figure.  So

23       that should resolve that.

24            Okay, now, with respect to this never-ending business

25       about the appendices.
```

1          You have to keep two things in mind.  There's a

2     difference between evidence.  I understand the

3     demonstrative.  Yes, the expert, Dr. Jones, can use so much

4     of the appendices that are not testimonial assertion, that

5     merely illustrate how did his work to come to the

6     conclusions he did.  That can be shown to the jury.  It

7     doesn't make it an exhibit, though, as long as we're clear

8     on that.

9          But in terms of a demonstrative, yes, but if it's not

10    used, it's not used.

11         All right, with the third-party contacts, there is

12    absolutely no way I can revolve this based on what you told

13    me.  So I'm going to have to ask Egenera to identify every

14    one of those contacts that it intends to use, and then if

15    Cisco wasn't included in the contact, then we can reconsider

16    it then.  Right now I don't have enough information because

17    I believe both of you, but that still leaves a gap in terms

18    of the resolution.

19         All right, with respect to the slide, PTX-0010, I agree

20    with Egenera.  I already ruled on that.  What I said was,

21    Use it, just don't call attention to the fact that some of

22    it was under seal.  That, I think, was the issue we were

23    trying to avoid.

24         With respect to the witnesses within a hundred miles of

25    the court, I think it's kind of cruel to make someone come

1   100 miles to testify for three minutes in the age of COVID.

2   But since the rules are the rules, I would say Busby, yes,

3   we will have to appear in person because he is designated

4   under 32(a)(3).

5        Greenspan, I don't see any basis that I would admit it.

6   I have no idea what 802(d)(2) is.  I don't think there is

7   such a rule.  But that's neither here nor there.  I just

8   don't think there is a basis.

9        So Busby, yes; Greenspan, no.

10       The rebuttal case, I've already said there would be a

11   rebuttal case.  So there will be a rebuttal case, but it has

12   to be within the 15 allotted hours.

13       Okay.  So that's as far as I think I can go on what you

14   woke me up with this morning.

15           MS. NOTIS-McCONARTY:  I understand.  Thank you,

16   your Honor.  We're pulling together a list of all of the

17   third parties and should have that for you momentarily,

18   but --

19           THE COURT:  I need it less than Cisco needs it,

20   because they want to know whether they took part in a

21   conversation.

22           MS. NOTIS-McCONARTY:  Yes, Cisco was copied on all

23   the communications with third parties, and my understanding

24   is is that Cisco is aware of the identity of every single

25   one of the parties.

```
1              THE COURT:  Okay.

2              MS. NOTIS-McCONARTY:  They've been included on he

3    discussions, too.

4              MR. OLSHESKI:  Your Honor, I don't believe that

5    we've been included on all.  We have been included on some.

6        And for each third party who Egenera has spoken to that

7    we were a party to that conversation, and we've let them

8    know that we can agree to any limited use of the exhibits.

9    We just haven't heard back as far as any clearance to the

10   extent that Cisco needs to use the exhibits.

11             THE COURT:  Let's get the list.  I don't have to

12   resolve that by nine o'clock.

13             MS. NOTIS-McCONARTY:  Thank you, your Honor.  And I

14   also note that the third parties were subpoenaed in

15   discovery.  So their identities are known to both sides, but

16   we'll get you that list.

17             THE COURT:  Let's everybody verify it so we don't

18   have any squabbles in court.

19        We're still waiting for two jurors, but I hope we'll

20   get underway shortly.

21        Who is going to be the first witness?

22             MS. NOTIS-McCONARTY:  The first witness will be

23   Dr. Jones.

24             THE COURT:  Okay, good.  So I'll see you hopefully

25   a little bit before nine.
```

```
 1                MS. NOTIS-McCONARTY:  Thank you, your Honor.

 2                MR. OLSHESKI:  Thank you, your Honor.

 3                THE CLERK:  All rise.

 4           (Recess.)

 5                THE CLERK:  All rise for the jury.

 6           (Whereupon, the jury entered the courtroom.)

 7                THE CLERK:  All rise for this Honorable Court.

 8           (Whereupon, the Court entered the courtroom.)

 9                THE CLERK:  Resuming on the record in Civil Action

10      No. 16-11613, Egenera versus Cisco.

11                THE COURT:  Good morning again, counsel.

12           And good morning, jurors.  Everyone found their way

13      back, and we're off to an early start today, which is a good

14      thing, and we will begin, I think, with a new witness, Dr.

15      Jones?

16                MR. SCHENKER:  Yes, your Honor.

17                Egenera calls Dr. Mark T. Jones.

18                THE CLERK:  Please raise your right hand.

19                      **MARK T. JONES, sworn**

20                THE CLERK:  Could you please introduce yourself,

21      spelling your last name for the record.

22                THE WITNESS:  Yes.  My name is Mark Jones,

23      J-O-N-E-S.

24

25
```

1          **DIRECT EXAMINATION**

2     **BY MR. SCHENKER**

3     Q   Good morning, Dr. Jones.  You are a doctor; is that

4     right?

5     A   I am a professor emeritus in logical and computer

6     engineering at Virginia Tech.

7     Q   How long were you a professor at Virginia Tech.?

8     A   About 25 years.

9     Q   Dr. Jones, what is the purpose of your testimony today?

10    A   I'm here to testify about the topic of infringement and

11    the conclusions I reached based on the investigation I did

12    and the reports that I filed.

13    Q   Are you an expert witness, Dr. Jones?

14    A   Yes, I am.

15    Q   And were you compensated for your time spent working on

16    this case?

17    A   Yes, I was compensated for my work at $450 an hour.

18    Q   Does your compensation have anything to do with the

19    outcome of this trial?

20    A   No, it's not dependent on that.

21    Q   Dr. Jones, I would like you to tell the jury a little

22    bit about yourself.

23             How  old are you?

24    A   I'm 57.

25    Q   And where do you live?

1    A    I live in Blacksburg, Virginia?

2    Q    How long have you lived in Blacksburg?

3    A    My family first moved there when I was just entering

4    high school, when my dad took a job at Virginia Tech. as a

5    professor.

6    Q    You said you were a professor at Virginia Tech.  Did you

7    teach there at the same time as your father?

8    A    We did.  We overlapped a few years before he retired.

9    Q    What made you want to be a teacher?

10   A    Well, my dad was a professor.  My mom taught kids who

11   were struggling to read as a teacher.  So it just seemed

12   like a natural thing.  You know, both my parents were

13   teachers.  I just kind of fell into that.

14   Q    Before you became a professor at Virginia Tech, what was

15   your educational background?

16   A    I had a -- I got my bachelor of science degree in

17   computer science from Clemson, and then my Ph.D. in computer

18   science from Duke.

19   Q    And what year did you get your Ph.D.?

20   A    1990.

21   Q    What is computer science?

22   A    I describe it as the study of how to understand and use

23   computers in ways that solve real-world problems.

24   Q    While you were in school, did you also work?

25   A    I did.  I worked as an undergraduate in various labs

1    doing the writing programs, worked as a residents adviser in

2    grad school.  I worked at NASA during the summers.  I also

3    took on consulting work.

4    Q   What did you do for NASA?

5    A   There I was working on research and developing programs

6    to analyze space structures.  So as part of one of those, I

7    worked on -- this was a while back, and so they were still

8    studying the Challenger disaster, and we are studying the

9    structures involved in that accident.

10   Q   After you earned you're Ph.D., did you go straight into

11   teaching?

12   A   No.  I wanted to take a few years.  So I went to a

13   Department of Energy research facility outside of Chicago

14   called Argonne National Laboratory.

15   Q   What your -- when did you become a professor?

16   A   I became a professor in 1993.  I went to the University

17   of Tennessee Computer Science Departments, and then in 1997

18   I went to Virginia Tech., as that was home.

19   Q   What were your responsibilities as a professor?

20   A   I taught undergraduate classes.  I taught graduate

21   classes.  I supervised graduate students, performed research

22   and had research projects that funded students and

23   post-doctoral researchers as well as administrative

24   responsibilities.

25   Q   Did you continue to write computer programs even after

1    you became a professor?

2    A    I don't think a month has gone by since maybe 1980 that

3    I haven't written a computer program.  I enjoy doing it.

4    Most people don't, but I do, so I continued doing it.

5    Q    Dr. Jones, have you previously served as an expert in a

6    patent infringement case?

7    A    Yes.  I've been in approximately 20 patent trials.

8    Q    And do you always work for plaintiffs in litigation?

9    A    No.  In cases I worked for both plaintiffs and

10   defendants.

11   Q    Dr. Jones, what makes you qualified to give testimony

12   about infringement in this case?

13   A    It's my background in the area, but also the

14   investigation and materials that I've studied in this case

15   and report that I filed.

16            MR. SCHENKER:  Can we open PDX-10.1.

17   Q    Dr. Jones, will you give the jury an overview of the

18   things we are going to discuss today?

19   A    Yes, I'll give a brief overview of the '430 Patent.

20   We've heard a fair amount about that.

21            I'll give an overview of the accused UCS system.

22            I'll provide my detailed infringement analysis, and

23   then I'll discuss Cisco's infringing actions.

24   Q    And turning to the next slide.

25            What evidence and information did you review to

1    form your opinions that you will be offering today?

2    A    I started with the '430 Patent and its file history, the

3    related-to documents.  I looked at, and was able to study,

4    Cisco's and Egenera's technical documents, some of which

5    were confidential.  Testimony from witnesses, some of which

6    we heard at trial.  Interrogatory responses from both

7    parties, technical marketing sales documents from both

8    parties.  I had a -- put together a UCS test bed, a system

9    that I could test to operate the products and will present

10   some information from that.  I was able to study Cisco's

11   computer source code as well as information from Cisco's

12   customers.

13   Q    And is all the information you studied publicly

14   available?

15   A    No, not all of it.  As an expert witness, I'm able to --

16   or given access to certain confidential information from

17   both parties that -- such as the source code, that is not

18   available to outside parties.

19              MR. SCHENKER:  I would like to turn to the '430

20   Patent.

21        Mr. Fitzgerald, can we bring up JTX-1.

22        Thank you.

23   Q    Dr. Jones, you heard Mr. Manca testify about the

24   detailed summary and the figures of the '430 Patent; is that

25   right?

1    A   Yes, I did.

2    Q   You were here in court all week, right?

3    A   Yes.

4    Q   All of last week?

5    A   That's correct.

6    Q   Is the detailed summary the invention?

7    A   No, the detailed summary isn't the invention.  The

8    invention is the claim that comes at the end of patent.

9         In this instance, just claims 3 and 7 are at issue.

10   So that's where we look to see the definition of the

11   invention.

12        MR. SCHENKER:  Mr. Fitzgerald, can you take us to

13   the bottom of column 31 of the '430 Patent.

14   Q   Dr. Jones, will you give us a high-level overview of the

15   invention of claim 7.

16   A   Yes.  So this is -- the beginning of this is the

17   preamble, and it talks about being able to automatically

18   deploy a virtual processing area network in response to

19   software commands.

20        And we'll see details of how that happens in the

21   claim itself.  But it's essentially talking about this

22   assignment of logical servers to physical servers and doing

23   that in response to software commands.

24        MR. SCHENKER:  Can we turn to the top of column 32.

25   Q   What's this first paragraph?

1    A    This is laying out the physical hardware that underlies

2    the system, and you can see it identifies computer

3    processors.  It identifies a control node, an internal

4    communication network.  And that control node being in

5    communication with two external communication networks.

6    Q    And the next paragraph starts, "Receiving software

7    commands."  What's going on there?

8    A    This is laying out the software commands that are going

9    to be received to specify the system.  And we will go into

10   details on these so that they're more clear what they are.

11   But essentially this is the step of receiving those software

12   commands.

13   Q    Next are three paragraphs that start with the words

14   "under programmatic control."  Can you explain those to us?

15   A    Sure.  At a high level, this is the portion of the claim

16   where it's responding to those commands to set up the system

17   automatically.

18   Q    And then I say three paragraphs starting with the word

19   "wherein."  What's happening there?

20   A    These are describing how the system is configured with

21   respect to messages that go through the system.

22              So -- and in particular, this is talking about

23   messages that are coming from the servers and going to the

24   two external networks.

25              And again we will go into detail on those.

1   Q    Is claim 7 the only claim we are going to discuss today?

2   A    No, we're going to discuss claim 3 as well.

3   Q    And at a high level, how does claim 3 differ from

4   claim 7?

5   A    Well, claim 7 we saw was a method claim.  That means

6   it's a process.  There are steps of the method claim.

7        Claim 3 is an apparatus claim.  You can see it says

8   "a platform."  So it's going to describe an apparatus, or

9   you can think of it as an apparatus, maybe a machine in some

10  sense.

11  Q    Now, Dr. Jones, while sitting in this courtroom last

12  week, did you hear Cisco's counsel repeatedly bring up the

13  fact that Egenera's patent application was published in

14  2003?

15  A    I did hear that, yes.

16  Q    Does publishing the patent mean anyone is allowed to

17  copy Egenera's invention?

18  A    No.  Publishing the invention doesn't mean that it could

19  be used by anyone without compensating Egenera.

20  Q    So who may practice the invention of the patent once it

21  issues?

22  A    Egenera, or someone that it licenses to do that.

23  Q    Thank you.

24       MR. SCHENKER:  Mr. Fitzgerald, can you take us to

25  PDX-10.4.

1    Q    Dr. Jones, I'd like you to give us an overview of the

2    accused UCS products.

3         MR. SCHENKER:  Why don't we bring up Exhibit

4    JTX-409.

5    Q    Dr. Jones, what is 409?

6    A    This is a Cisco presentation.  It's a set of slides that

7    Cisco has made, and its own overview of the UCS system.

8         MR. SCHENKER:  Can we turn to page 17, please.

9    Q    What is Cisco showing us here?

10   A    This is a very high-level conceptual view of the UCS

11   system, where Cisco identifies that it has the network

12   computing, and various options to access storage.

13        A little further down toward the middle of the page

14   it says "Dynamic resource provisioning."  That's describing

15   the ability to reconfigure the system to have different

16   resources assigned to different logical servers.

17   Q    And does Cisco itself identify the benefits of UCS?

18   A    They do.  They talk about the ability to have fewer

19   servers, switches, adapters, and cables, as well as reduced

20   power consumption and fewer points of management.  In other

21   words, fewer things in the system to keep track of and

22   manage.

23   Q    And what does that mean in terms of cost benefits to a

24   customer?

25   A    Well, obviously each of those things reduces the costs.

1    Some of them are purchases.  Some of them are operational

2    costs, like power consumption, or how much time you have to

3    spend managing the system.  And that's typically called

4    "total cost of ownership."

5              MR. SCHENKER:  Can we turn to page 20.

6    Q   You see it says "building blocks"?  What is being built?

7    A   These are the building blocks for building a UCS system,

8    and you put these together and form the UCS system, and

9    we'll describe that.

10   Q   So why don't we step through these.

11             MR. SCHENKER:  Can we turn to page 36.

12   Q   Dr. Jones, what is Cisco saying here about the UCS

13   Manager?

14   A   Well, here they've provided -- this is a screenshot of

15   the UCS Manager.  That's the program that's used to

16   configure and manage the system.

17             So if you want to assign a logical server to a

18   physical server, this is where you do that.

19             And this is describing that the -- it's the device

20   manager for the family of UCS components, and that it

21   enables stateless computing via service profiles.

22             MR. SCHENKER:  Turning to pages 31 and 32, can we

23   show those together.

24   Q   Does Cisco describe stateless computing?

25   A   They do.  They're describing this in the context of

1    service profiles.  Sometimes they'll call them "server

2    profiles," but generally in more recent documents it's

3    "service profiles."

4            The service profiles on the left are referred to as

5    "server identities" because it describes the networking

6    configuration, the boot policies, and storage options for a

7    logical server that can then be assigned to a physical

8    server, and that server will run with those attributes.

9    Q    And if we look on page 32, does that provide some of the

10   benefits of doing this stateless computing?

11   A    It does.  They're describing that you no longer have to

12   more permanently configure these kind of attributes into the

13   physical hardware.  So that you can more easily move the

14   servers, as we've talked about, from -- move the logical

15   server to the physical server quickly so you can provision

16   the new hardware dynamically.

17   Q    Thank you.

18           MR. SCHENKER:  Mr. Fitzgerald, can we bring up

19   PX-AZC, now JTX-536.

20           **(Plaintiff's Exhibit No. JTX-536 received in**

21           **evidence.)**

22   Q    Dr. Jones, what is 536.

23   A    This is another system Cisco presentation.  It's a

24   "Cisco Live" presentation that they make to customers and

25   prospective customers and describe their systems in more

```
1    detail to those who want to learn how to use them.
2            MR. SCHENKER:  Can we turn to page 20, please?
3    Q   Dr. Jones, what is Cisco telling us here about the
4    service profiles?
5    A   They're comparing at a conceptual level the idea of a
6    service profile is the identity of a server to SIM card for
7    a phone.  So with the SIM card for a phone, I could -- if my
8    phone's compatible with it, I can move a SIM card from one
9    phone to another phone to another phone, and that will give
10   me the same identity.  My phone number will come with me and
11   other information on that SIM card.
12   Q   Dr. Jones, is the service profile a physical device?
13   A   No.  Unlike the SIM card, the service profile is
14   something that is in software.  It can be sent down and
15   configured to the device, unlike a SIM card, which is
16   typically a physical entity.
17           MR. SCHENKER:  Mr. Fitzgerald, can we turn back to
18   JTX-409 page 20.
19   Q   Dr. Jones what is the fabric case interconnect?
20   A   The fabric interconnect is where the UCS Manager runs.
21   It's responsible for managing the system through UCS
22   Manager.  It also is the connection point between the
23   interior network of servers that we'll see and the exterior
24   network.
25   Q   Is that sometimes called the "F-I" or the "FI"?
```

1    A    You will see it abbreviated as "FI."  I will do my best

2    to not continuously give you a bunch of acronyms.

3    Q    Are there different generations of a fabric

4    interconnect?

5    A    There are three generations at issue here.

6    Q    Does your analysis today, Dr. Jones, apply to all three

7    generations?

8    A    Yes, it does.

9    Q    Looking at the screen here, what's the next UCS

10   component you're going to tell us about?

11   A    This is something called the fabric extender.  And you

12   will see two names in the documents there, F-E-X or FEX, and

13   IOM.  And those two are -- for our purposes, we will refer

14   to them interchangeably.  Its job is to, as we will see in

15   the images, it's to connect the fabric interconnect to the

16   blade server.

17   Q    And what's the next component here after the FEX?

18   A    This is a physical chassis.  This is the enclosure into

19   which you can slide various servers, so called blade

20   servers.  So you can slide them in and out of this.  They

21   are not permanently attached in it.  So you can put

22   different configurations of UCS servers in a blade chassis.

23   Q    And can you tell the jury, what is a blade server?

24   A    A blade server is a server computer that's designed to

25   be inserted into a chassis, such as this.  It's a computer.

1              MR. SCHENKER:  If we can turn to page 50.

2    Q    Does Cisco refer to the blade server as a "compute

3    node"?

4    A    They do.  They do refer to it as a compute node in

5    places in some of their slides, and that effectively is what

6    it is.

7    Q    And so it includes processors?

8    A    It includes processors.  You'll run operating systems on

9    there.  It has memory, network interface cards, or sometimes

10   called in this context a V-I-C, a VIC.

11             MR. SCHENKER:  Can we turn to the next page, 51.

12   Q    Dr. Jones, what is Cisco showing us here on 51?

13   A    This is one model of the blade server.  As I say, it's a

14   stateless design.  It has two Intel processors, memory.

15             And towards the bottom you can see a reference to a

16   "mezzanine adapter."  That mezzanine adapter is where they

17   can have the virtual interface card.

18   Q    And what are the type of servers accused in this case?

19   A    B series servers and C series servers.

20             MR. SCHENKER:  Let's go back to page 20, please.

21   Q    What's next in the list of the UCS components,

22   Dr. Jones?

23   A    These are the virtual adapters, which are a type of

24   network interface card.

25   Q    And what are virtual interface cards?

```
1    A    These are -- the virtual interface cards are the

2    network -- basically how the blade talks to the network, and

3    they are Cisco products.

4         MR. SCHENKER:  Can we turn to page 22.

5         Thank you.

6    Q   Dr. Jones, this depiction was created by Cisco.  Does

7    this illustrate a typical arrangement for UCS?

8    A    It does.  It's showing us the blades in a conceptual

9    format.  The blades are connected to the fabric extenders at

10   the top and the fabric interconnects further up in green.

11        MR. SCHENKER:  Can we turn next to page 23.

12   Q   We see here it says "Details."  What additional details

13   do we see in this image?

14   A    This is showing us additional information about what's

15   inside the various Cisco components.

16             And we'll go into some of these as we go along.

17   But it's basically talking about the chips that are present

18   in certain of these building blocks of the UCS system.

19        MR. SCHENKER:  Your Honor, we have a poster board

20   prepared of this image.  May Dr. Jones set up the board and

21   instruct the jury?

22        THE COURT:  Yes, he may.

23        (Whereupon, the witness stepped down.)

24        THE COURT:  If one of Cisco's attorneys wants to

25   step over where you can see.
```

```
 1              MR. PACKIN:  Thank you, your Honor.
 2   Q   Dr. Jones, can you explain how, at a high level, this
 3   figure corresponds to the claims of the '430 patent?
 4   A   Yes.
 5              So in these blades we have a layer of processors.
 6   And the processors in the blades -- we see here.  We say
 7   x86.  That's referring to the category of Intel processor,
 8   and the processors are depicted within the blades.
 9              Further up we have the internal communication
10   network.  I will abbreviate that.  The intern communication
11   network consists of these fabrics extenders, and their
12   connections to the physical interfaces of the blades.
13              And the fabric switches -- the fabric switches are
14   the -- in this context we're to referring to the fabric
15   interconnects.
16              The fabric interconnects within the claims are the
17   control node.  And the control nodes, you can see, are
18   connected to an external storage network.  Each one of them
19   are connected to that.
20              And then this "LAN" is the external communication
21   network of the claims.
22   Q   And, Dr. Jones, do these hardware components correspond
23   to the hardware components of the '430 Patent claims?
24   A   Yes, they do.
25   Q   What about the software commands of the claims that you
```

1    had shown us.  Does the accused UCS system have software

2    commands?

3    A    It does.  It receives software commands when the user is

4    using the UCS Manager or a similar tool to ask the system be

5    configured in a particular way.  And those software commands

6    are going to be sent into the fabric interconnects.  So I'll

7    just leave it at that.

8    Q    Thank you.

9          Dr. Jones, can you also use this figure to

10   illustrate the messages of the claim?

11   A    Yes.

12         So the claim is talking about messages that are

13   coming from the processors and traveling out -- ultimately

14   out to either the external communication network or the

15   external storage network.

16         Then we also have another message traveling out to

17   the external storage network.  And when they are doing this

18   traveling, the claim's describing the operations that fit --

19   that the fabrics -- or the control node is configured to

20   perform on.  So those messages are going to undergo

21   modification if they're going to either one of these two

22   external communication networks.

23   Q    Can you give the jury a high-level example of how

24   messages are modified?

25   A    Yes.

1          So I'll draw -- you will see a representation like

2     this.  People often represent computer messages for some

3     reason as rectangles.  And those often have what we call a

4     "header," a "payload," and they may have something called a

5     "trailer."

6          And so a message may be coming up from the servers

7     in the UCS system and may be modified.

8          These headers have additional fields in them.  One

9     of those of interest, and we will see it in more detail, is

10    something called a "VN tag."  So messages on this, as they

11    are leaving the servers and going up to the fabric

12    interconnect will -- if they are going to the outside world,

13    this VN tag is going to be removed.

14         So let me just label these so we can see what's

15    going to be removed.

16         So the message going out will still have the

17    payload, the trailer, and in terms of the header, you'll

18    still have A and C, but the VN tag will be removed for

19    messages leaving the system.

20    Q    Dr. Jones, does this modification happen both for

21    messages to the external communication network and the

22    external storage network?

23    A    Yes.  The VN tag information is useful within the

24    system, and it's used for messages coming from and going to

25    the processors on the blades.  But it's not used outside of

```
 1    that.  So it's taken off at the fabric switch.

 2    Q   Are there other modifications of messages that we will

 3    discuss today?

 4    A   Yes.  There are a couple of other modifications.

 5          One that we'll see -- I will summarize it as

 6    effectively removing and translating what's known as a VLAN

 7    ID into a VSAN ID.  And it involves similar modifications.

 8    It's going to involve the removal of tags from a header and

 9    the insertion of new tags.

10          Another one involves something I'll call the

11    conversion of FLOGI to FDISC.  And again it's a similar

12    modification.  Part of the message is going to be changed.

13    We are going to replace one command in the message with

14    another command in the message.

15    Q   Dr. Jones, can you tell the jury, what are those

16    structures in the fabric interconnect labeled A and G?

17    A   So these are chips that are -- or another word for these

18    chips is A-S-I-C.  Those application-specific integrated

19    circuits.  We don't need to know it, but at least we'll know

20    when we refer to "ASIC" what we are talking about.  It's a

21    chip.  ASIC doesn't mean a particular chip.  It's just a

22    class of chips in the field.

23          These are particular chips -- these chips here have

24    been -- are Cisco chips.  These are responsible for

25    processing these messages and determining where they should
```

1    go.  They'll be responsible for modifying them and passing

2    it through either to the external network or perhaps to

3    another processor.

4              MR. SCHENKER:  Thank you, Dr. Jones.  You may

5    return to your seat.

6              Your Honor, may I move the board?

7              THE COURT:  You may.

8         (Whereupon, the witness resumed the stand.)

9              MR. SCHENKER:  Mr. Fitzgerald, can we bring up

10   JTX-535, and let's turn to page 15.

11   Q    Dr. Jones, is this here the ASIC structure that you were

12   showing us on the poster board?

13   A    Yes.  This is providing a little bit more detail.  The

14   top portion of this, the top rectangle, shows the same

15   structure generally as what's in the fabric switch up there.

16   It's showing it for two generations, the first and second

17   generations of the fabric interconnect.  So you can see here

18   it has, for example, Gatos/Carmel.  The G corresponds to the

19   "Gatos" on the board.

20             The "Carmel" is the second generation of what's

21   known as the port ASIC chip.  And the interior

22   Altos/Sunnyvale chip connects those together.

23             At the bottom we can see that the servers,

24   including processors, are sending messages up through the

25   box.

1          The middle box is the fabric extender, the FEX or

2     the IOM.

3          The Gatos chips, when they're on this -- what we

4     call the ingress side of the switch, are receiving messages

5     from the servers, acting as a bridge to carry those over to

6     the Gatos chips for egress communications.

7          So the bottom, we can think of it conceptually as

8     the bottom as being the ingress side and the top being the

9     egress side.  And these are the chips that are going modify

10    the messages and get them to the right location.

11         MR. SCHENKER:  Can we durn to page 25.

12    Q   What is Cisco showing us here?

13    A   This is more details about one of those Gatos or Carmel

14    chips.

15         You can see there, conceptually at least, multiple

16    lanes going up and down vertically.  Those are -- each one

17    those lanes can be connected to an interface via a MAC.  So

18    those are physical network interfaces.

19         Above that you see a layer of things called fw.

20    Which also has a "lu" for "look up."  That's responsible for

21    determining the next place the message should go.

22         You see "buffering & queuing."

23         Then the messages go, in this version, out the top

24    and onto their next destination.

25    Q   And if we turn to page 17, what is Cisco showing us

1    here?

2    A    This is the high-level view of the third generation of

3    fabric interconnect.  And there are two versions of this.

4            The main chip is the Trident 2 chip.  This chip

5    takes all those As and Gs that you see on the board and

6    conceptually puts them into a single chip.  Since it's a

7    later-generation chip, it has more room.

8            In some versions they also have the Tiburon chip,

9    and its responsibility is for physical interfaces to the --

10   what's known as fiber channel network.

11           MR. SCHENKER:  Can we turn to page 33.

12   Q    Does Cisco provide information about the structure of

13   the third generation chip?

14   A    They do.  It's a Broadcom chip, and it provides a

15   high-level view of how it operates.

16           On the left side -- you have to turn things around

17   on the image, but those are the physical interfaces, both

18   showing ones that are coming from the servers, as well as

19   ones that can be configured going to the external network.

20   So those are the physical network interfaces.

21           It's broken up into two conceptual pipelines here.

22   One is an ingress pipeline, and that effectively corresponds

23   to operations that we saw for the Gatos ingress chip.

24           And there's an egress pipeline.  You can see in

25   that pipeline it has packet modification.  That's the

1    portion that conceptually corresponds to the egress Gatos

2    chips.

3    Q    Thank you.

4          MR. SCHENKER:  Mr. Fitzgerald, PDX-10, slide 7,

5    please.

6    Q    Dr. Jones, what's the next section of your testimony?

7    A    In this section I'm going to show the analysis and

8    evidence for why the Cisco products, UCS products, infringe

9    claims 3 and 7 of the patent.

10   Q    Is this section going to take a little bit of time?

11   A    It is because there is a lot of evidence to show and a

12   lot of claim limitations.

13   Q    And during this section, are we going to discuss claims

14   3 and 7 together?

15   A    Yes.  We'll take them both at the same time.

16         MR. SCHENKER:  Why don't we turn to slide 6.

17   Q    Dr. Jones, can you explain to the jury the technical

18   background for someone studying this patent?

19   A    Yes.  A person -- what's sometimes called in patent

20   trials, a person of ordinary skill in the art would have

21   bachelor's degree in computer science, along with five years

22   of experience in computer system development related to

23   network computing and storage.

24         And, you know, you could have more experience to

25   compensate for less education.  There are lots of examples

 1    of people in computing who don't have a Ph.D. or BS who did

 2    pretty darn well.

 3              MR. SCHENKER:  Why don't we turn to slide 8.

 4    Q    Dr. Jones, what's the first element of the claims you

 5    are going to discuss?

 6    A    That's what's known as the preamble.  It's the

 7    beginning.  And we are going to look at the preamble for

 8    claims 3 and 7.

 9              The preamble reads for claim 3, "A platform for

10    automatically deploying at least one virtual processing area

11    network in response to software commands, said platform

12    comprising..."

13              Claim 7 is "a method of automatically deploying at

14    least one virtual processing area network in response to

15    software commands.  Said method comprising the acts of..."

16    Q    Has the Court construed the preambles here?

17    A    Yes, the Court has provided definitions for some of the

18    terms in the claims.  Here it's provided a definition for

19    "virtual processing area network," as well as within that

20    definition a definition of computer processors as CPU.

21    Q    Did you apply the Court's constructions throughout your

22    analysis?

23    A    Yes, I applied all the Court's constructions during my

24    analysis.

25    Q    And note the term -- I think we've all seen the

1    processors come up several times.  Did you apply the

2    construction of CPU consistently throughout the claim?

3    A    Yes, I did.

4         MR. SCHENKER:  Can we bring up JTX-240, please.

5    Q    Dr. Jones, what is JTX-240?

6    A    It's Cisco's document describing the UCS Manager at --

7    most of it's at a high level.  It's a data sheet for UCS

8    Manager.

9         MR. SCHENKER:  Can we turn to page 2 and highlight

10   that portion on top.

11   Q    Dr. Jones, what is this portion telling us with respect

12   to the preamble of the claims?

13   A    So it's telling us that the service profile consists of

14   a software definition of a server and the associated LAN and

15   SAN connectivity that the server requires.

16         When a service profile's associated with a server,

17   UCS Manager automatically configures the server, adapters,

18   fabric extenders, and fabric interconnect to match the

19   configurations specified in the service profile.

20         So this is telling us that the system that the user

21   wants for the definition of the servers is going to be

22   defined in these service profiles, and that there are a

23   software definition, a logical definition, of it, and that

24   includes their connections to the external communication

25   network and external storage network, and that this idea of

1    associating a service profile with a server.

2            That's when the service profile -- you say, I want

3    to put this logical definition in.  Put this on a physical

4    server so it will be configured that way.

5            And when that happens, UCS Manager automatically

6    configures the system, not just the server, but fabric

7    extenders fabric interconnects in the way that was described

8    in that service profile.

9    Q   Thank you.

10           MR. SCHENKER:  Can we bring up PX-BJC, page 13, and

11   let's blow up that screenshot, please.

12   Q   Dr. Jones, what is this demonstrative?

13   A   This is from the experiments that I did on this UCS test

14   bed.  So I went through the proses of configuring the system

15   and observing its operation.

16           In this example, I had set up a service profile,

17   and then I'm assigning it to a particular processor.  And

18   this is a screen where I can go to that server assignment

19   box, and I can choose where I want to assign that defined

20   service profile.

21           If I were to ask for it to be assigned a particular

22   server and eventually hit "okay," that's going to issue a

23   software command that the system is going to receive and

24   allow it to set up the networking and configure the server

25   for that profile.

1    Q    And, Dr. Jones, you mentioned that it was testing that

2    you had done -- you had performed tests on an actual UCS

3    system; is that right?

4    A    Yes.  I assembled a small UCS system with all the

5    relevant components and put that together and then was able

6    to take screenshots of the operation, as we'll see later,

7    also get log files that it creates that describe what

8    happened in the system as well as network captures.

9    Q    Thank you.

10            MR. SCHENKER:  Can we turn to JTX-202.

11   Q    Dr. Jones, what is this exhibit?

12   A    This is the Project California book that we heard about

13   last week.  It's at early book published by Cisco describing

14   UCS.

15            MR. SCHENKER:  Can we turn to page 210.

16   Q    What is this showing us, Dr. Jones?

17   A    This is a screenshot of the UCS Manager from that book,

18   and it's showing that I can -- when I am looking through UCS

19   Manager to manage the system, I can see here that four of

20   these servers have been associated with a service profile.

21            MR. SCHENKER:  Can we pull up JTX-416, please.

22   Q    Dr. Jones, what is Exhibit 416?

23   A    This is a Cisco Live presentation, one of the

24   presentations they make to customers.

25            MR. SCHENKER:  Can we turn to page 18 and blow up

1    that figure.

2    Q    Dr. Jones, what is this showing us?

3    A    This is showing details of the insides of the UCS

4    Manager, or the conceptual organization of that software.

5        At the top we can see the very small image of that

6    gooey graphical user interface that was used to, say, set up

7    a service profile.  That's going to send commands down to

8    the yellow box there.

9        And inside that -- we'll go through the details of

10   this more later, but what -- the takeaway from this is when

11   you look at the bottom, the yellow box, which is the UCS

12   Manager, running on the fabric interconnect, is configuring

13   portions of the system.  And it's doing it through what they

14   call these agents.  And it's able to configure every aspect

15   of the system.

16       The specific agent names here are conceptual, we

17   will go through some of the actual ones later.  But you can

18   configure the fabric extenders, the fabric interconnect,

19   servers, the interfaces on those servers, processors,

20   everything in that system there.

21   Q    Thank you.

22       MR. SCHENKER:  Can we pull up PX-AVC?

23       This is now JTX-537.

24       **(Plaintiff's Exhibit No. JTX-537 received in**

25       **evidence.)**

1    Q    Dr. Jones, what is AVC?

2    A    This is an internal confidential Cisco presentation

3    describing the -- well, providing the information about the

4    virtual interface card.

5         MR. SCHENKER:  Can we turn to page 3, please.

6    Q    Dr. Jones, what does Cisco tell us here about UCS being

7    a software simulated network?

8    A    Well, this is addressing the fact that the virtual

9    interface cards are programmable fabrics that interconnect

10   the system, and they interact with and require things like

11   firmware and host operating system drivers.

12   Q    Thank you.

13        MR. SCHENKER:  Can we turn to JTX-408.

14    Let's turn to page 74.

15   Q    Dr. Jones, what is Cisco telling us here?

16   A    So focus mostly on the right side of this.  We will look

17   at this slide again later.

18        This is showing the interconnection, or virtual or

19   logical links that get established in -- when you're

20   configuring a service profile to set up a server.  Those

21   links go through the physical fabric, but you can set up

22   multiple logical links.

23        So on the right side you see that pipe looking

24   thing.  That's representing the physical underlying network.

25   And that green link corresponds to a connection from the

1    fabric down to the blade.  And that's one such link.

2            But over this same connection you can set up as

3    many virtual links as you want, and the links go from and

4    are exposed to the operating system on the blade running on

5    the processor, and go up to the fabric interconnect.

6            So there is a physical network everywhere, but when

7    the processors want to communicate, they do so through these

8    virtual links that get set up so that you have the

9    interconnection you want.

10   Q    Thank you.

11           And, Dr. Jones, does that take us through the

12   preamble of the two claims?

13   A    Yes, it does.

14           MR. SCHENKER:  Can we turn to PDX-10, slide 10.

15   Q    Dr. Jones, what's the next element you're going to

16   address?

17   A    These are elements 3a and 7a, and these address the

18   computer processors connected to an internal communication

19   network.  And 7a also has the limitation that the control

20   node is connected to an internal communication network.

21   Q    Looking at the next slide, did the Court instruct us on

22   any of the meanings of the terms?

23   A    Yes, the construction for computer processor.  We are

24   going to see that throughout.

25           MR. SCHENKER:  Let's turn back to JTX-408, page 15.

1   Q    Dr. Jones can you explain what Cisco is saying here with

2   respect to this claim element?

3   A    For this claim element, it essentially matches what we

4   have on the drawing up here at a conceptual level.  Looking

5   on the left side, the physical network, which extends from

6   the IOM to the physical interfaces of the -- what is called

7   the switch there, which is the fabric interconnect, and the

8   blade and its adapter at the bottom.

9        That's the inner connection -- that's the internal

10  communication network, and it connects both the FI, which is

11  the control node, to the blades where the processors are.

12       And it is, you know, what we are showing on the

13  left side is it's showing one conceptual connection.  Of

14  course, there can be many blades, and each one of them is

15  connected through this physical internal communication

16  network.

17       On the board you can see two blades, but there will

18  be many more blades in a typical system.

19  Q    Thank you.

20       MR. SCHENKER:  Let's bring PX-AMN.

21    That's now JTX-538.

22       **(Plaintiff's Exhibit No. JTX-538 received in**

23       **evidence.)**

24       MR. SCHENKER:  Let's look at pages one to two next

25  to each other, Figures 1 and Figure 3.

1    Q    Dr. Jones, what are we seeing here?

2    A    Well, this is from a data sheet of one of those virtual

3    interface cards, which we'll also see the term "adapter."

4    Think of it as a network adapter.

5         So we see the adapters on the board.  This is one

6    of those.  It's, as we see in the Figure 1, it's a computer

7    card, a printed circuit board with chips on it.  And it goes

8    inside of the blade.

9         On the right side it's showing the conceptual way

10   it operates.  This roughly corresponds to the figure on the

11   board, but the virtual interface card is in the middle.  And

12   we see those pipes in the middle.  Those are the physical

13   connections, and within those there are multiple virtual

14   connections going down from the processor up into the -- at

15   the top, the fabric interconnect.  And ultimately it allows

16   it to communicate as well with external storage and

17   communication networks.

18   Q    Thank you.

19        MR. SCHENKER:  Mr. Fitzgerald, can we turn back to

20   JTX-409, page 5.

21        Thank you.

22   Q    Dr. Jones, what are we seeing here?

23   A    This is a block diagram of one of the blade servers, and

24   there's more details in the blade server than this, but this

25   is from Cisco's technical overview.

1          You can see two processors at the top.

2          The green things next to them are memory.  They

3    connect to parts of the -- what's called the Intel chip set

4    IOH and ICH.  We won't have to go through those a lot, but

5    those are how this version of the processor connects to the

6    virtual interface card.

7          You see the connection.  The bold or thicker arrow

8    at the bottom with the label "PCIE" on it going to the

9    mezzanine card.  That mezzanine card is where the virtual

10   interface card would be.

11         And we'll go into more details about that

12   connection later, but this is showing that the processor is

13   connected to that virtual interface card.

14   Q   Are these all designed to operate together?

15   A   Yes, the virtual interface cards are designed to operate

16   within these particular servers, and the blade itself is

17   designed specifically to support these virtual interface

18   cards.

19   Q   Thank you.

20         MR. SCHENKER:  Can we turn back to PDX-10, slide

21   10.

22   Q   Dr. Jones, I understand you talked about 3a, but what

23   about the control node that we see in 7a?

24   A   Well, that control node is the fabric interconnect, and

25   as we saw in that evidence on the board, it's connected to

1    the fabric extenders from the top.

2           So that control node -- and it says, at least one

3    control node.  So in most of the figures we are going to see

4    two control nodes, but only one control node is required for

5    the claim limitations.

6    Q   Thank you.

7           Can we turn to the next limitation, Dr. Jones.

8    A   Yes.

9    Q   What element are we going to talk about now?

10   A   This is elements 3b and 7b.

11   Q   And why do you highlight the bottom of 3b here?

12   A   Well, this is something that we've really already

13   addressed.  Remember 7b had that limitation that the control

14   node was connected to the internal communication network?

15   This is indicating -- we've already addressed that for 7 and

16   we've already addressed the evidence for this highlighted

17   part that's in 3b here.  So we just need to consider the

18   first two parts at this point.

19   Q   And focusing on the rest of the claim language, did you

20   find evidence of this in Cisco's accused products?

21   A   Yes.  This is describing -- even as we can see on the

22   board, that the control node or fabric interconnect is in

23   communication with an external communication network, for

24   example that LAN, and an external storage network having an

25   external storage address space, which we can see in this SAN

    1    examples up there.

    2    Q    And for this limitation there are no new constructions

    3    for us to discuss, are there?

    4    A    That's correct.

    5              MR. SCHENKER:  Can we turn back to Exhibit 408,

    6    slide 14.

    7    Q    Dr. Jones, what does Cisco tell us here with respect to

    8    network connectivity?

    9    A    Well, this is similar to the board.  It's another Cisco

   10    diagram with the physical parts of the system.  And we can

   11    see that the labeled FI or fabric interconnects here are

   12    designed to connect to external storage networks, an example

   13    here is SAN A or SAN B, as well as external communication

   14    networks, labeled here ETH-1 and ETH-2.

   15    Q    Thank you.

   16              MR. SCHENKER:  Let's turn back to PDX-10, slide 14.

   17    Q    Dr. Jones, what's the next element we are going to

   18    discuss?

   19    A    These are elements 3c and 7i.

   20    Q    Why are we discussing 3c and 7i together?

   21    A    Well, the order of the -- there's a little bit of

   22    jumbling in terms of the -- these are different claims.  So

   23    they order things slightly differently.

   24              But these two elements from the claims are talking

   25    modification of the messages, and so we're going to take

 1     them both at the same time.

 2               MR. SCHENKER:  Can we turn to the next slide.

 3     Q    Dr. Jones, did the Court instruct us on the meaning of

 4     any terms in this element?

 5     A    Yes.  We have construction for "CPU" that we've seen

 6     before.

 7               But the Court has also construed the highlighted in

 8     blue, the phrase beginning, "logic to modify said received

 9     messages," as what's known as a means plus function term.

10     And the Court provided the function down at the bottom,

11     which mirrors what's in the claim language as well as the

12     structure to perform that function, also shown at the bottom

13     of the slide.

14     Q    Thank you.

15               Now, both of these elements require -- in 3c and

16     7i, both of these elements require modifications of

17     messages; is that correct?

18     A    That's correct.

19     Q    But does the Court's construction of the means plus

20     function term apply to 7i?

21     A    No.

22               We will see a few more means plus function terms.

23     Those construction and their structure only apply to

24     claim 3.  Claim 7 doesn't have those additional

25     constructions.

1    Q    Now, Dr. Jones, the modifications that we see here in

2    the claim, are those the modifications you explained to the

3    jury in your overview at the board?

4    A    At a high level, yes.

5              MR. SCHENKER:  Why don't we turn to JTX-535, page

6    115.

7    Q    Dr. Jones, can you explain what we are seeing here?

8    A    Yes.  This is from another of Cisco's design documents.

9    This is showing the detail version of what I showed on the

10   board with the VN tag.

11             We see a frame here at the top without a VN tag.

12   We can see it has the header portion, that includes things

13   like a destination and source address, another tag, and then

14   a payload.

15             We see the VN tagged version, where that VN tag is

16   in between the source and this 802.1Q.  It's called a "tag"

17   in the header.

18             The specific layout of that VN tag, it's fairly

19   short, is shown below.  That specific layout isn't important

20   for analysis.  This is just showing what the document shows

21   about each of the two messages, with and without the VN tag.

22   Q    Thank you.

23             Now, Dr. Jones, I would like to next discuss with

24   you what's marked as PDX-12, which is Exhibit 23 to your

25   report.

1          Can you talk to the jury just what the exhibits to

2     your reports include?

3     A     These -- the set of exhibits to my report include

4     results from my use of the UCS test bed, as well as analysis

5     of the UCS system.  Those results include things like the

6     screenshots from the UCS Manager, as well as log files

7     collected from the system, and network captures, where I was

8     able to observe the network traffic going in different parts

9     of the system, collect that, and then analyze it.

10    Q     And will we be looking at screenshots and log files and

11    network capture results from your experiments?

12    A     Yes.

13          MR. SCHENKER:  Can we turn to page 30 and blow up

14    the properties box here.

15    Q     Dr. Jones, what are we seeing here?

16    A     This is from one of those screenshots.  This is showing

17    configuration information in the UCS system.  In particular,

18    this is showing that there is a virtual network interface,

19    or VNIC, set up on a particular blade, that it has a

20    particular MAC address.  That MAC address starts with 1414

21    and ends in 2F.  And it has a name, VNIC-1, and it's a

22    virtual interface.

23          And that's showing the view from UCS Manager, so

24    that's what the control node thinks has been done.

25          MR. SCHENKER:  And can we turn to page 31.

1          Let's blow up that picture -- that box in the middle.

2     Q    What are we looking at here?

3     A    This is showing the operating system running on a

4     processor of a configured blade.  And it looks like a little

5     bit of gibberish, but basically I issued a command to ask it

6     to show me the information about what it sees for the

7     network interface.

8          And up at the second line -- or third line in the

9     image beginning with "ENP," that is describing

10    characteristics at a high level of that network interface.

11    That's virtual network interface.

12         And if we look over a little bit to the right on

13    that line, beginning with "HWADDR," we can see that same MAC

14    address now is -- the operating system knows about it.  The

15    processor knows about it.  It's that 1414 ending in 2F

16    address.

17    Q    Thank you.

18         MR. SCHENKER:  Mr. Fitzgerald, can we put pages 36

19    and 38 side by side.

20    Q    Dr. Jones, what are we looking at here?

21    A    Here I've provided information from the network

22    captures.

23         So on the left side I captured a message traveling

24    from the servers that's destined for the external network,

25    and it is showing the VN tag.

1                If you look on the left side, you see "virtual

2      network tag" about -- a few lines down.  This is the message

3      as it's going to the control node.

4                Then if you look over to the right, we see the VN

5      tag has been removed from the message, and at the bottom we

6      can see a field called CRC, which is used for error

7      correction, has been updated.  But the VN tag is out of the

8      message now.

9                And that's what we saw in the Cisco documents, as

10     well as the description on the board.

11     Q    Now, Dr. Jones, what we're seeing here on the left, is

12     that going into what you called the ingress side of the

13     fabric interconnect?

14     A    Yes, that's coming from the servers.

15     Q    And on the right is what you showed on the egress side?

16     A    Yes.  That's after it has left the control node.  That's

17     what the message looks like.

18     Q    Thank you.

19          MR. SCHENKER:  Why don't we go back to PDX-10.

20     Q    Dr. Jones, does Cisco's engineers confirm that this

21     happens in the fabric interconnect?

22     A    Yes.  We heard this from Mr. Chen last week, where he

23     was describing that if a PAC has been processed by the FI

24     and it knows that it's going to the up link, the up link is

25     the egress side to the external networks, then the VN tag is

 1     stripped out, and then the message is sent out.

 2              MR. SCHENKER:  Mr. Fitzgerald, can we go to PDX-12,

 3     page 16.

 4     Q    Dr. Jones, does this show the VN tag's removal and the

 5     mapping of the VLAN ID to the VSAN ID as you explained in

 6     your overview?

 7     A    Yes.  This is showing -- this will show -- this is the

 8     message going from the processors and is destined for the

 9     external storage network.

10              But this is the message before it reaches the

11     fabric interconnect.  And you can see it still has the VN

12     tag, and it still has, right below that, the 802.1Q VLAN tag

13     is also present.

14              MR. SCHENKER:  Mr. Fitzgerald, can you put this up

15     side by side with page 68.

16     Q    So that was what you showed us on left.

17              On the right, Dr. Jones, can you explain to us what

18     we're seeing?

19     A    Yes.  This is the message after that information has

20     been removed, and this is in the instance where the external

21     communication network is what's known as "fiber channel."

22     So you can see at the top on the right side just the portion

23     for fiber channel is there; that you can see that was

24     present in the original message on the left side much lower

25     down.

1          And that's because the fiber channel is being

2    carried -- it's actually a little bit further down.

3          That's because the message is being carried in

4    fiber channel over Ethernet within the system.  That's

5    sometimes abbreviated FCoE.  Just think of it conceptually

6    as instead of carrying it physically on fiber channel, it

7    will carry it physically on Ethernet.

8          And then the control node, if the external network

9    is fiber channel, which is just a different way of sending

10   information on the network, it will just put that

11   information out and strip out the rest.

12   Q    Thank you, Dr. Jones.

13          MR. SCHENKER:  Why don't we turn back to PDX-10,

14   slide 18.

15   Q    Did Cicso's engineers confirm this as well?

16   A    Yes.

17          What -- this is again testimony from Mr. Chen.

18   And what he is indicating is what we saw there, that -- on

19   that right side, the VSAN tag has been inserted.  And that

20   occurs, as we see in the lower question, This operation

21   is -- well, it's associated with what we call port trunking.

22   We will get into that a little bit more later.  But that the

23   fabric interconnect can do that operation in both of its

24   modes of configuration.

25          We'll cover this idea of FC switching and NPV mode

```
 1   later, but those are two modes of operation of the FI, and
 2   in both of those port trunking can happen.
 3   Q    Thank you, Dr. Jones.
 4            In addition to the VN tags and VSAN IDs, are there
 5   other modifications that you saw?
 6   A    Yes.  An additional one is the modification of FLOGI to
 7   F-D-I-S-C or FDISC.
 8            MR. SCHENKER:  Mr. Fitzgerald, can you take us to
 9   PX-BAS.
10       That's now JTX-539.
11       (Reporter interrupts.)
12            (Plaintiff's Exhibit No. JTX-539 received in
13            evidence.)
14            MR. SCHENKER:  Let's turn to slide 17.
15   Q    What does Cisco tell us about this FLOGI to FDISC
16   conversion?
17   A    It's telling us that it happens in what's called the
18   N-Port virtualiser or NPV mode.  And this is a mode of
19   operation for the fabric interconnect.  And in that mode of
20   operation, we can see on the interior two bullet points in
21   the middle, that the FLOGI is going to come from the
22   servers, and the fabric interconnect will convert it to
23   FDISC, because it has already communicated with that switch
24   on the right.
25            And we will see a little bit more detail on that
```

```
 1    converse in the next slide.

 2            MR. SCHENKER:  All right.  So can we turn to slide

 3    21.  What is this showing us?

 4    A    So we can see in the middle it says "NPV converts FLOGI

 5    to FDISC."  That's just converting the command in the

 6    message from one command, FLOGI, to another, FDISC.

 7            On the left side we're seeing that the server at

 8    the bottom is connected to the middle, which is the fabric

 9    interconnect.  And that's associated with what's called a

10    virtual storage area network on the top.

11            We will get into more detail on that later, but the

12    conversion happens at the fabric interconnect.

13            MR. SCHENKER:  Can we turn to the next page.

14    Q    Does Cisco recommend using this NPV mode?

15    A    Yes.  We can see -- this is its slide with

16    recommendations for FC and FCoE.  Remember that's just fiber

17    channel and fiber channel over Ethernet, two ways of

18    communicating with the storage network.  And it indicates

19    that this is the default mode of operation as well as the

20    recommended mode of operation.

21    Q    Thank you.

22            MR. SCHENKER:  Can we turn back, Mr. Fitzgerald, to

23    PDX-12, slide 52 and blow up that portion in the middle.

24    Q    Dr. Jones, is this evidence of the translation you just

25    described?
```

```
 1   A    Yes.  This is another one of the network captures, and
 2   this one's a little easier to look at.
 3             In the first row, you can see the FLOGI message,
 4   and then, of course, bonding PAC is captured in the next row
 5   on the egress side, and that's been converted to the
 6   F-D-I-S-C message.
 7             MR. SCHENKER:  Turning back to PDX-10, slide 19.
 8   Q    Did Cisco engineers confirm this modification takes
 9   place?
10   A    Yes.  This is more testimony from Mr. Chen, and he's
11   indicating that it will send out the FDISC message and try
12   to get -- what he's saying here is the FDISC message is
13   going to try to get the same information as FLOGI.  It's
14   just being converted for a 2F disc.
15   Q    Thank you.  Dr. Jones.
16             MR. SCHENKER:  Can we turn back to slide 15.
17   Q    Dr. Jones, can you tell the jury whether Cisco's accused
18   UCS products have the claimed structure from the Judge's
19   construction?
20   A    Yes.  We see the structure at the bottom here.  That
21   structure is present in the fabric interconnect, and I'll go
22   through that in detail.
23   Q    To be clear, is this structure required for claim 7?
24   A    This structure is required for claim 3, but it's not
25   required for claim 7.
```

1          So what we are about to go through for the
2    structure is for claim 3.
3          MR. SCHENKER:  Can we turn to JTX-1, Figure 3B.
4    Q    Dr. Jones, what does the '430 Patent show us for the
5    virtual LAN server, virtual LAN proxy, and physical drivers?
6    A    So we see in the middle of this figure that's a part of
7    the specification of the '430 Patent, it identifies the
8    virtual LAN server, 335, and that is sitting between
9    incoming messages from the servers at the top and the
10   external communication network at the bottom.
11         But in between the LAN server and the virtual
12   LAN -- or in the physical network is the virtual LAN proxy,
13   which is also part of the structure, as well as the -- well,
14   the virtual LAN server above is part of the structure, and
15   then the structure requires a physical LAN driver.  There
16   are two in this image, but only one is required.  And that's
17   the connection and communication with the external
18   communication network.  So like 345a could be the structure
19   for the physical LAN driver for this limitation.
20   Q    And turning to Figure 6, what about the storage
21   configuration logic for messages going to the external
22   storage network?
23   A    So that we can see sort of in the bottom left in this
24   figure in box 605, storage configuration logic.  That sits
25   between the processors and the external storage network, and

1    it's responsible for modification of messages.

2    Q    Thank you.

3         Dr. Jones, starting with the structure for

4    modifying messages to the external communication network,

5    did you find that in Cisco's accused UCS products?

6    A    Yes, I did.

7         MR. SCHENKER:  Mr. Fitzgerald, can we put pages 15

8    and 25 of JTX-535 -- thank you.

9    Q    Dr. Jones, are these the structures you were referring

10   to on the board up there?

11   A    Yes.  We've gone through these structures already, but

12   let's map them to the structures of the claim.

13        So on the ingress side, coming from the servers,

14   the bottom chip, the Gatos/Carmel chips in the first and

15   second generation, are the virtual LAN server that acts as a

16   bridge between the incoming messages from the servers to the

17   LAN proxy and ultimately out to the external communication

18   networks.

19        The virtual -- sorry.  The physical LAN interface

20   are the MACS and connections to the external networks coming

21   out of the top Gatos/Carmel chip on the egress side.

22        And then finally the virtual LAN proxy is the

23   Gatos/Carmel chip on the egress side where the message

24   modification is occurring.

25        And so those would be -- the top Gatos/Carmel chips

1    would be the virtual LAN proxy.

2    Q   And turning to the next page of this document of 535,

3    26.  What does Cisco explain about this modification that

4    takes place in the egress ASIC?

5    A   So this is describing the operation of the FW processing

6    engines within the Carmel and Gatos chip, saying they can

7    extract fields.

8         And then if we look at the second line, it

9    indicates that it inserts, removes and rewrites headers.

10   And that's what we've been describing here, for the three

11   modifications that involve combinations of inserting,

12   removing, and rewriting headers.

13   Q   Does Cisco teach that this is true for both of the first

14   and second generation fabric interconnect?

15   A   Yes.  It's teaching them together.  In those images

16   where we see Gatos/Carmel, it's treating both generations

17   and indicating they act in a similar way.

18        MR. SCHENKER:  Can we turn to the figure on

19   page 33?

20   Q   What does this tell us about the third generation fabric

21   interconnect?

22   A   This is addressing the Trident chip, which is that third

23   generation.

24        As we discussed, on the left side we see the

25   physical LAN interfaces for the particular interface that

1    connect to external networks.  Those include the

2    serialization of the messages going out of those interfaces.

3            The ingress pipeline, acting as a bridge from the

4    internal communication to the external communication and LAN

5    proxy, that is the virtual LAN server.

6            And then the virtual LAN proxy is the egress

7    pipeline, which includes the packet modification, and the

8    packet modification is what we've been talking about.  It's

9    the modifications described on the board and elsewhere.

10   Q    Thank you.

11           MR. SCHENKER:  If we go back to pages 15 and 25

12   side by side.

13   Q    Dr. Jones, did you also find that the accused UCS

14   products include the structure for modifying messages to the

15   external storage network?

16   A    Yes, I did.

17           As you see here in Gatos/Carmel, there are multiple

18   pipelines.  When one of these chips on the egress side is

19   connected to an external storage network, then it's serving

20   as the structure for the storage configures logic 605

21   because it's doing the modification of the packets.

22   Q    Thank you.

23           MR. SCHENKER:  Can we turn to PDX-10.

24   Q    And, Dr. Jones, does Cisco confirm this is true for all

25   three generations of the FI?

1    A    Yes.  This is again testimony from Mr. Chen, and he's

2    being asked about the general organization of the switch

3    components and fabric interconnect and whether those have

4    changed from generation to generation, and at a high level

5    he agrees that it has not changed.

6    Q    Now, do you understand that Cisco has argued in this

7    case that the VN tags, VLAN IDs, and VSAN IDs that you

8    discussed are not addresses, and, therefore, according to

9    Cisco, this element is not met?

10   A    I do understand that argument.

11   Q    Do you agree with Cisco?

12   A    I don't.

13         These VN tags, VLAN IDs, and VSAN IDs are used to

14   route and deliver messages to the correct locations.  They

15   act as addresses within the UCS system.  And I have seen

16   evidence of that throughout these documents.

17   Q    Do you also understand that Cisco is arguing that they

18   get around the Court's construction for this element because

19   ASICs cannot be the structures?

20   A    I do.  I disagree with that.

21         The structure's identified virtual LAN -- for

22   example, storage configuration logic, or virtual LAN server,

23   those structures are present in Cisco's systems.

24         Cisco points to a difference between whether they

25   execute on a CPU or execute on an ASIC, that difference is

1    not substantial.

2            We've seen the evidence that the ASICs are

3    programmable, that they are software configured, there are

4    software tables within them.  They include execution

5    engines.  So any difference there is insubstantial.

6            MR. SCHENKER:  Next slide.

7    Q   Did Cisco's engineers support this understanding?

8    A   Yes.

9            Mr. Chen, again in his testimony, indicated that

10   from a software perspective they program certain tables, and

11   those tables are then used by FW or some other module inside

12   the ASIC.

13           So FW is one of those modules we saw, for example,

14   in the Gatos/Carmel chip.

15   Q   Thank you, Dr. Jones.

16           Does this mean we can move to the next element?

17   A   Yes.

18           MR. SCHENKER:  Why don't we turn to slide 21.

19   Q   What is the next element we are going to discuss?

20   A   This is element 3d and 7c, and this is describing those

21   software commands that I discussed earlier.  And this is

22   describing one of the software commands, the one specified,

23   a number of processors for a virtual processing area

24   network.

25           MR. SCHENKER:  And next slide.

1    Q    Are there any new constructions we need to address here?

2    A    No new constructions.

3              MR. SCHENKER:  Mr. Fitzgerald, can we pull up

4    PX-BJK.

5    Q    Dr. Jones, what is BJK?

6    A    It's one of the exhibits in my report for showing the

7    process of associating a service profile with a server pool.

8              MR. SCHENKER:  Turning to page 2, let's blow up

9    that screenshot.

10   Q    What is this showing us here?

11   A    This is one of the screenshots or one of the screens you

12   see a long the way.  So this is associating a service

13   profile.  Again, that's that description of a logical

14   server, and I'm saying I want to put it on a particular --

15   or a physical server.

16             In this case I say I want to put it on one of a

17   pool of servers.  So I could have said, I have this pool of

18   servers over here, and some of them are unassigned.  And I

19   can say, well, just get one for me, and make it be this

20   particular logical server.

21   Q    Thank you.

22             MR. SCHENKER:  Can we turn to PX-BJH.

23   Q    And, Dr. Jones, is this another exhibit from your

24   report?

25   A    Yes.  This is an exhibit that describes where I can

 1   create multiple service profiles from one template and send

 2   them all out to a pool at the same time.

 3           MR. SCHENKER:  Can we turn to page 3.

 4   Q   What is this screenshot showing here?

 5   A   This is showing that -- a screen along the way where I

 6   can specify -- the important part is at that bottom.  I can

 7   say, How many servers do I want from a particular pool?

 8           In this case I said two, but you can specify as

 9   many as were in that pool.

10           MR. SCHENKER:  Let's turn back to PDX-12 page 3.

11   Let's blow up the middle portions there.

12   Q   Dr. Jones, did your investigation confirm that the FI

13   receives these software commands?

14   A   Yes.  This is from basically captures of the traffic

15   that is being received by UCS Manager on the FI or control

16   node.

17           And this is a command.  The command here is called

18   "config" and then C-O-N-F-M-O-S.  We're going to see that a

19   few more times.

20           It's indicating the name of the logical server on

21   the second line.  I just called it "new profile," and then

22   it is binding that profile to a particular physical server

23   on the third line.  It's the first blade in the first

24   chassis.

25           MR. SCHENKER:  Can we turn to the next page and

1    blow up his capture results.

2    Q    Dr. Jones, what are we seeing here?

3    A    Another version of that command.

4         In this case I'm associating the profile, new

5    profile 2 on the second line.

6         And on the third line you can see that it's

7    indicating that I want to select the server from a pool of

8    servers.

9         MR. SCHENKER:  And if we can turn to the next page

10   and blow up the capture results there.

11   Q    Dr. Jones, what are we seeing here?

12   A    This is again that config CONFMOS command.

13        Here I'm indicating that a template -- a template

14   is just a way of something from which multiple service

15   profiles or logical servers can be generated.  So, for

16   example, I don't have to type out or click on each one.

17        And it's saying I want to associate that with a

18   pool of physical severs.

19        And following that command there is another command

20   called "lsInstantiateNNamedTemplate."  It's just another

21   command going to the FI.  And it's going to indicate all the

22   profiles that I have -- that are created and then are

23   associated with physical servers.

24        So you can see that on -- in that second box over

25   to the right on the second line begins "innameset."  And

1    then you see from Template 1.  And then on the third line,

2    from Template 2.  And then the end of that set.

3            So I specified two servers, and then there are --

4    I'm sorry, two profiles to be associated with two servers.

5    So I have two in this set.  If I specified five, then there

6    would be five in that set in this command.

7    Q   Dr. Jones, if we are associating service profiles with

8    servers here, why do you say this shows specifying a number

9    of processors for a virtual processing area network?

10   A   Well, each server has -- first of all, has processors in

11   it.  And the number of processors for each server is known

12   in the system.  So if I specify one server, and that server

13   has two processors, then I specified two processors.  Or if

14   I specify two servers and they each have two processors,

15   I've specified four processors.

16           MR. SCHENKER:  Can we open JTX-525 and turn to

17   page 30.

18   Q   Dr. Jones what's that showing us?

19   A   This is another version of selecting or associating a

20   service profile to be sent to a physical server.  And this

21   is from Cisco Quick Start guide.  And it's giving me a

22   choice of available servers at the bottom.  And if you look

23   at column four in those choices, it's telling me how many

24   processors are available on each one of those servers, as

25   well as how much memory and how many network adapters they

1    have.

2         All that information is known to UCS Manager

3    because one of its functions is to go out and discover

4    everything about the system.

5         So it goes and does what's known as discovery.  It

6    finds all the processors, information about the processors,

7    information about the network interface.  Every physical

8    thing in the system it discovers and is responsible for

9    managing, as well as all the logical information as we'll

10   see.

11   Q    Now, Dr. Jones, is it your understanding that Cisco

12   argues they can get around the claim because their software

13   commands don't include a numerical value of the CPUs?

14   A    I believe that's an argument they have made --

15        As I said here, I don't agree.  The command

16   requires specifying a number of processors for a virtual

17   process area network, and that's what these commands are

18   doing, as I just explained.

19        The differences between what Cisco is describing

20   and what I am describing are insubstantial.

21        In both cases you're indicating the number of

22   processors that are desired.

23        You're indicating to the system what is being

24   transferred is information to the UCS Manager, and the UCS

25   Manager is going to create the virtual processing area

1     network with the number of processors.

2     Q    So does that mean we can move on to the next claim

3     element?

4     A    Yes, it does.

5     Q    Marching along here.

6          MR. SCHENKER:  Turning to PDX-10, slide 23.

7     Q    What's the next limitation we are going to discuss?

8     A    These are elements 3e and 7d.  And this is another one

9     of those commands.  This one is specifying a virtual local

10    area network topology defining interconnectivity and

11    switching functionality among the processors of the virtual

12    processing area network.

13    Q    Next slide.

14         Are there any new constructions we need to address

15    here?

16    A    No.  The same constructions apply.

17    Q    Great.

18         MR. SCHENKER:  Can we bring up exhibit -- sorry.

19     Can we bring up Demonstrative PX-BIW.

20    Q    What is BIW?

21    A    These are another exhibit from my report that

22    describes -- creating what's known as a MAC address pool.

23         A MAC address pool is a set of network addresses

24    that can be selected from when creating these virtual

25    network interfaces that we'll see.

1          MR. SCHENKER:  Let's turn to page 5.

2    Q    What are we seeing here Dr. Jones?

3    A    This is a screenshot along the way, and this pool of

4    addresses, this pool of resources, that I've defined here

5    includes addresses from -- starting with 14141 and going

6    through 141440.  So that's a pool of addresses now that I

7    can assign to network interface --

8          MR. SCHENKER:  Can we bring up PDX-BJA.

9    Q    And what is BJA?

10   A    Another exhibit.  This one describes creating a

11   template, just like the -- similar to the service profile

12   templates, for a virtual network interface card.

13         So these are the logical or virtual network

14   interface cards it created on the physical network interface

15   cards of the blade servers.

16         MR. SCHENKER:  And turning to page 3, what did your

17   experiments show?

18   A    This is showing that I can within the system assign that

19   VNIC to participate in a virtual local area network, or

20   VLAN.  I can select which ones.

21         I can also select -- down at the bottom you can

22   say, Choose the MAC address from the MAC pool that's been

23   created, as well as other information about this virtual

24   network interface.

25         MR. SCHENKER:  Can we open DX- PJC.

1    Q    And what is PJC?

2    A    This is another exhibit to my report going through the

3    creation of a service profile.

4              MR. SCHENKER:  Can we turn to page 4.

5    Q    What did your experiment show here --

6    A    It's showing that I can configure how I want the

7    networking to be on that particular server -- the service

8    profile I'm creating for a logical server.  And when this is

9    sent down to the physical server, it's going to set up the

10   networking as I've specified it in the various commands that

11   we've been going through.

12   Q    Thank you.

13             MR. SCHENKER:  Mr. Fitzgerald, can we bring up

14   JTX-182 and turn to page 84.

15        Thank you.

16   Q    Dr. Jones, what is Cisco showing us here on page 84?

17   A    This is from one of their operational run book guides.

18   This is how they describe to customers how to set things up.

19             This is showing creating a virtual network

20   interface card.  This is the virtual card that will be

21   created on the adapters of the blade.  Here they've given it

22   a name at the top, "ETH-0"

23             They've assigned -- they've indicated that its MAC

24   address should be pulled from a particular pool of

25   addresses, and they -- you see options for selecting various

1   VLANS for it to participate in, including in the middle of

2   the screen, default, finance, human resource, as well as

3   policies at the bottom.

4          This is describing everything about that virtual

5   network interface card that should be set up ultimately on a

6   server.

7          MR. SCHENKER:  Can we turn to PDX-12 page 6.  And

8   let's blow up those pieces.

9          Thank you.

10  Q   Dr. Jones, what are your experiments showing us here?

11  A   Well, these are more of these config CONFMOS commands.

12  Basically, every time you're making a change in UCS Manager

13  to create some new logical entity, whether it's a service

14  profile, or a VLAN, or a VNIC, a command is going to go to

15  the UCS Manager.

16         The top command is associated with a VLAN.  You can

17  see over on the second line on the right, 152.  So this is

18  associated with setting up VLAN 152.

19         The bottom command, you can see MAC pool in that,

20  and that's creating a -- it's associated with the command to

21  create a pool of MAC addresses to be used with the VNICS.

22  And this one matches the screenshot that I showed you

23  earlier.

24  Q   Thank you.

25         And, Dr. Jones, are we going to see more about

1    these network topologies in a later limitation?

2    A    Yes.  We'll describe more of how these relate to the

3    network topology when we go to the limitation later on that

4    sets up the network topology.

5    Q    So, Dr. Jones, let's turn to PDX-10.

6         What's the next limitation that we are going to

7    discuss?

8    A    These are elements 3f and 7e.  This is the last of the

9    software commands in the claim.  This is a software command

10   for specifying a virtual storage space for the virtual

11   processing area network.

12   Q    And turning to the next slide, are there any new

13   constructions we need to address?

14   A    There are no new constructions.

15        MR. SCHENKER:  Why don't we go back to JTX-182,

16   this time page 81.

17   Q    Dr. Jones, what is Cisco showing us here with respect to

18   this element?

19   A    Well, this is for creating a virtual HBA, or virtual

20   host bus adapter.

21        This is conceptually like the VNIC.  It's a virtual

22   adapter, but this one's for communicating with the storage

23   network.

24        And similarly there's a name at the top.  There's a

25   port name associated with VNIC at the top.  There's a

1   specification -- or ability to specify a particular virtual

2   storage area network in the middle.  Right now it's set to

3   the default.  You can also create a virtual storage area

4   network, a new one, that you want to associate it with.

5        But conceptually this is setting up the virtual

6   adapter that is going to be talking to the external

7   communication network from the server.

8   Q   Thank you.

9        MR. SCHENKER:  Can we open up PX-BIZ.

10  Q   Dr. Jones, what is BIZ?

11  A   This is another of my exhibits that shows the process of

12  creating a VSAN, or virtual storage area network.

13       MR. SCHENKER:  Can we turn to page 2 and blow that

14  up.

15  Q   Dr. Jones, what did your experiment show us here?

16  A   Well, this is the creation of a VSAN.  You see the names

17  like VSAN-1100.

18       Two things of interest at the bottom.  One is you

19  give it an ID.  In this case the VSAN ID that is used to

20  identify that virtual storage area network is 1100.

21       And on the right you can see when an identifier, a

22  VLAN ID of 2100 is used to identify the VSAN with -- when

23  carried over virtual -- or, sorry, fiber channel over

24  Ethernet.

25  Q   Thank you.

1          MR. SCHENKER:  Can we turn to page 7 and blow up

2    that network capture.

3    Q   Dr. Jones, what is this showing us?

4    A   This is another one of those commands that when I enter

5    new information into UCS Manager it's going to send a

6    command that's received.

7          This is another config CONFMOS command.  And you

8    can see that this one, if we look at the second line, we can

9    see it's talking about a VSAN.

10         And then on the third line we see the two numbers

11   we were talking about, the 2100 for the fiber channel over

12   Ethernet VLAN ID, and 1100 next to it.  That's for the VSAN

13   ID.

14   Q   Now, Dr. Jones, will we discus the virtual storage space

15   in more details in later elements?

16   A   Yes, we will.

17   Q   Does that take us through the rest of this element?

18   A   Yes, it does.

19         MR. SCHENKER:  Can we turn back to PDX-10.

20   Q   What's the next element you're going to discuss,

21   Dr. Jones?

22   A   These are elements 3g and 7f, and these are addressing

23   how the system is to respond to the software commands, and,

24   in particular, to the first command for -- this is for

25   selecting the corresponding set of computer processors for

1    the virtual processing area network.

2           So this is the way -- this is describing that the

3    control node has to select the processors based on the

4    command that it received.

5           MR. SCHENKER:  Can we go to the next slide.

6    Q   Dr. Jones, are there any new constructions we need to

7    address here?

8    A   Yes.  The language highlighted in blue in 3g starting

9    with "logic to select," is construed as a means plus

10   function term.  And the function and structure at the

11   bottom, the function mirrors the language highlighted in

12   blue, and the structure is a utility within management

13   software 135 and equivalents.

14   Q   Now, does this means plus function construction apply to

15   7f?

16   A   No.  None of the means plus function terms apply to the

17   claim 7.  So it's just for claim 3.

18   Q   Thank you.

19          Dr. Jones, let's discuss this structure last.

20          Did you find this selection in Cisco's accused UCS

21   products?

22   A   Yes.

23          MR. SCHENKER:  Can we turn to PX-BJK, please,

24   page 5.

25   Q   Dr. Jones, what did your experiments show us here with

1    respect to this claim element?

2    A   Well, this is showing that after I entered this command

3    to ask for a logical server to be associated with a physical

4    server, that at that point UCS Manager is taking over.  In

5    fact, it's going to show me its progress in carrying this

6    out.  As part of that progress, it selects the server.

7           MR. SCHENKER:  Let's turn back to PDX-12 again,

8    pages 13 and 14 side by side.

9           Can we blow up those highlighted portions.

10   Q   Dr. Jones, what are those portions showing us?

11   A   These are log files that are created during the

12   operation of UCS Manager, and it's -- here it's describing

13   that it's handling the pool assignment.  And that it has a

14   new -- what's called a new binding.  It's going to bind

15   Profile 1, or assign it, to a particular physical server.

16   Q   These are log files generated during your tests?

17   A   Yes, they are.

18   Q   Dr. Jones, does Cisco's source code provide further

19   evidence that this limitation is met?

20   A   Yes, it does.

21   Q   Dr. Jones, I have here PX-BIA, which is Cisco's printed

22   source card.

23           This is what you reviewed in this litigation?

24   A   It is.  I recall the blue papers.  So, yes, I looked at

25   those papers.

1      Q    May I have the ELMO, please.

2              Can we, I'd like to show you source code page 463.

3      Can you explain to the jury what we're seeing down here?

4      A    So this is some of the source code for the UCS system,

5      just a small part of it.  And it's written in computer

6      programming language known as C++.

7              Starting at line 58, you can see that there is

8      what's known as a function that can be called by either

9      parts of the system to do something.  This function can

10     select a physical server from a pool of servers that will --

11     that can be assigned, that's ready to be assigned to a

12     logical server.

13             So the function begins at line 58 and then carries

14     over for the next few pages.

15     Q    So if we turn to page 465, is this where you're

16     referring to?

17     A    Yes.  If we go -- sorry, go up a bit.  Up a bit more.

18     Bit more.  There we go.

19             So what we're seeing here are what's known as

20     loops.  It's going to go through, and we can see the lines

21     or the typing shown in all caps are comments where the

22     programmer describes what's happening in, or what's meant to

23     happen in this code, but the code is going to go through all

24     members of the pool in this loop beginning with "while" on

25     the left side, and then it's going to look at the -- each

1    one, its representation of each one of those servers and

2    determine whether or not it's available, and whether it's

3    ready for use, and eventually at the end of about five pages

4    of code, it will hopefully find one and then report that

5    server as being available for use.  And this is an example

6    of how this kind of assignment happens; an example of that

7    Cisco source code that I analyzed.

8    Q    Now, Dr. Jones, for the structure of this claim element,

9    what in UCS is a utility within the management software 135?

10   A    Well, the UCS Manager itself is something that includes

11   many utilities.  We saw that briefly when we looked at that

12   breakout of the portions of UCS Manager in that yellow

13   slide, but within those utilities, for example this source

14   code, corresponds to the structure of a utility within the

15   management software where it selects the processors, it's

16   operating under programmatic control and operating as a

17   utility within this management software.

18   Q    Now, Dr. Jones, you understand Cisco has argued again

19   that they get around this claim element because this portion

20   of UCS Manager doesn't run outside the control node?

21   A    I understand that argument.  First, I don't agree that

22   the structure is required to be in a particular inside or

23   outside of the control node.  That would be inconsistent

24   with my understanding of the structure and its context

25   within the claims, but also, there is no substantial

1   difference between how it operates in UCS within the control

2   node and operating outside of the control node.  There is

3   no -- within the context of these claims, there's just no

4   difference between the two.

5   Q   Got it.  Thank you, Dr. Jones.  Can we return back to

6   the computer presentation.  Let's turn to PDX-10 slide 29.

7   Can we turn off the ELMO.  Thank you.

8          Dr. Jones, what's the next element you're going to

9   discuss for the jury?

10  A   These are elements 3h and 7g.

11  Q   And what's going on here?

12  A   Well, in this -- this is another response to a command.

13  This is responding to the second software command, and in

14  response to that command, it's going to set up the virtual

15  local area network topology that was specified in that

16  previous command.

17  Q   Thank you.

18         MR. SCHENKER:  And I apologize, your Honor.  For

19  the record, that was PX-BIA is now JTX-540.

20         THE COURT:  Very well.

21         (Plaintiff's Exhibit No. JTX-540 received in

22         evidence.)

23  Q   All right.  Sorry, Dr. Jones.  Turning back to this

24  limitation, this element, 3h and 7g, did the court construe

25  the terms here?

1   A   Yes, with the same structure for computer processor, and

2   the language in blue in 3h has been construed as the

3   means-plus-function term, where the function and structure

4   are identified at the bottom of the slide.

5   Q   Okay.  If we can start again with the portion that

6   applied to both 3h and 7g.  Can we, Mr. Fitzgerald, please

7   bring up JTX-408 again, page 74.

8         Dr. Jones, using this Figure from Cisco's

9   documents, can you explain what the UCS virtual local area

10  network topology is?

11  A   Yes.  The topology, which is effectively describing how

12  the processors are interconnected, how they -- as well as

13  how they can switch information to one another as well as

14  externally, that topology is defined by the virtual links

15  that are set up; these connections between the processors

16  and the fabric interconnect and the data structures on that

17  fabric interconnect.

18        So, earlier we talked about that virtual link

19  traveling over the physical link on the right.  If we look

20  to the center figure, it's kind of upside down from our

21  diagram here, but we have the blade or the server at the

22  top.  We have the operating system running on the processors

23  of that blade, and we see that there are multiple virtual

24  interfaces, virtual network interfaces designed there.

25        There are the things like ETH0 and ETH2 and ETH3,

1   those are all virtual network interfaces that have been

2   created by UCS Manager, and all of those interfaces are

3   known to the operating system so that it can communicate.

4   It needs those interfaces and to know about them so it can

5   send information over these virtual links that go over the

6   internal communication network.

7   Q    And the virtual NICs in this Figure, are they

8   programmed?

9   A    Yes.  So the fabric interconnect, or the control node,

10  is responsible for programming the virtual interface cards

11  which also results in the operating system being programmed

12  with the information that it needs to communicate with those

13  virtual NICs, and more importantly, to be able to

14  communicate with one another and the fabric interconnect.

15  Q    And how are the processors programmed to establish

16  topology?

17  A    They're programmed when the operating system talks to

18  the -- over this PCI bus that we'll talk about in more

19  detail, but it gathers information about the devices, the

20  peripherals that it has, and stores that in the operating

21  system.  At that point, it's programmed with that

22  information.

23  Q    Can we go to page 72.  What is Cisco telling us here?

24  A    This is describing basically what I've explained, that

25  the operating system sees these PCI devices on its bus.  In

1    other words, within the server, the processors are running

2    the operating system, which is software, and it looks and

3    says, What's been plugged into my computer, and it sees

4    that, okay, I've got a virtual interface card, and then it

5    looks and sees I've got a virtual network interface card.

6    So that virtual network interface card, it will load what's

7    known as device drivers.  We've talked a bit about those.

8         Device drivers are how an operating system talks to

9    a physical device, so there is a device driver in software,

10   in UCS for talking to the VNICs.  Little bit further down,

11   we see that UCS, that the service profile controls the

12   interface that the operating system sees.  In other words,

13   how the blade is configured, including its network

14   interfaces, determines what virtual network interfaces are

15   available to the processors.

16   Q   Dr. Jones, can the processors communicate in the

17   topology without the virtual links?

18   A   No.  If a processor, for example, has not been

19   associated with a service profile, then it won't have any of

20   these virtual links and it won't be able to communicate in

21   that virtual network topology.

22   Q   Can we turn to JTX-416 page 18.

23        Dr. Jones, how is the virtual local area network

24   topology established?

25   A   Well, it's established under the control of the UCS

1    Manager.  UCS Manager is responsible for controlling, as we

2    saw earlier, controlling and configuring and knowing about

3    everything in the system, so when it receives the commands,

4    this DME in the center is going to control the overall

5    operation of configuring the system.  So it will send out

6    commands via various agents.  These agents here are just

7    representative of the various agents in UCS Manager, and it

8    will configure the internal communication network; for

9    example, the IOM effects as well as the virtual interface

10   cards to set up the VNICs via these agents.

11   Q    And will it configure the blades and the processors?

12   A    Yes, they're agents that configure the blades, and part

13   of that process is they control even to the extent of when

14   the processor will be turned on to boot up the system and

15   start up an operating system.  They can determine where it

16   starts up an operating system from all those things that can

17   be configured as part of the logical or service profile.

18   Q    Thank you.  Can we bring up PDX-12 page 24, and let's

19   blow up that middle portion.  Dr. Jones, what is this

20   showing us?

21   A    This is showing operation of the agents on the UCS

22   Manager operating on the fabric interconnect, and this is

23   setting up data structures associated with a virtual network

24   interface card that's being created, so ultimately, the

25   virtual interface card is going to have to know about one

1    end of the logical link, but the switch on the fabric

2    interconnect is going to have to know about it, and the UCS

3    Manager is going to store information about all of that.

4    Q   Can we turn to page 26 here and let's blow up that

5    portion.  Dr. Jones, what did your experiments show over

6    here?

7    A   Well, this is another segment of the log files.  This

8    one is associated with the agent, or AG associated with

9    network interface cards, and it's indicating that it's on a

10   particular virtual interface card creating a new part of a

11   virtual link.

12   Q   Thank you.  Can we turn back to PDX-10 slide 31, please.

13   Dr. Jones, did Mr. Jayakrishnan provide further evidence in

14   support of your understanding during his deposition?

15   A   Yes, he's confirming something we've already seen in

16   evidence, which is in the context of a service profile being

17   associated with a server, does the fabric extender or IOM

18   get configured in any way.  He indicates there is a

19   possibility for the fabric extender to be configured.

20   Q   Thank you.  And how do you know that the processor is

21   configured with the information from the virtual topology?

22   A   Well, as we saw earlier when I was discussing the

23   limitation, 3c, I showed that the Mac address, for example,

24   appearing in the screenshot of UCS Manager, that same Mac

25   address showed up when I was running the operating system on

1    the server and it knew about the VNIC, and it knew that, its

2    Mac address, just like in UCS Manager.

3    Q    Thank you.  Now, Dr. Jones, the Court's

4    means-plus-function construction for 3h has certain

5    structural requirements, is that right?

6    A    That's correct.

7    Q    Can we turn to JTX-416 page 18.  The first structure of

8    the Court's construction was "control-node side networking

9    logic 310."  Did you find that in Cisco's documentation?

10   A    Yes.  This is the DME as part of UCS Manager.  Its

11   responsibility is, as I said earlier, orchestrating the

12   setup of everything in the system and doing so within the

13   control node or the fabric interconnect.  It's responsible

14   for managing the process and heading off to the agents the

15   ability to set up these virtual links, as well as storing

16   data structures as we see in the right side of this Figure,

17   representing everything in the database on the right side.

18   Q    Let's go to slide 15.  Sorry, this is JTX-408 slide 15.

19   Dr. Jones, the second structure in the Court's construction

20   was the reliable virtual interface 212.  Did you find that

21   in Cisco's documents?

22   A    Yes, I did.  That is these virtual links that I've been

23   describing, and in this Figure, we can see a virtual link

24   going from the server at the bottom on the right side to

25   this V in the, what's labeled 6200A, that's a fabric

1    internet, so this is one of the logical or virtual links

2    that we've already talked about, and those correspond to

3    virtual interface 212 in the construction.

4    Q    Can we bring up JTX-406, please.  Let's turn to slide

5    39.  Now, the third structure in the Court's construction

6    was Data Structure 910.  Does Cisco's documentation show

7    that the accused UCS products include Data Structure 910?

8    A    Yes.  The management information tree that, basically

9    the storage of all the information in UCS Manager

10   corresponds to Data Structure 910.  You can see here

11   representations of network interface cards, port

12   configurations.  Basically all the information about the

13   system and its configuration is stored.

14              THE COURT:  Can we stop here for the morning

15   recess?  We're just about at that time.

16              All right, jurors, let's take the usual 25 minutes

17   and we'll come back.

18              THE CLERK:  All rise.

19        (Jury and court adjourn.)

20              THE CLERK:  All rise for the jury.

21        (Jury enters.)

22        (Court enters.)

23              THE CLERK:  Resuming on the record, Civil Action

24   16-11613 Egenera v. Cisco.

25              THE COURT:  I think we're all set.

```
1              DOCTOR MARK JONES, resumes the stand
2                 DIRECT EXAMINATION, resumed**
3      BY MR. SCHENKER:
4      Q   Thank you, your Honor.
5              Dr. Jones, before we broke, you had explained how
6      this slide shows the management information tree maintained
7      by the DME as Data Structure 910?
8      A   That's correct.
9      Q   Okay.  Now, Dr. Jones, you were here for the opening
10     statements last week, is that right?
11     A   Yes, I was.
12     Q   Okay.  You were here for the entirety of trial so far?
13     A   Yes.
14     Q   Do you recall Cisco's attorney set out some "bedrock
15     facts" he called them?
16     A   I do.
17     Q   Do you recall Cisco's attorney set out bedrock fact
18     number three?
19     A   Yes.
20             MR. SCHENKER:  Can we put up the trial transcript
21     from day one, page 67, lines 11-15 here.
22     Q   And this is Cisco's attorneys bedrock fact number three,
23     is that right?
24     A   That's my recollection, yes.
25     Q   Do you agree with Cisco's attorney here?
```

1    A    I don't agree.  As I've just shown, UCS does set up the

2    network by programming the processors.  It also programs the

3    VICs but it also programs the processors.

4    Q    Now, do claims 3 and 7 say that the NIC can't be

5    programmed?

6    A    No, each one of these claims is a claim that has the

7    word "comprising" in it.  So the claim isn't limited to only

8    doing the things.  You must meet all the limitations of the

9    claim.  But doing additional things doesn't mean you don't

10   infringe.

11   Q    So programming the NIC doesn't get around the claim so

12   long as the processors are also programmed?

13   A    That's correct.

14   Q    Now, Cisco says here, We program the NICs.  We design

15   the NIC ourself.  The NIC is not a CPU.  We don't infringe

16   this claim.  Does that get them around claims 3 and 7?

17   A    No.  It doesn't.  The programming the NICs, as long as

18   you're programming processors as well, meets the

19   limitations, and as I'll show, there is not a, there is no

20   substantial difference between the way that Cisco is setting

21   up the virtual and topology by programming the processors

22   through the NICs, and there is no, well, there's no

23   substantial difference between doing that and programming

24   the processors as specified in the claim.

25              MR. PACKIN:  Your Honor, I object and move to

1  strike under motion in limine number nine.

2          THE COURT:  Allowed.

3          MR. PACKIN:  Thank you.

4          MR. SCHENKER:  Your Honor, Dr. Jones does refer to

5  this argument in his report, paragraph 137 of this Exhibit.

6          THE COURT:  Let's move on.

7  Q   Can we turn to JTX-408, please.  Looking at page 5 here,

8  why is programming the NIC equivalent to programming the

9  processors?

10 A   As we see from this image, the processors are underneath

11 these arrows in the middle where they're fans, and they're

12 on a computer board that's communicating with -- we see

13 these two slots on the right side, a mezzanine slot and a

14 modular LOM slot; that's where the virtual interface cards

15 can communicate with those processors.  So they're within

16 the same enclosure, and the virtual interface cards are not

17 independent of these CPUs.  They're peripherals that operate

18 under control of the CPU within the blade itself.

19 Q   And what does this -- let's turn to the next slide.

20 What does this show?

21 A   This shows more of the, more details at a block diagram

22 level of the connections in that particular server between

23 the CPUs.  You can see two, CPU-0 and CPU-1 at the bottom,

24 and they're communicating with these two slots.  You can see

25 one slot, for example, can be a virtual interface card model

1    1280; in the other, a virtual interface card model 1240.

2    Those communicate over what's known as the PCIE bus, the

3    peripheral computer interface express bus, but it's a way

4    that processors communicate and control the peripheral

5    devices.

6            So this is over this bus, and this communication

7    link is how the operating system communicates with these

8    cards to gather information on the VNICs and store that

9    information or program that into the CPU via the drivers

10   that are running on the CPUs.

11   Q   Now, just so the jury is clear, you're talking about the

12   VIC and Cisco's attorney was talking about the NIC.  Is that

13   the same thing?

14   A   Well, a virtual interface card or a VIC is a type of

15   NIC, so it's fine to refer to both as a VIC or NIC.

16   Q   Now, have you heard any other testimony at this trial

17   that addresses bedrock fact number three?

18   A   Yes, I have.  Mr. Jayakrishnan's testimony last week

19   where he was discussing and asked about the PNUOS.

20           MR. PACKIN:  Your Honor, I lodge the same

21   objection.

22           THE COURT:  Sustained.

23   Q   So Dr. Jones, does that take us through this limitation?

24   A   Yes, it does.

25   Q   Can we turn to PDX-1032.

1              What's the next element we're going to discuss?

2    A    These are elements 3i and 7h, and this is describing how

3    the claim system will respond to the third software command,

4    and will respond by defining a virtual storage space of the

5    virtual processing area network.

6    Q    And turning to the next slide, has the court construed

7    these elements?

8    A    Yes.  In addition to the constructions we've seen

9    before, this has been construed as a -- the blue language on

10   the left beginning with "logic to program" and ending with

11   "virtual processing area network has been construed as a

12   means-plus-function term," where the function mirrors that

13   language at the bottom and the structure is identified at

14   the bottom of this slide.

15   Q    Now, Dr. Jones, you submitted a report in this case?

16   A    Yes, I did.

17   Q    And in your report, you addressed these claim elements,

18   is that right?

19   A    That's correct.

20   Q    And did you address in your report whether -- the DME

21   running on the FI program specific sets of Intel processor

22   chips and the internal communication network?

23   A    I did, yes.

24   Q    And it programs them with respect to the specified VNIC

25   related characteristics, was that right?

1          MR. PACKIN:  Your Honor, I object to these leading

2     questions.

3          THE COURT:  Well, he's going to have to if you keep

4     objecting to contents of the report.  He's got to work

5     around your objections.

6          MR. PACKIN:  Yes.

7     A    Sorry, can you ask again?

8     Q    And that was -- sorry.  And you programmed the specifics

9     out of internal processor chips and the internal

10    communication network with respect to the specified

11    VNIC-related characteristics?  Is that your recollection?

12    A    Yes.

13    Q    And you concluded based on that, that these limitations

14    were met, is that right?

15    A    Yes.

16    Q    Taking a look at the portion here of the claim that

17    applies to both 3i and 7h, can we address those first?

18    Let's pull up JTX-416 page 18.

19          Now, obviously, Dr. Jones, you explained this

20    Figure to us before.  What are we looking at here with

21    respect to this claim element?

22    A    Well, this, in this claim limitation, it also consists

23    of setting up virtual host bus adapters, setting up the

24    virtual storage area network.  It's basically responding to

25    the commands we saw earlier.  That's all done under the

1    control of the DME, which stores the information in the

2    database.  It also, within UCS Manager, is also configuring

3    these devices through the agents that we've indicated or

4    that Cisco has indicated in the row at the bottom of the

5    yellow.

6    Q    Can we turn to JTX-406 page 39.  Dr. Jones, what are we

7    seeing here with respect to this claim element?

8    A    This is again that management information tree which

9    stores information about everything in the system.  It

10   includes information about things like the host bus adapters

11   that we've been discussing, as well as virtual SANs, and

12   this information is configured via various agents that are

13   responsible for setting up VSAN mappings and port mappings

14   on the fabric interconnect, as well as setting up the

15   network interfaces for the HBAs.

16        MR. SCHENKER:  Mr. Fitzgerald, can we bring up

17   pages 56 and 57 of PTX-12 side by side.  Can we blow up

18   those network capture results.

19   Q    Dr. Jones, what are we seeing here?

20   A    This is the information that is available on the fabric

21   interconnect, or the FI, showing the configuration of the

22   system.  So after executing various commands of the type I

23   showed before, we can see that the, there is a VSAN 1000 at

24   the top.  So there is a virtual storage area network that's

25   identified in this case by the number 1000.  It's

1    associated, in the second line below that, we can see it's

2    associated with a particular port on the fabric

3    interconnect, and that if we trace through, we can see that

4    there are additional associations set up, such as a fiber

5    channel over Ethernet, configurations 2100 and 2121 that

6    will each associate with and correlate with a VSAN.  We can

7    see there are descriptions further down on that first page,

8    virtual host bus adaptors and their associations, and that

9    goes onto the bottom of the right page; we can see

10   information about the port configurations and association of

11   the VSAN with the port.

12   Q   Can we turn to page 29.  And let's blow up that -- thank

13   you.

14          Dr. Jones, what are we seeing here?

15   A   These are more log files, and this one is showing a

16   correspondence between VSAN 1100 and VLAN 2100, and that's

17   being recorded in the system.  The virtual storage space

18   that's defined are the information about the VSAN, and if

19   that's correlated, or rather to find correspondence to a

20   subset of the external storage address space of the external

21   storage network, that VSAN is able to see or operate with a

22   subset of the storage network defined by that VSAN, and this

23   has a correspondence to, internally, that VSAN number when

24   it's being communicated within the network is going to be,

25   internally to UCS, is going to be using fibre channel over

1   Ethernet where it will be identified by the VLAN ID of, in

2   this case, 2100.

3   Q   All right.  Dr. Jones, let's address the Court's

4   structure from the means-plus-function construction.  Can we

5   bring up PX-BJN, please.  Dr. Jones, what is BJN?

6   A   This is describing some of the database information in

7   the MIT, and this is representation from -- it's a very long

8   file, but there's information here about the VSANs, VSAN

9   1100 and its identifier.  Information elsewhere in this file

10  would be about the VHBA, but this file corresponds to

11  storage data structure 815/915.

12  Q   So Dr. Jones, the first and second structures I think

13  for this limitation were storage configuration logic 605 and

14  management interface 610.  Did you see those in the accused

15  UCS system?

16  A   Yes, I did.  Those are the components of the UCS

17  Manager, and the DME correspond to these structures.  Those

18  are responsible for managing the information in the data

19  structure, 815/915, as well as interfacing to receive the

20  commands.  They also are responsible for setting up the

21  system to be according to the definition received in the

22  commands.

23  Q   Now, Dr. Jones, in your report, I understand you

24  addressed Cisco's argument that there's no mapping of

25  addresses for these elements in the accused UCS products?

1    A    Yes, I did.  I disagree with that argument.  The, in

2    this instance, the VLAN IDs, VSAN IDs, ports all correspond

3    to addresses, and there is a mapping between the addresses,

4    such as the VLAN ID and the VSAN ID.  There's mappings

5    between the VSAN and the VSAN ID and VSAN ID and VLAN ID, as well as

6    between VSANs and port numbers.

7    Q    Thank you, Dr. Jones.  Now, Dr. Jones what's the next

8    limitation we're going to discuss?

9    A    This is elements 3j and 7j.

10   Q    And turning to the next slide, are there any new

11   constructions to discuss here?

12   A    No, there are not.

13   Q    And what do 3j and 7j relate to?

14   A    Well, they relate to storage messages that are coming

15   into the control node from the computer processors and

16   destined for the internal communication network.  So the --

17   sorry, destined for the storage network, the external

18   storage network, and those are going to be processed at the

19   control node to extract an address, identify a corresponding

20   address, and then at a high level, send that message out to

21   the -- out of the control node.

22   Q    Can we turn to PDX-12, pages 65 and 68 side by side.

23          Dr. Jones, what is this demonstrative showing with

24   respect to this element?

25   A    This is showing the messages on the left coming into the

1    fabric interconnect from the processors.  This again has

2    that VN-Tag and that VLAN tag, that 802.1 queue below.  Both

3    of those are going to be removed, and the VLAN ID that you

4    see there, VID 2121 just below 802.1Q, that's one of those

5    VLANs that we said corresponds to a particular VSAN ID, and

6    on the right, we see that the VSAN tag, that virtual fabric

7    tagging header has been inserted in the outgoing message

8    after the other information has been stripped out, and

9    that's going to have a VSAN ID number that's assigned to it

10   that corresponds to the VLAN ID of 2121.

11         So in this case, it's extracting an address from

12   the received storage message.  It's found a corresponding

13   address in the external storage address space, and then that

14   message is being sent out onto the external storage network.

15   Q    Turning back to page 52, PDX-12.  Is this the FLOGI

16   conversion you discussed earlier?

17   A    Yes, it is.  It's the same message where the FLOGI is

18   converted to F disc.  And as we saw earlier in the structure

19   for the FI, in examples up here, it extracts information

20   including header information such as addresses.  This is the

21   storage message going out to the storage network.  It will

22   identify a corresponding address for which this message

23   should be sent and it's going to be sent out over a

24   particular port, a port associated with that external

25   storage network and will provide messages to that storage

1    network over that particular external port.

2    Q   Now, Dr. Jones, does the Doctrine of Equivalents also

3    apply to this limitation using your reasoning regarding

4    addresses from limitations 3c, 7i, 3i and 7h?

5    A   Yes.  You know, Cisco's's argued some of these entities

6    are not addresses.  I disagree with that, as I've explained

7    how they're used, but the difference is insubstantial

8    because they're used to identify entities in the network

9    both on the internal side and the external side.  They're

10   used to route messages through the FI.  There are no

11   substantial differences with respect to the claims at issue.

12   Q   All right, Dr. Jones.  Turning to element -- sorry, the

13   next slide in PDX-10.  What's the next element we're going

14   to discuss?

15   A   These are elements 3k and 7k.

16   Q   And are there any new constructions we need to address

17   here?

18   A   No, the same constructions, and these two limitations

19   discuss how the control node operates on messages that are

20   destined to the external storage network.  In this case,

21   it's describing how the control node buffers the messages

22   and -- that are received from the processors, and that it

23   provides those buffered messages out to the external storage

24   network.

25   Q   Can we bring up JTX-535 page 25.  Dr. Jones, can you

1    explain what Cisco is showing us here with respect to this

2    element?

3    A    This is that same Figure before and you can see in the

4    middle, it says "buffering" and "queuing."  The control, the

5    control node, or the FI, in this particular chip has buffers

6    to buffer the messages as they pass through the FI, and

7    that's the first and the second generation FIs.

8    Q    All right.  And can we turn to page 32.  What are we

9    seeing here?

10   A    This is the chip in the third generation fabric

11   interconnect.  At the bottom, you can see that it indicates

12   that it has a 12.2-megabyte packet buffer, and that packet

13   buffer is also reflected in the Figure above in the middle

14   towards the left as a packet buffer.  So all three

15   generations have buffering in the fabric interconnect.

16   Q    Let's turn to PDX-12 page 41.  Can we call out that --

17   thank you.  Dr. Jones, what are we seeing here?

18   A    Well, here the claim requires a "write" message, so I'm

19   going to write data to a file that's going to go to an

20   external storage network.  I put some recognizable text in

21   there.  You can see the middle of that first highlighted

22   line says "small file 48."  We're going to see that same

23   data coming into the fabric interconnect and going out of

24   the fabric interconnect in network captures.

25   Q    So Dr. Jones, your testing confirmed that this buffering

1    happens?

2    A    Yes.

3    Q    Can we turn to page 44.  And let's blow up -- thank you.

4         What are we seeing here, Dr. Jones?

5    A    This is the network capture on the incoming side of the

6    FI, and you can see that language "small file 48" appears as

7    part of the data that's being sent out from the processors

8    that will ultimately get to the external storage network.

9    Q    Could we go to page 47 and blow up that portion as well.

10   What are we seeing here?

11   A    That is network capture going out of the FI, and in this

12   case, you can see that same language.  So the message has

13   been buffered in the FI, and it's a write message and it's

14   been sent out to the external storage network.

15   Q    Now, is that the final limitation of the claim?

16   A    Yes, it is.

17   Q    What are your conclusions?

18   A    That Cisco UCS system infringes claims 3 and 7 both

19   literally and under the Doctrine of Equivalents.

20   Q    Now, because it was made such a big deal during the

21   opening statements about bedrock fact number three, if we

22   can just turn back to element 3i discussing the programming

23   the processors for the network topology, again, in your

24   report, did you provide evidence of how the internal Intel

25   processor chips are programmed?

1    A    Yes, I did.  I showed how they are, the DME and the rest

2    of UCS Manager, including those agents, sends information or

3    sends, programs the virtual interface cards, which results

4    in the processors being programmed, and I showed evidence of

5    how that processor has been programmed via the software

6    including the device drivers.

7    Q    And is it programmed with specified VNIC-related

8    characteristics?

9    A    Yes, it is.  Those VNIC-related characteristics, such as

10   the Mac addresses that I showed in my evidence appear in --

11   to the operating system in the screenshots that I showed.

12   Q    And does that include the VLAN ID as well?

13   A    The VLAN ID is something that's configured by one of the

14   other agents.  It's configured by the host agent.

15   Q    Dr. Jones, in your report, did you provide argument as

16   to why programming the adaptors is equivalent to programming

17   the processors?

18   A    Yes, I did.  I explained that, first, I showed that the

19   programming the adaptors results in the processors being

20   programmed, and I showed that with the evidence that I went

21   through, but also, there are no substantial differences

22   between --

23            MR. PACKIN:  Your Honor, I object and move to

24   strike on the same basis.

25            MR. SCHENKER:  Your Honor, paragraph 137 Appendix A

1    discusses exactly this.

2             THE COURT:  Overruled.

3    Q    You can continue.

4    A    Okay.  So there are no substantial differences between

5    programming the processors through the virtual interface

6    cards or programming the virtual interface cards and

7    programming the processors directly.  As I explained, the

8    organization of the blade shows that the virtual interface

9    cards operate under the control of the processors.  They're

10   not an independent entity.  They're -- the processors are

11   connected to them and communicate with them as peripherals.

12   Q    Thank you, Dr. Jones.

13            Now, Dr. Jones, were you in the court when

14   Mr. Jayakrishnan listed his reasons why Cisco does not

15   infringe?

16   A    Yes, I was.

17   Q    And are you prepared to discuss those?

18   A    Yes.

19   Q    Can we bring up Friday's transcript, pages 69, I think

20   lines 25 to 70, line five.  Looking at his first set of

21   reasons that Mr. Jayakrishnan provides here, why do you

22   disagree with Mr. Jayakrishnan?

23   A    Well, what he's pointing to here is whether a processor

24   node has local storage, and that's, first, that's not

25   described in the claims at all.  We just went through the

1    claim language of claims 3 and 7, and there's no limitation

2    of having or not having local storage.  It's not even

3    mentioned, so that wouldn't be a reason for noninfringement.

4           The use of Gigabit NICs, whether or not they're

5    used in Cisco's products are not -- they aren't, but that's

6    not a limitation of the claims either.  The claims don't

7    describe any particular or any network interface card, let

8    alone being limited to the Gigabit -- or Giganet NIC.  He

9    indicates that everything in UCS is in Ethernet.  There are

10   no limitations in claims 3 and 7 that describe or that limit

11   the claim to be in Ethernet or not Ethernet.

12   Q   Can we highlight 70, 6 through 9.  Dr. Jones, what about

13   Mr. Jayakrishnan's testimony here?

14   A   He's addressing, he indicates Cisco has control nodes.

15   I think what he's saying here is that Cisco might call

16   things control nodes but that's just a name and that it's a

17   phrase match, but there are a bunch of differences.  He

18   didn't identify the differences, but I understand what he's

19   saying.  But as we've seen by analysis, I'm not doing this

20   based on matching names of control node.  I showed how the

21   FI met all the limitations of the claim.

22   Q   And could we highlight 70, 13-23.  What about

23   Mr. Jayakrishnan's testimony here?

24   A   Well, he's pointing to a switch fabric as well as

25   Figures 2 and 3 and indicating that those don't exist in

1  UCS.  The claims don't mention a switch fabric.  The claims

2  are not Figures 1, 2 and 3.  There are portions of Figure 3

3  that are identified in one of the structures that are

4  present in Cisco's system, but otherwise, the claims are

5  what we looked at in claims 3 and 7.  We don't look to the

6  Figures to the UCS to see if they infringe.

7  Q   Can we highlight lines 24 through 25.  What about

8  Mr. Jayakrishnan's testimony here?

9  A   He's indicating here that their management logic, which

10  I take him to mean the UCS manager and the related

11  information on the FI, that it doesn't sit outside of the

12  control node.  So I believe he's referring to UCS Manager

13  being in the control node, and, but, however, that's not a

14  limitation of the claim.  I addressed that in my analysis of

15  the claim.  It doesn't matter whether the management logic

16  is inside or outside.  That language also would only apply

17  to claim 3.

18  Q   Can we turn to 71 lines 7-10.  What about

19  Mr. Jayakrishnan's testimony here?

20  A   Well, he's describing whether they have a separate

21  control node, and it's indicating they have a switch fabric

22  in the control node, and that it has management IP in it.

23  Basically, I understand this to be an argument that their

24  fabric interconnect has multiple components in the same

25  enclosure, but that's not something that's even addressed in

1    the claims.

2    Q    And can we pull up page 75 lines 5-9.  What about

3    Mr. Jayakrishnan's testimony here?

4    A    Here he's indicating that claim 3 doesn't require a

5    local storage, but he is indicating that it does require

6    programming the CPU for the network topology.  That's an

7    argument that I already went through and addressed.

8    Q    Thank you.

9         Can we turn back to PDX-10 slide 38.  Dr. Jones,

10   what's the next section of your report?

11   A    I'm going to address Cisco's infringing actions.

12   Q    Next slide, please.  Dr. Jones, what are we seeing here?

13   A    This is part of the law governing the use of patents.

14   It indicates that a patent invention, if one uses a patent

15   invention, makes, uses, offers to sell or sells a patent

16   invention in the United States, they are infringing the

17   patent.

18   Q    Can we go to the next slide.  How does Cisco directly

19   infringe these claims?

20   A    Well, it does so by selling and offering for sale its

21   UCS products.  It does it by making the UCS products, as

22   well as using the accused UCS products.

23   Q    Did you confirm that Cisco itself actually uses the UCS

24   products in an infringing manner here in the United States?

25   A    Yes, I did.  For example, Cisco does so in its data

1    centers as we heard last week in its testimony.

2    Q   Can we go to the next slide?  What is Cisco's engineers

3    telling us here.

4    A   This is Mr. Morgan who we heard the video of last week

5    and he is indicating that Cisco IT, that's basically Cisco's

6    IT department, is using the UCS system to what he calls

7    deliver their business, such as HR and finance.  They use it

8    for building their source code and products.  They use it

9    for their website, to what they call their commerce engine.

10   Q   So Cisco is using UCS for all of its own internal

11   business functions?

12   A   For at least these business functions, yes.

13   Q   Mr. Fitzgerald, can we pull up JTX-531 page 8, please.

14   Dr. Jones, what is this showing us?

15   A   Well, this is an Exhibit discussed by Mr. Morgan, and he

16   indicated, he confirmed that this number of total number of

17   UCS blades over to the right, 5,488, that there are, there

18   were more than that at the time of his deposition.  It also

19   includes servers both in and out of the United States.

20   Q   Turning to PDX-10 slide 42.  What else did Mr. Morgan

21   confirm?

22   A   He confirmed that Cisco, in its configurations of UCS,

23   uses storage area networks in its data centers and describes

24   the communication or the entities that they communicate to

25   over those external storage networks such as a Cisco MDS

1   switch.  He talks about communications to local area

2   networks.  He also discusses the fact that the b-series

3   blades are the workhorses for Cisco's UCS system in their

4   data centers.

5   Q   Sorry, let me make sure I heard that.  Cisco UCS blades

6   are the workhorses in Cisco's data centers, is that what you

7   said?

8   A   That's what Mr. Morgan said, yes.

9   Q   Thank you.  Can we turn to slide 42.  What else did

10  Mr. Morgan testify to?

11  A   He testified that Cisco uses port trunking on their, he

12  says their northbound fabric interconnect.  That's the

13  connection to the external storage network, and this is

14  associated with that translation we talked about earlier

15  from VLAN IDs to VSAN IDs that happens on the fabric

16  interconnect, and he's confirming that this is something

17  that Cisco does.

18  Q   Can we go to the next slide.  And Dr. Jones, what are

19  you showing us here?

20  A   This is two parts of the law related to indirect

21  infringement.  I'll address both of them.  One is active

22  inducement of a patent as well as what's called contributory

23  infringement where Cisco sells the UCS b-series blades with

24  a chassis that, as identified in my analysis, when it sells

25  that component to a customer and that customer sets up UCS

1    in an infringing way, that's contributing to that

2    infringement.

3    Q   So, if I understand you, does this mean that Cisco can

4    be liable for its customers' direct infringement?

5    A   That's correct.

6    Q   Can we go to the next slide?  Can you tell the jury, how

7    is Cisco liable for its customers' infringement?

8    A   Well, there are several aspects to it.  One, Cisco has

9    sold the UCS products to its customers and then Cisco's

10   customers infringe claims 3 and 7 of the '430 patent, so the

11   customers, in this indirect infringement, the customers are

12   the direct infringers.  Cisco provides the products to them.

13   Cisco also encourages the infringing use of those products.

14   It -- as we've seen multiple presentations of Cisco

15   describing how to use its products, and we've seen just a

16   fraction of those documents.  Finally, Cisco has had

17   knowledge of the '430 patent.  We've seen that discussed in

18   terms of the testimony of Egenera employees who knew of the

19   '430 patent and came to Cisco or Nuova, as well as I have

20   addressed Cisco's noninfringement arguments, most of which

21   were not based in the -- from Mr. Jayakrishnan were not

22   based in the claim language.

23   Q   Can we pull up Exhibit AYK.  Dr. Jones, what is AYK?

24   A   This is a Cisco live presentation providing what they

25   call a "Deep Dive into the UCS System."

1    Q    Thank you.

2              MR. SCHENKER:   And for the record, we've marked

3    this as Exhibit 541.

4              (Plaintiff's Exhibit No. JTX-541 received in

5              evidence.)

6    Q    Can you turn to page 27 of JTX-541.  Dr. Jones, what is

7    Cisco telling its customers here?

8    A    It's describing the concept of its service profiles and

9    how they can, ultimately how they can be used within the

10   system, and as well as the benefits of those profiles

11   providing basically stateless computing and seamless

12   mobility.

13             MR. SCHENKER:   Can we bring up PXA-OR, please.

14   We've marked this as JTX-542.

15             (Plaintiff's Exhibit No. JTX-542 received in

16             evidence.)

17   Q    Dr. Jones, what is Cisco instructing its customers here?

18   A    This is what's known as a documentation road map, this

19   document that allows customers to see the information or

20   gives them a roadmap to the Cisco documents for how to use

21   their system, and this one includes, what I'm showing here,

22   are hardware installation instructions, and it's showing

23   where to go to look at the various guides for installing or

24   setting up a fabric interconnect or the chassis.  It's going

25   through how to set up and install the system.

1   Q   Can we turn to JTX-247 page 60.  And Dr. Jones, what is

2   Cisco telling its customers here?

3   A   This is describing another document that describes how

4   to use UCS and how to configure things.  This is talking

5   about how to set up fibre channel uplink trunking.  This is

6   associated with the VLAN to VSAN ID translation that we

7   discussed earlier.

8   Q   So does Cisco instruct its customers on how to use the

9   UCS products in an infringing manner?

10  A   Yes, it does.

11  Q   Can we turn back to PDX-10, next slide.  And Dr. Jones,

12  what is Mr. Morgan explaining to us with respect to the

13  benefits of UCS?

14  A   He's addressing when Cisco switched, or Cisco IT

15  switched from using HP servers to their own UCS systems, and

16  he focused on operational costs here.  We see -- we've heard

17  Mr. Morgan's testimony, but he's talking about the

18  operational cost of reducing the cable plants, reducing

19  their cable footprint by 75 percent, driving down their

20  operational costs.  He's, basically what he's describing

21  falls within the category of total cost of ownership.  It's

22  not the cost of purchasing UCS itself.  It's the cost of

23  using and managing and having it within the environment.

24  Q   So you mentioned "using and managing."  Based on your

25  investigation, does UCS provide benefits to provisioning,

1    administration, and systems management?

2    A    Yes.  As we saw for UCS Manager, it's how you set up and

3    manage the system and it's -- it, in a similar way of

4    sending commands, are a software-based way of configuring,

5    provisioning, and managing a system?

6    Q    Are those attributable to the invention of the '430

7    patent?

8    A    Yes, they are.

9         MR. SCHENKER:  Your Honor, may I approach the

10   witness with some binders?

11        THE COURT:  You may.

12   Q    Now, Dr. Jones, I recognize I handed you a whole lot of

13   papers all at once.  Can you identify what is in the binders

14   in front of you?

15   A    At least the first binder contains information provided

16   by Cisco's third-party customers.

17   Q    And did you review these documents during your

18   investigation?

19   A    The last one, make sure.

20        Yes, I reviewed these documents, and these are the

21   documents that were provided by certain of Cisco's

22   customers.

23   Q    And did you prepare a summary of your conclusions from

24   these documents?

25   A    Yes, I did.

1    Q    Can we turn to slide 48 of PDX-10.  And Dr. Jones, what

2    are we seeing here on the screen?

3    A    This is that summary with the names of the particular

4    parties redacted, but these all correspond to the third

5    parties in the, in these documents.

6    Q    And did Cisco and its lawyers have access to the

7    unredacted information during this investigation?

8    A    Yes, they did.

9            THE COURT:  Let me explain, jurors, it's not

10   redacted to hide anything from you.  This was produced under

11   a protective order.  It obviously involves confidential

12   business information.  So that is the reason for the

13   redactions, but you shouldn't draw any conclusion from that.

14   Q    Thank you, your Honor.

15           And Dr. Jones, having reviewed those documents

16   during this investigation, what were your conclusions with

17   respect to Cisco's third-party customers?

18   A    Well, 28 of the 29 customers have UCS set up in an

19   infringing way.  That's based on their connections to the

20   external storage networks, to the external communication

21   network, as well as their use of UCS Manager in b-series

22   blades.  One of the customers didn't have the accused

23   components of a UCS system so they were not infringing, but

24   they didn't have the, all of the accused components.

25   Q    Now, Dr. Jones, did you offer any opinions as to whether

1   Cisco has noninfringing alternatives to the accused products

2   as of July 2009?

3   A   Yes, I addressed what Cisco proposed as noninfringing

4   alternatives, but those were either not specified as

5   alternatives or were incomplete alternatives, or

6   alternatives that weren't available or simply wouldn't have

7   been an actual alternative to the benefits of the '430

8   patent.

9   Q   Thank you.  Now, Dr. Jones, with respect to the

10   third-party documents that you reviewed, is Egenera trying

11   to hold Cisco's customers responsible?

12   A   No.  They're not holding Cisco's customers or trying to

13   hold Cisco's customers liable for infringement, no.

14   Q   So under the indirect infringement rules that you showed

15   the jury, Cisco would be liable for that, is that right?

16   A   That's correct, not the customers.

17   Q   Now, Dr. Jones, we walked through a considerable amount

18   of evidence, including multiple Exhibits from your report.

19   Can you tell the jury about how many hours you spent

20   operating, analyzing, and using the actual UCS system?

21   A   Well, in terms of all my analysis, it would be hundreds

22   of hours, but I've been doing it for several years now so I

23   don't recall the exact number.

24   Q   And in your report, you included a report in addition to

25   appendices and exhibits setting out the results of your

1    analysis and your investigation?

2    A    Yes.

3    Q    Thank you.  Dr. Jones, will you turn to the jury and

4    give them a summary of your opinions here?

5    A    Yes.  It's my opinion, based on my analysis, that Cisco

6    infringes claims 3 and 7 both directly and indirectly.

7    Q    And is that both literally and under the Doctrine of

8    Equivalents?

9    A    Yes.

10   Q    Thank you.

11         MR. SCHENKER:  Your Honor, with respect to the

12   PDX's that were actually discussed during -- the PX numbers

13   from Dr. Jones' report that were discussed during his direct

14   examination, we'd like to make a proffer.

15         THE COURT:  Very well.

16         MR. SCHENKER:  I pass the witness.

17         THE COURT:  All right.

18         MR. PACKIN:  Thank you, your Honor.

19                    CROSS-EXAMINATION

20   BY MR. PACKIN:

21   Q    Good afternoon, Dr. Jones.

22   A    Afternoon, sir.

23   Q    How you doing?

24   A    Doing fine, thank you.

25   Q    Great.  As Egenera's outside consultant in this case,

1    you get access to all the relevant information, right?

2    A    Everything that's been produced, yes.

3    Q    You gave us, like, a long list of examples of that kind

4    of information that you saw, right?

5    A    Yes.

6    Q    And so, for example, you had access to Cisco's internal

7    emails, right?

8    A    Internal emails that were produced.  Not all of Cisco's

9    internal emails.

10   Q    Right, but the discovery has been going on in this case

11   for years and Egenera asked Cisco for information, and the

12   rules require that Cisco turn over that information, right?

13   A    That's correct.

14   Q    And so you had access to emails, you had access to

15   people's personal computer files, right?

16   A    I don't recall whether they were personal computer

17   files.

18   Q    I'm sorry, let me rephrase.  Their work computers that

19   documents were collected off of, electronic files?

20   A    Yes, that's correct.

21   Q    And you had access to their physical files; some files

22   were collected from filing cabinets as well, is that right?

23   A    I got everything in electronic form so I couldn't tell

24   you.

25   Q    And we even saw some jabber messages with

1    Mr. Jayakrishnan, so you had those instant messages even as

2    well?

3    A    Yes.  They were available.

4    Q    You had all that, all that type of information, right?

5    A    Yes.

6    Q    Including Cisco's confidential technical documents, the

7    source code that you talked about, right?

8    A    Yes.  Whatever was produced, I had access to.

9    Q    And the way litigation works is that once you have all

10   that information, you study it, and then you prepare

11   detailed reports compiling your findings, right?

12   A    That's correct.

13   Q    And it's important for you to put all your findings in

14   your reports, right?

15   A    Yes.

16   Q    And it's important that they're thorough and accurate,

17   right?

18   A    Yes.

19   Q    And the rules actually require you to put your opinions

20   in the report; otherwise, you can't testify about them,

21   right?

22   A    That's my understanding, yes.

23   Q    And you did that in this case, you prepared the reports,

24   right?

25   A    Yes.

1    Q    And you didn't find any mistakes in your reports when

2    you reviewed them, substantive mistakes?

3    A    Not that I recall, no.

4    Q    Okay.  Let's talk about -- we're going to get to the

5    reports, but just so everyone knows what we're talking

6    about, let me switch gears for a second.  You talked about

7    the term "control node," right?

8    A    Yes.

9    Q    And I think Egenera's counsel during opening made a big

10   deal that Cisco's documents used the word "control node."

11   Were you here for that?

12   A    I was here for the opening, yes.

13   Q    You are aware that Egenera was not the first company to

14   use the term "control node," right?

15   A    I would expect that someone else has used that term.

16   Not in this exact same context.

17   Q    We've also heard about "processing node," that word,

18   right?

19   A    Yes.

20   Q    And you don't assert that Egenera was the first company

21   who used the term "processing node," right?

22   A    That's right.

23   Q    We also heard about "logical servers."  I think you

24   talked about that, right?

25   A    Yes.

 1    Q    And Egenera wasn't the first company to use the words

 2    "logical servers," right?

 3    A    That may be true.

 4            I can't recall at this point.

 5    Q    You're not making that assertion, right?

 6    A    That's correct.

 7    Q    And you don't believe that Egenera was the first company

 8    to use the term "virtual NIC" either, right?

 9    A    Again, I can't recall, but that's not a claim I'm

10    making.

11    Q    Okay.

12            MR. PACKIN:  Your Honor, can I approach over there

13    to ask the witness about his board?  Is that okay?

14            THE COURT:  Of course.

15    Q    So, you drew this board for the jury, right, during your

16    opening?

17    A    That's right.

18    Q    And you mentioned something called FLOGI and FDISC,

19    right?

20    A    That's correct.

21    Q    Now, is FLOGI an address?

22    A    That is not an address.

23    Q    And FDISC is not an address either, right?

24    A    That's right.

25    Q    And you mentioned something called ZRC, right?

1    A    That's correct.

2    Q    That's not an address either, right?

3    A    That's correct.

4    Q    And there are different start-of-claim fields,

5    end-of-claim fields, those aren't addresses either, right?

6    A    That's correct.

7    Q    Now, you know that Cisco disputes whether this VLAN and

8    VSAN ID, whether those are addresses, right?

9    A    That's correct.

10   Q    And I actually asked Mr. Brownell, one of -- the lead

11   inventor on the patent, I asked him about VLAN IDs.  You

12   were here for that, right?

13   A    Yes.

14   Q    And I asked him, is the VLAN ID an address, and he said

15   it's a tag.  He wasn't sure if it's an address.  You were

16   here for that, right?

17   A    Yes.

18   Q    And I asked him about VSAN IDs also, right?

19   A    I recall that, yes.

20   Q    He didn't even know what a VSAN ID was, right?

21   A    I can't recall his answer on that one.

22   Q    Okay.  Well, you looked at a lot of Egenera documents,

23   right?

24   A    Yes.

25   Q    And Egenera documents, certainly none of them said that

1    a VSAN ID is an address, right?

2    A    I don't recall one of them saying that, that's correct.

3    Q    You're also not aware of anywhere in the '430 patent,

4    the patent at issue in this case, calling the VSAN ID an

5    address, right?

6    A    That's correct.

7    Q    And as far as a VLAN ID, as of the time of your

8    deposition, you didn't even look at the '430 patent to see

9    whether the '430 patent called the VLAN ID an address,

10   right?

11   A    I can't recall one way or the other, but I, I don't

12   recall doing so, no.

13   Q    And you would agree that a VSAN ID is just a network ID,

14   right?

15   A    Yes.

16   Q    And VLAN ID, similarly is just a network ID, right?

17   A    Yes.

18          MR. PACKIN:  Now, if I could have Mr. Chen's

19   testimony because I think he talked about how the VLAN and

20   VSAN ID's were used.

21      Mr. Herzka, I think I have that on slide 18.

22   Q    Now, you were here for Mr. Chen's testimony.  We all saw

23   that last Friday, right?

24   A    I did, yes.

25   Q    And you were here when Mr. Chen said, "The VLAN ID is

1    not used in making a forwarding decision."  Right?  You saw

2    that?

3    A    I did.

4    Q    We can take that one down.  And now, the VLAN ID to VSAN

5    ID translation that you are accusing of infringement, that's

6    in something you called trunking mode, is that right?

7    A    That occurs in, when they, when the fabric interconnect

8    is configured in trunking mode, yes.

9    Q    And I think you told us that Cisco uses trunking mode?

10   I think you said that in your direct, right?

11   A    Yes.

12   Q    But you didn't analyze whether any -- and you showed us

13   all those customer data, right?

14   A    Yes.

15   Q    But I didn't see trunking mode on that list of the

16   customers.  It wasn't on there, right, in your Exhibit?

17   A    That's correct.  It was not one of the questions that

18   was asked of them.

19   Q    Right.  So you didn't analyze whether any Cisco

20   customers of UCS actually used trunking mode, right?

21   A    That's correct.

22   Q    Now, let's talk about the VN-Tag.

23        MR. PACKIN:  Your Honor, if I may approach again?

24        THE COURT:  You may.

25   Q    So I think you were telling the jury, you have a

1    message.  It starts here.  This is the CPU, right?

2    A    Yes.

3    Q    And then it goes up, it goes up to the, eventually to

4    the fabric interconnect, the switch, right?

5    A    That's correct.

6    Q    And one of the things you talked about in

7    the modification is this VN-Tag, right?

8    A    Yes.

9    Q    And you said the VN-Tag is removed up here at the fabric

10   interconnect, right?

11   A    Yes.

12   Q    Now the VN-Tag is added to the, to the packet at the

13   virtual network interface card, right?

14   A    That's correct.

15   Q    And that's in an adaptor, right?

16   A    Yes.

17   Q    And one other question.  We talked about these different

18   modifications.  You don't have any opinion that the Mac

19   addresses from the messages going from the CPUs out to the

20   network, you don't have anything that those are modified by

21   the fabric interconnect, right?

22   A    That's correct.

23   Q    Now, let me just step back for a minute because we've

24   been talking a lot about patents and understanding patent,

25   and I want to make sure that we're all on the same page here

1    in terms of how to understand patents and who can understand

2    patents.  Okay?

3    A    Okay.

4    Q    Now, you showed the jury -- if I can have the ELMO,

5    please.

6         You showed the jury this slide saying, talking

7    about the person of ordinary skill in the art, right?

8    A    Yes.

9    Q    Effectively, that's a computer engineer, right, computer

10   scientist with experience?

11   A    With this experience, yes.

12   Q    And we heard last week during the patent video, in the

13   description, that -- I'm sorry, that a patent description

14   must be clear enough to enable someone of ordinary skill in

15   the field to use the patent.  Right?

16   A    Yes.  That's correct.  With -- without undue

17   experimentation or something along those lines.

18   Q    And you agree that that requirement is met by the '430

19   patent in this case, right?

20   A    Yes.

21   Q    Now, the reason that you told the jury about the person

22   of ordinary skill in the art is because you need to read the

23   patent from the perspective of a person of ordinary skill in

24   the art, right?

25   A    That's correct.

1   Q   And in fact, throughout your reports, you considered the

2   '430 patent through the eyes of a person having ordinary

3   skill in the art, right?

4   A   Yes.

5   Q   Now, we heard from Mr. Brownell earlier during this

6   trial.  You were here for that, right?

7   A   Yes.

8   Q   And you agree that Mr. Brownell is a person of ordinary

9   skill in the art at the relevant time, right?

10  A   That's my recollection, yes.

11  Q   And same for Mr. Manca, he was a person of ordinary

12  skill in the art at the relevant time, right?

13  A   Yes.

14  Q   We also heard from Mr. Jayakrishnan and we're going to

15  hear from him again.  You don't dispute that he is a person

16  of ordinary skill in the art, right?

17  A   I don't.

18  Q   Now, you're not a lawyer, right?

19  A   That's correct.

20  Q   You're a retired computer science professor, right?

21  A   Yes.

22  Q   And, but you can still understand patents because

23  patents are not really written for lawyers.  They are

24  written for people of ordinary skill in the art, right?

25  A   That's correct.

1    Q   Okay.  Let's -- we can take this one down.

2            Let's talk about what others in the servers

3    industry were doing other than Cisco.  Right?  You agree

4    that there are other computer companies that sell servers,

5    like HP, right?

6    A   Yes.

7    Q   And they've been doing that for years and years, right?

8    A   Yes.

9    Q   And I think one of the things that you said was a

10   benefit to Egenera's approach was the ability to rapidly

11   deploy servers; did I get that right?

12   A   That's correct.

13   Q   And the patent itself talks about rapidly deploying

14   servers, right, it's one of the issues?

15   A   Yes.

16   Q   Now, you're not saying that all competitors to UCS in

17   the industry achieve rapid deployment, who achieve rapid

18   deployment of servers necessarily infringe the '430 patent,

19   right?

20   A   That's correct.

21   Q   You agree that it's possible to improve rapid deployment

22   of servers without infringing the '430 patent claims, right?

23   A   Yes.

24   Q   In other words, folks can achieve rapid deployment of

25   servers in different ways, right?

1    A    It's possible, yes.

2    Q    Similarly, we talked about "cabling."  I think we've

3    heard about that in this trial, right?

4    A    Yes.

5    Q    You agree there are different ways to reduce cabling in

6    a data center, right?

7    A    Yes.

8    Q    And you agree it's possible to reduce cabling without

9    infringing the '430 patent, right?

10   A    It's possible, yes.

11   Q    And one of the ways to reduce cabling is using something

12   called fibre channel over Ethernet.  I think you mentioned

13   that Cisco was using that, right?

14   A    That can be used to reduce cabling or to make the

15   infrastructure more, I guess, conducive to management and

16   more consistent with other parts of the infrastructure.

17   Q    So fibre channel over Ethernet helps reduce cabling and

18   make management of the data center easier, right?

19   A    It can simplify it, yes.

20   Q    And you agree that Egenera did not invent fibre channel

21   over Ethernet, right?

22   A    That's correct.

23   Q    Now, with respect to HP, you don't know, for example,

24   how they simplified their data center and reduced their

25   cabling.  You haven't looked into that, right?  I'm sorry,

1    let me state it again.  You don't know how HP's competitive

2    products to UCS simplified a data center and reduced

3    cabling; you haven't looked into that, correct?

4    A    That's right.

5    Q    And you're not saying that HP's competitive products to

6    UCS, you're not saying that those infringe the '430 patent,

7    right?

8    A    That's correct.

9    Q    Similarly, you're not saying that IBM's competitive

10   products to UCS infringe the '430 patent, correct?

11   A    That's correct.

12   Q    Now, we heard a lot about virtualization, and it's still

13   a hard word for me to understand, but you agree that the

14   '430 patent doesn't cover every way of doing server

15   virtualization, right?

16   A    That's correct.  For example, it doesn't cover what

17   VMWare was doing with virtual machines, which were virtual

18   processors on top of physical processors.

19   Q    Right.  So you agree it's possible to do virtualization,

20   server virtualization without infringing the '430 patent,

21   right?

22   A    That's correct.

23   Q    And the '430 patent certainly doesn't claim all forms of

24   virtual machines, right?

25   A    That's correct.

1    Q    And similarly, Egenera didn't invent the concept of

2    virtual storage, right?

3    A    That's true.

4    Q    And the '430 patent doesn't claim all forms of virtual

5    storage, right?

6    A    That's true.

7    Q    And Egenera also didn't invent the concept of virtual

8    networks, right?

9    A    That's correct.

10   Q    And the '430 patent does not claim all forms of virtual

11   networks, right?

12   A    That's correct.

13   Q    Now, because there are other companies doing other types

14   of server virtualization in the data center, Egenera's

15   claims had to be very specific in order for Egenera to get

16   its patents, right?

17   A    I don't think that was the -- based on the file history,

18   I don't think I would agree with that.

19   Q    Let me try it again.  You agree that the '430 patent

20   through its claims is directed to a specific computing

21   platform for deploying processor area networks, right?

22   A    Yes.

23   Q    And you walked through the claim.  We can all agree

24   they're pretty long, right?

25   A    Yes.

1    Q    All right.  So let me pull up the claim and we're going

2    to go much quicker than you did, I promise.  Can we pull up

3    slide 2, Mr. Herzka.

4          Now, you know that Cisco disagrees with Egenera on

5    multiple elements of this claim, right?

6    A    That's correct.

7    Q    And you know that Cisco has a computer science professor

8    who is going to testify as its expert from the University of

9    North Carolina; he'll be here later this week, right?

10   A    Yes.

11   Q    And he disagrees with you on multiple things on this

12   claim, right?

13   A    Yes.

14   Q    And the jury will hear from Cisco's other witnesses

15   including Mr. Jayakrishnan later this week regarding other

16   differences from the claim, right?

17   A    Yes.

18   Q    Now, you didn't show the jury the actual physical

19   server, but I think it's useful for everyone to see.

20          MR. PACKIN:  Your Honor, can Dr. Jones just come

21   down and take a look and then go back to the stand and

22   answer questions?

23          THE COURT:  I'm sure he can.  I suspect this is a

24   familiar sight to him.

25   Q    I just want to make sure.  So let me open it up.  This

1    is the one you looked at right before the trial started, so

2    just make sure.

3    A    I've seen it before.

4    Q    Okay.  Go ahead to your seat.  I'll ask you some

5    questions.

6                 Now, this server, this is only part of the

7    infringing system, according to you, right?

8    A    That's correct.

9    Q    In order to have infringement, you need to connect the

10   server up to other components, right?

11   A    Yes.

12   Q    So for example, to infringe the claims, you need to

13   connect this server up to, I think you called it a FEX or an

14   IOM, right?

15   A    Yes.

16   Q    Because the FEX or the IOM, that's what you're pointing

17   at as the internal communications network that's required

18   for the claim for infringement, right?

19   A    That's part of it, yes.

20   Q    So why don't we just pull up the next slide here so we

21   can see where we are in the claim.  And it's right there in

22   the claim, "internal communications network," right?

23   A    Yes.

24   Q    So you don't have an opinion that customers that use UCS

25   without connecting it to a FEX or IOM infringe any claim of

1    the '430 patent, right?

2    A    That's correct.  If there is no FEX or IOM in their

3    system, then I don't have an opinion that it infringes.

4    Q    Okay.  If we go down to the next element, there is a

5    control node, right?

6    A    Yes.

7    Q    And that's what you're saying is the fabric

8    interconnect, right?

9    A    That's correct.

10   Q    And the fabric interconnect, that's yet another box

11   outside this server box, right?

12   A    Yes.

13   Q    And more specifically, we're pointing at the fabric

14   interconnect with something called UCS Manager software on

15   it, right?

16   A    Yes.

17   Q    And you agree that someone could run this UCS series,

18   UCS c-series server without using UCS Manager, right?

19   A    The c-series, yes.

20   Q    And the claim, if we go to the next element, it also

21   says that the -- that it needs to be connected to an

22   external storage network, right?

23   A    It says it's configured in a way that it's in

24   communication with an external communication network, an

25   external storage network, yes.

1    Q    So this needs to be configured in a way that it's in

2    communication with an external storage network, right?

3    A    Yes.

4    Q    And you agree that UCS can be deployed without

5    connecting it to an external storage network, right?

6    A    It's possible, yes.

7    Q    Let me see here if we can -- so for example, this is a

8    hard drive that's inside the server, right?

9    A    Yes.

10   Q    As an example?

11   A    Yeah.

12   Q    It's an SSD -- sorry.

13   A    Yes, it is.

14   Q    And this is an example of local storage that could be

15   inside the server, right?

16   A    That's correct.

17   Q    And you certainly agree that customers of UCS can use

18   local storage in the server instead of network storage,

19   right?

20   A    It's possible they can configure it that way.

21   Q    So if the fabric interconnect, which is the other box

22   that this is connected to, is not in communication with an

23   external storage network, there would be no infringement,

24   right?

25   A    I don't agree.  It's, the control node is configured to

1    be in communication with both of those entities.  So for

2    claim 3, I --

3    Q   Sorry, let's see if we can look at the claim.  At least

4    one control node in communication with an external

5    communication network and an external storage network.  So

6    if the control node is not in communication with an external

7    storage network, there is no infringement, right?

8    A   I don't agree.  I think to me, this is describing a

9    capability that the control node is in communication with

10   both of those networks.

11   Q   Okay.  So even if the control node is not in

12   communication with an external storage network, you still

13   think there is infringement?

14   A   Of claim 3, yes.

15   Q   And claim 7 is a method claim so there definitely needs

16   to be communication there to infringe, right?

17   A   There definitely needs to be a -- that limitation will

18   require setting up or connecting to the external storage

19   network, yes.

20   Q   Now, you showed us a slide with some customers, right?

21   A   Yes.

22   Q   Now, you didn't pick the customers who were subpoenaed

23   or put on that list, right?  That was the lawyers who did

24   that?

25   A   Yes.

1    Q    Now, you didn't do an analysis of all UCS customers to

2    figure out which of them used local storage and which of

3    them used external storage, right?

4    A    That's correct, but based on the design of UCS, I

5    wouldn't see a need to do that.

6    Q    Sir, you have not done an analysis of what percentage of

7    all UCS customers use external storage as opposed to local

8    storage, right?

9    A    That's correct.

10   Q    Now, this server, this is one of the ones you accused of

11   infringement, right?

12   A    Yes.

13   Q    And it's got a board, right?

14   A    Yes.

15   Q    And the board has sockets for processors, right?

16   A    Yes.

17   Q    And it's got slots for network interface cards, right?

18   A    Yes.

19   Q    And it also has slots for memory, right?

20   A    Yes.

21   Q    And now, so the server, just to be clear, it's got

22   processors, right, in it, this one?  And this one has

23   network interface cards in it, right?

24   A    Has slots for them.

25   Q    I'll pull them out.  We'll get there.  And it also has

1    memory.  I'll pull that out to show you too.

2    A    Yes.

3    Q    Now, the UCS server also has other components too,

4    right?

5    A    Yes.

6    Q    It's got, for example, these fans, right?

7    A    Yes.

8    Q    That's in the server.  Egenera did not invent putting

9    fans in the server, right?

10   A    That's correct.

11   Q    And the server also has, let's see, it's got these power

12   supplies, and for the record, I pulled out the power supply?

13   A    Yes.

14   Q    And Egenera did not invent putting power supplies in

15   servers, right?

16   A    That's correct.

17   Q    And there is also -- let's look at the local memory.  So

18   I have to take this off for a second here.  Here we go.

19   This is an example of RAM that I am holding in my hand,

20   right?

21   A    Yes.

22   Q    And that's memory in a DIM slot, I think that's what we

23   talked about, we heard about that?

24   A    Yes.

25   Q    And Egenera did not invent a server having DIM slots or

1    RAM, right?

2    A    That's correct.

3    Q    That was done for years and years before Egenera?

4    A    The DIM slot at least for several years, yeah.

5    Q    And so we had, before Egenera, we had servers with DIM

6    slots, power supplies, NICs, CPUs, fans, storage; all that

7    existed before Egenera, right?

8    A    Yes.

9    Q    Now, you didn't analyze whether the ability to increase

10   the number of memory sticks or DIM slots in a server is

11   attributable to the '430 patent, right?

12   A    That wasn't something I addressed in my analysis, that's

13   correct.

14   Q    Right.  So you're not saying that putting more memory in

15   the server is in any way attributable to the '430 patent,

16   right?

17   A    That's correct.

18   Q    I'm going to put this one down because it's not as easy

19   to get back in.

20        Now, let's talk about another part of the claim,

21   computer processors, if I go to the next slide.

22        Now, computer processors, I highlighted a few

23   examples, but that's all over the claims, right?

24   A    Yes.

25   Q    And you need to have -- for example, if we go to the

1    next slide, the computer processors need to be connected to

2    an internal communications network, right?

3    A    That's correct.

4    Q    And if we go to the next one, you need to specify a

5    number of computer processors for virtual processing area

6    network, right?

7    A    Yes.

8    Q    Then you need to, on the next one, you need to select,

9    under "programmatic control," a corresponding set of

10   computer processors, right?

11   A    Yes.

12   Q    And then finally, if we go to the next one, you need to

13   program corresponding set of computer processors to

14   establish specified virtual local area network topology,

15   right?

16   A    Yes.

17   Q    Now, we know from the court, if you go to the next

18   slide, that computer processor in this patent, that means

19   CPU, right?

20   A    That's correct.

21   Q    And the patent, it talks about how the processors

22   execute specific applications.  I think I actually may have

23   a slide on this.  Go the next slide, please.  How the PAN

24   may be used to execute specific customer applications like

25   web-based server applications, right?

```
1    A    Yes.

2    Q    And the processors that you're pointing to for

3    infringement, they're Intel CPUs in the server, right?

4    A    Yes.

5    Q    And actually, I took this off before, maybe I'll show it

6    on the ELMO because it's a little hard to see, this is the

7    plastic baffle that goes over them, right?

8    A    Yes.

9    Q    Can I have the ELMO for a minute.  It actually has

10   labels on it; CPU 1 and CPU 2, right?

11   A    That's correct.

12   Q    And those are the CPUs, computer processors that you're

13   pointing to for infringement, right?

14   A    Yes.

15   Q    And now, you have here, underneath that plastic, you

16   have these two big metal heat sinks, right?

17   A    That's correct.

18   Q    And those go on top of the processors, right?

19   A    Yes.

20   Q    And the reason you have the heat sinks is because the

21   processors can get very hot, right?

22   A    Yes.

23   Q    And so these metal boxes, those help to cool them down,

24   right?

25   A    Yes.
```

1    Q    And the processors are basically the brains, the Intel

2    CPUs that we're talking about are the brains of the server,

3    right?

4    A    That's fair.

5    Q    Now, I actually asked Mr. Jayakrishnan to help me take

6    one out because that's beyond my capability.  I've got one

7    here so I can show everyone.  So underneath the heat sinks,

8    we have these Intel CPUs, right?

9    A    Yes.

10   Q    So these are the CPUs that are the computer processors

11   in the claims, right?

12   A    Yes.

13   Q    And you would agree with me that in UCS, there is no way

14   to identify that you would like only one of the CPUs as

15   opposed to the other CPU in your network, right?

16   A    That's correct.

17   Q    And so, the way that UCS works is it includes -- I'm

18   sorry, let me say that again.  The way that you say CPUs are

19   selected for inclusion into a network by UCS is by virtually

20   selecting the entire server, right?

21   A    Yes.

22   Q    Now, if you're running one of these servers, you could

23   have a situation where one of these CPUs fails, right?  That

24   could happen?

25   A    It's possible.

1    Q    And in UCS, if one of the CPUs fails, there's no way to

2    replace just that CPU without replacing the entire server,

3    right?

4    A    When you say "replace," do you mean physically replace a

5    CPU with one of the socket?

6    Q    I'm sorry, obviously we can unscrew it, right?

7    A    Yeah.

8    Q    That's what I'll give Mr. Jayakrishnan the credit.

9    That's what he's done, right?

10   A    Yes.

11   Q    So in UCS, if one of the processors fails, there is no

12   way, using software commands, to replace that CPU without

13   also replacing the entire server, right?

14   A    You can't replace the CPU with software commands.  I

15   mean -- maybe I'm not understanding your question.

16   Q    Let me try to ask it very specifically here.  You don't

17   know of a way in UCS, through software commands, to swap a

18   new CPU into the network in place of a failed CPU without

19   also swapping the entire server containing the failed CPU

20   for a replacement server, right?

21   A    If we're talking about, like, associating the server and

22   replacing that association, I would agree with that.  If

23   it's talking about physically replacing, that -- yeah.

24   Q    Okay, why don't we show you your deposition.  Let me

25   give you a copy of -- I have a binder.  I wasn't going to

1    use it, but I'll give it to you.

2          I'd like you to turn to page 144 of your deposition

3    transcript, line 20, and it's J-105.

4          MR. PACKIN:  Oh, I need Mr. Herzka, please.

5          "QUESTION:  In UCS, is it correct that there's no

6    way through software commands to swap a new CPU into the

7    network in place of a failed CPU without also swapping out

8    an entire server containing the failed CPU for some other

9    replacement server?

10         "ANSWER:  "I don't know -- I don't know of one."

11   Q   So in other words, if you want to take a failed CPU out

12   of the network in UCS using software commands, you have to

13   take out the entire server that contains that CPU from the

14   network, right?

15   A   Yes.  As long as we're talking about logically and not

16   physically.

17   Q   Right.  Using software commands.

18   A   Yes.

19   Q   Now, let's talk about another component that we've all

20   heard a lot about.  This one is a little bit trickier, so

21   let me -- this is a riser that I just pulled out of the

22   server, right?

23   A   Yes.

24   Q   Now, let's see.

25         Now, what I've pulled out of that riser, this is a

1    network interface card that we've all heard about.  Right?

2    A    Yes, I believe so.

3    Q    And it's, sometimes it's called a VIC, or there are

4    other names of it, but at the end of the day, for our

5    purposes, we can call it a network interface card, right?

6    A    That's fine.

7    Q    And you're familiar with network interface cards, right?

8    A    Yes.

9    Q    And I think you just said the network interface cards,

10   the NICs, those aren't in the claims, right?

11   A    That's correct.

12   Q    Now, let's focus on one of the key parts of the claims

13   that we've been talking about here.  If we can pull up the

14   slide, I think it's 13, Mr. Herzka.

15        So this is in underlines, "the program set a

16   corresponding set of computer processors to establish the

17   specified local virtual area network topology," right?

18   A    Essentially, yes.

19   Q    Now let's look at what you say for that.  I'm sorry, if

20   I could have the ELMO back, please.

21        Now, if I underline this portion, because there is

22   a lot of dense text here, but you say, I think you said just

23   before but I just want to make sure "Specify the VNIC

24   related characteristics including VLAN ID and Mac address

25   attributes," and then you have in parenthesis "(the

1    specified virtual local area network topology)," right?

2    A    Yes.

3    Q    So the VNIC-related characteristics including VLAN ID

4    and Mac address, those are what you're saying are the

5    specified virtual local area network topology for the

6    claims, right?  That's what you're showing in your report,

7    right?

8    A    And the VNIC-related characteristics, yes.

9    Q    Okay.  Right.  Yes.  So let's get to the VNIC.  Now I

10   want to talk about the establishing part because we've been

11   talking about programming that establishes this virtual

12   local area network topology.  Let's figure out what you're

13   pointing out there because I was trying to follow closely,

14   but I just want to make sure we're on the right page here.

15           Starting with the second sentence, this is page 1

16   -- paragraph 193 on page 238 of your report.  This says,

17   "This programming establishes the virtual local area

18   topology specified" in the claim that we're talking about

19   here, right?

20   A    Yes.

21   Q    And the programming that you're talking about is "the

22   programming of the VNIC," right?

23   A    At that place, yes.

24   Q    And I think you put this up.  I have my own slide, but

25   let me see if I can put up your slide.  It think it's

1    JTX-182 at page 84, and I think I need Mr. Herzka's help for

2    this one.

3           Let's see if I got it right.  Yes, I did.  Okay.

4    So you showed this diagram about creating a VNIC.  You

5    showed that to the jury just before, right?

6    A    Yes.

7    Q    And you have there the Mac address assignments in the

8    top right corner, right?

9    A    Yes.

10   Q    And so you have the Mac address assignments happen to

11   the VNIC, right?

12   A    Sorry, I missed a part of that question.

13   Q    You have the Mac address assignments that you do when

14   you're creating the VNIC, right?

15   A    Yes.

16   Q    Now, let's talk about where these VNICs are located, and

17   I'm trying to follow the Exhibit numbers.  They keep

18   changing on me but let's make sure.  I think this is VJC,

19   which was Exhibit 13 to your report.  If I can have the ELMO

20   back.  I have this printout, so it's not the best but

21   hopefully you can read it.

22          Now, this is a screen that you didn't, you didn't

23   show the jury this particular screenshot, right?

24   A    I don't think so, no.

25   Q    Now, this talks about specifying how the VNICs and VHBAs

1   are placed on the physical network adaptor, right?

2   A   That's correct.

3   Q   And you would agree with me that the VNIC is on the

4   physical network adaptor, which we're also calling network

5   interface card, right?

6   A   Yes.

7   Q   Let's just make sure we're all a hundred percent on the

8   same page now; have your source code Exhibit 23, which was

9   PXB-JM and also PDX-12, but the page numbers kept changing

10  on me, so it's paragraph 83 and I don't think the paragraph

11  numbers changed so the record will be clear on that.

12          Now, "The actual VNIC creation happens on a Palo,

13  Menlo or Cruz, or equivalent VIC of a processor blade,"

14  right?

15  A   That's correct.

16  Q   So the actual VNIC creation happened on -- those are

17  other words, code names for this network interface card,

18  right?

19  A   Yes.

20  Q   Now, we've been a little bit down in the weeds with this

21  source code and other stuff, but you would agree with me,

22  Dr. Jones, that at a high level, the network cards in UCS

23  are programmed with the network identity in order to

24  establish the network topology, right?

25  A   Yes.  That's part of the process.

1    Q    So let's just make sure that we're all on the same page

2    here.  So I'm holding the network interface card in my right

3    hand, right?

4    A    Yes.

5    Q    I'm holding the CPU in my left hand, right?

6    A    Yes.

7    Q    And you agree, Dr. Jones, that those are not the same

8    thing, right?

9    A    That's correct.

10             MR. PACKIN:  No further questions.

11             THE COURT:  Redirect?

12             MR. PACKIN:  I will clean this up at 1:00, your

13   Honor.

14             THE COURT:  That's fine.

15                        REDIRECT EXAMINATION

16   BY MR. SCHENKER:

17   Q    Dr. Jones, during his cross-examination, Cisco's

18   attorney showed you portions of your report, is that right?

19   A    Yes.

20   Q    And this was with respect to programming of the VNICs?

21   A    Yes.

22   Q    Can we get the ELMO?  And this was I believe -- I was

23   trying to follow along.  He showed you portions of paragraph

24   193 saying that the NICs are programmed, was that right?

25   The programming of the VNIC creates a virtual relationship?

1    A    Yes.

2    Q    Now, did Cisco's attorney show you that this programming

3    provides communication among the Intel processor chips?

4    A    I don't recall which portion of a page he showed, but I

5    recall that portion in my report.

6    Q    And in paragraph 192, you also explain how the Intel

7    processor chips are programmed, is that right?

8    A    Yes.

9    Q    The DME will initiate programming of the Intel

10   processing chips of the UCS servers?  That's what you

11   testified to?

12   A    Yes.

13   Q    And that's consistent with your testimony that you

14   offered today?

15   A    Yes.

16   Q    Now, Cisco's attorney, you know, asked questions about

17   whether VLAN IDs or VSAN IDs were addresses.  Do you recall

18   that?

19   A    I do.

20   Q    Now, first of all, do the claims require addresses in

21   particular?

22   A    Certain limitations do; certain don't.

23   Q    And you offered testimony today as to whether those

24   limitations were met literally and -- or substantially

25   similar, so Doctrine of Equivalents, for example?

1    A   Yes.  I explained how those meet the limitations, how

2    the -- in my analysis, I included the VLAN ID, the VSAN ID

3    and VN-Tag as examples of addresses that meet the

4    limitations.  In some cases, the limitations require

5    addresses and I show that they're also equivalent to those.

6    Q   Cisco's counsel asked you about trunking mode, is that

7    right?

8    A   That's correct.

9    Q   For claim 3, if the system is configured capable of

10   trunking mode, is that sufficient?

11   A   Yes.

12   Q   And Cisco's's counsel didn't dispute the fact that Cisco

13   itself is using this infringing trunking mode?

14   A   That's correct.

15   Q   Now, Cisco's counsel also asked you about Mac addresses

16   and whether there was any Mac addresses in the claim -- in

17   UCS?  Does the claim require Mac addresses?

18   A   No, it does not.

19   Q   Cisco's counsel also asked you about different ways to

20   achieve the benefits of the system.  They pointed to fibre

21   channel over Ethernet, and HP, and IBM, and their systems in

22   particular?

23   A   Yes.

24   Q   Were you asked to analyze HP?

25   A   No.

1    Q    Were you asked to analyze IBM?

2    A    No.

3    Q    So there's just no -- you haven't determined that HP and

4    IBM don't infringe.  You just have never done that sort of

5    analysis.  That hasn't been the case here.

6    A    No, that hasn't been an issue, so I haven't done that

7    analysis.

8    Q    Okay.  Now, Cisco's counsel also talked about the

9    different ways to obtain the benefits of the '430 patent.

10   You studied the UCS and you determined the benefits here?

11   A    Yes.

12   Q    And the benefits of UCS were those attributable to the

13   invention of the '430 patent?

14   A    Yes, they were, and I presented evidence of that.

15   Q    Thank you.  And the fact that UCS has all these

16   additional components in the server that aren't -- are those

17   components recited in the claim?

18   A    No.  The claim doesn't require -- it doesn't recite

19   things like power supplies and fans.

20   Q    Okay.  So this is my first time looking at this server,

21   but you've actually looked at this, and so the fans in the

22   server and the heat sinks, those are not part of the claims,

23   are they?

24   A    That's correct.

25   Q    And you talked earlier about the ability to -- just

1    because there is something extra in the claims, so just

2    because you program the NIC, that doesn't mean that you

3    don't infringe the claim, is that right?

4    A    That's correct.  The "comprising" word means that I'm

5    not limited to only what's in the claim.  I have to do

6    everything in the claim, but extra things don't lead to

7    noninfringement.

8    Q    Okay.  So looking back at your testimony again from

9    paragraphs 192 and 193 of the report that Cisco's counsel

10   put in front of you, can you provide more detail on how the

11   CPUs are programmed?

12   A    Yes, I can.  The CPUs are programmed in, one of the ways

13   they're programmed is by the software on the CPU, the

14   operating system, communicating with the virtual network

15   interface via drivers, which are also software, and is --

16            MR. PACKIN:  Your Honor, I object and move to

17   strike.  This isn't what he is showing him in the report.

18            MR. SCHENKER:  Your Honor, he's responding to the

19   arguments and questions on cross-examination.

20            THE COURT:  Overruled.

21   A    So it receives, the processor receives the information

22   from the virtual interface card via that software, and it's

23   programmed with that information.  We saw evidence of that.

24   I showed what was in that operating system during my

25   testimony.

1    Q    Thank you.  Now, this was a c-series server that you

2    showed here.  Do I understand that these can be operated in

3    what's called -- sorry, that Cisco showed here, that this

4    can be operated in what they call "standalone mode"?

5    A    Yes, not all c-series servers are managed by UCS Manager

6    and are accused.  Only those used within an infringing

7    configuration.  The same isn't true of b-series.  B-series

8    servers are designed to be used with UCS Manager and a

9    fabricator connect and FEX and IOM.

10   Q    Can you give us a little more detail on the lack of,

11   Cisco's lack of noninfringing alternatives as of 2009?

12           MR. PACKIN:  Objection, your Honor.  This is

13   outside the scope of the cross-examination.

14           THE COURT:  I agree with that, yes.

15   Q    Cisco's counsel asked you about server virtualization

16   and suggested that lots of companies were doing it.  Now, if

17   lots of companies are practicing the patent of the '430,

18   sorry, the invention the '430, does that excuse Cisco?

19   A    No, it wouldn't.  Just because, if other companies were

20   practicing, which is something I haven't analyzed, then that

21   wouldn't change whether or not Cisco infringes.

22   Q    And in fact, Cisco's attorney pointed out that the

23   claims here are directed to a specific computing platform,

24   is that right?

25   A    Yes.  The platform of the claims.

1  Q   And that was because these were long claims that had a

2  lot of requirements, according to Cisco?

3  A   I heard that, but the claims are the claims and the

4  claims laid out the platform.

5  Q   Now, again, pointing back to the NICs and the memory

6  boards and the processors, and pointing out that Egenera did

7  not invent those, is that relevant to the claims?

8  A   No, that doesn't affect the analysis of infringement at

9  all.

10  Q   And Cisco's lawyer pointed to testimony about

11  Mr. Brownell, about whether VSAN IDs were addresses.  Is it

12  your recollection that Mr. Brownell said he couldn't recall

13  much about the VSAN IDs?

14  A   I don't recall the specifics of his testimony either.

15  Q   Cisco's attorney also asked questions about whether you

16  could swap out one CPU for another CPU using software

17  commands, do you recall that?

18  A   I do.

19  Q   Is that relevant to the claims?

20  A   Well, being able to swap things out, servers out or

21  processors out at a high level is relevant because that's an

22  advantage in the claims, but whether or not you can specify

23  one CPU to swap out is not relevant to the claims.

24  Q   So the claims don't require you to be able to specify

25  one particular CPU over a different particular CPU, is that

1   right?

2   A   That's correct.

3          MR. SCHENKER:  No further questions, your Honor.

4          MR. PACKIN:  Very briefly.  Finish by one, your

5   Honor.

6          THE COURT:  Perfect.

7                    RECROSS EXAMINATION

8   BY MR. PACKIN:

9   Q   Let me just put up that part of the report that we're

10  talking about so that we're all on the same page, no one is

11  playing fast and loose here.

12         So your counsel showed you this.  "DME will

13  initiate the programming of Intel processor chips of

14  the UCS," and then it goes on and says "See Exhibit 23,"

15  right?

16  A   Yes.

17  Q   Let's look at what you said in Exhibit 23 because I

18  think this is important, just so that we know exactly what

19  we're talking about here.  Exhibit 23, this is the section

20  where you talk about the programming that we're talking

21  about here to establish a network topology, right?

22  A   Yes.

23  Q   And then you have a section that talks about programming

24  the internal communications network; that's part of the

25  claim, right?

1    A   I addressed that, yes.

2    Q   And then you have one, two, three, four, five things,

3    right?

4    A   Yes.

5    Q   As examples.  And then for programming the processors,

6    you have this one example, and this is in paragraph 43, To

7    program the processors to establish a network topology.  So

8    that's in paragraph 43 to Exhibit 23, which is BJM, PX-BJM,

9    right?  That's what you were pointing at, right?

10   A   That's one of them, yes.

11   Q   That's the only one that you have in here.  You have

12   five examples for the communications network, and then you

13   list out, and this is the example for the programming of the

14   computer processors, right?

15   A   I don't agree.  My recollection is there are quite a few

16   bit more analysis of that limitation in that portion of the

17   report.

18   Q   Okay.  Now, you agree though that we need to focus on

19   the claims in this case, right?

20   A   Yes.

21   Q   And you know that Professor Jeffay, he's going to come

22   back and he's going to talk about the claims, and he

23   disagrees with your analysis, right?

24   A   Yes.

25   Q   And Mr. Jayakrishnan, he's been working on UCS for over

1    a decade, right?

2    A    Yes.

3    Q    And he spent thousands of hours with the code, right?

4    A    I would assume so, yes.

5    Q    And he disagrees with your analysis too, right?  You

6    know that too, right?

7    A    Yes, I do know that at a high level, yes.

8    Q    And Mr. Dvorkin, we haven't heard about him yet, but

9    he's the architect who came up with UCS Manager in Nuova,

10   right?

11   A    Yes.

12   Q    He came up with it, right?  He's the -- or let me step

13   back.  You know that he disagrees with what you have to say

14   too, right?

15   A    That's correct.

16   Q    And we're going to be hearing from him, I think tomorrow

17   or the next day, right?

18   A    That's my understanding.

19   Q    And so at the end of the day, we've heard a lot about

20   copying, we've heard a lot about employees, we've heard a

21   lot about other things, but this is a patent case, and at

22   the end of the day, if the jury agrees that the CPUs are not

23   programmed to establish a network topology, there's no

24   infringement, right?

25   A    If they believe that that limitation isn't met, or

1    literally on the Doctrine of Equivalents, then there's no

2    infringement, that's correct.

3              MR. PACKIN:  Thank you.  No further questions.

4              THE COURT:  Thank you very much, Dr. Jones.  That

5    concludes your testimony.  All right, jurors, it's 1:00.

6    Egenera has one more witness tomorrow, I believe.  Am I

7    right?

8              MR. BATCHELDER:  Two, your Honor.

9              THE COURT:  Two.  Okay.

10        Jurors, we are solidly past the halfway mark on the

11   clock.  We're confident we're moving as planned, and I look

12   forward to seeing you at 9:00 tomorrow morning.

13             THE CLERK:  All rise.

14        (Jury and court depart at 1:00 p.m.)

15

16

17

18

19

20

21

22

23

24

25

```
 1                          I N D E X

 2    WITNESS:              DIRECT    CROSS    REDIRECT    RECROSS

 3    MARK T. JONES

 4    By Mr. Schenker          8                  142

 5    By Mr. Packin                     110                   149

 6

 7

 8                     E X H I B I T S

 9    NUMBER                                        IN EV.

10    No. JTX-536 Cisco slide presentation            18

11    No. JTX-537 Internal Cisco presentation         35

12    No. JTX-538 Data sheet                          38

13    No. JTX-539 CISCO LIVE DOC                      50

14     JTX-540    Cisco's printed source code         75

15     JTX-541    Cisco live presentation - deep dive  105

16                into UCS system

17     JTX-542    Documentation roadmap              105

18

19

20                          *  *  *  *

21

22

23

24

25
```

```
1                    C E R T I F I C A T E

2

3        We, James P. Gibbons, Official Court Reporter for the

4   United States District Court for the District of

5   Massachusetts, and Lisa McDonald, RPR, RMR, CRR, do hereby

6   certify that the foregoing pages are a true and accurate

7   transcription of our shorthand notes taken in the

8   aforementioned matter to the best of our skill and ability.

9

10  /s/James P. Gibbons                 August 8, 2022
        James P. Gibbons

11

12  /s/Lisa McDonald
        Lisa McDonald

13

14                  JAMES P. GIBBONS, CSR, RPR, RMR
15                      Official Court Reporter
                     1 Courthouse Way, Suite 7205
16                    Boston, Massachusetts 02210
                        jmsgibbons@yahoo.com
17

18

19

20

21

22

23

24

25
```